**Fill in this information to identify the case:**

Debtor name: Mezz57th LLC

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The Sweet Construction Group<br>5 Hanover Square<br>5th Floor<br>New York, NJ, 10004 | | | | | | 615,723.49 |
| 2 | MIP 57th Development Acquisition LLC<br>c/o Macklowe Properties<br>737 Fifth Ave<br>New York, NY, 10153 | | | Disputed<br>Unliquidated<br>Contingent | | | 571,484.02 |
| 3 | Acquavella, William R.<br>18 East 79th Street<br>New York, NY, 10075 | | | | | | 491,020.00 |
| 4 | Signature Bank<br>261 Madison Ave.<br>New York, NY, 10016 | | Monies Loaned / Advanced | | | | 374,060.00 |
| 5 | Kersey, William<br>2109 Broadway<br>Apt 932<br>New York, NY, 10023 | | | | | | 250,000.00 |
| 6 | Redleaf, Elizabeth<br>c/o Jon Leffel NKSFB, LLC,<br>810 Seventh Ave., Ste. 1701<br>New York, NY, 10019 | | | | | | 243,209.00 |
| 7 | Trinny London<br>Cambridge House<br>16 High Street, Saffron<br>Essex, Walden CB10 1AX | | | | | | 224,720.74 |
| 8 | Muniz, Jose<br>414 S Center St<br>Santa Ana, CA, 92703 | | | | | | 160,000.00 |

| | Debtor | Mezz57th LLC | | Case number (if known) | | | |
|---|---|---|---|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Leonetti, Gina Marie<br>321 W 104th St<br>New York, NY, 10025 | | | | | | 72,328.00 |
| 10 | American Express<br>PO Box 1270<br>Newark, NJ, 07101-1270 | | | | | | 59,594.00 |
| 11 | Mazars USA LLC<br>135 W 50th Street<br>New York, NY, 10020 | | | | | | 52,983.70 |
| 12 | Woodner, Dian<br>The Woodner Company<br>21 East 67th Street 4th Floor<br>New York, NY, 10065 | | | | | | 48,619.00 |
| 13 | Ronette Riley Architect<br>494 Eighth Ave<br>15 Fl<br>New York, NY, 10001 | | | | | | 31,391.78 |
| 14 | JH Brands LLC<br>200 E 61st Street<br>Unit 31E<br>New York, NY, 10065 | | | | | | 28,940.00 |
| 15 | 57th Street Copy Center<br>119 West 57th Street<br>Suite 1010<br>New York, NY, 10019 | | | | | | 28,599.37 |
| 16 | Milbon USA Inc.<br>550 5th Ave<br>9th Floor<br>New York, NY, 10036 | | | | | | 20,447.03 |
| 17 | Laundry King<br>PO Box 570077<br>Whitestone, NY, 11357 | | | | | | 19,364.75 |
| 18 | Salon Centric<br>62686 Collections Center Dr<br>Chicago, IL, 60693-0626 | | | | | | 18,113.35 |
| 19 | A. Santini Moving & Storage<br>1 Steel Court<br>Roseland, NJ, 07068 | | | | | | 14,300.95 |
| 20 | Lori McLean Ltd.<br>320 East 11th Street<br>New York, NY, 10003 | | | | | | 13,905.44 |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                           12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Hand Baldachin & Amburgey LLP c/o Norton & Associates 8 West 40th Street, 12th Floor New York, NY, 10018 | | | Disputed Unliquidated Contingent | | | 198,640.38 |
| 2 | Small Business Administration 409 3d Street SW Washington, DC, 20416 | | | | | | 150,000.00 |
| 3 | Epiq eDiscovery Solutions 777 Third Ave New York, NY, 10019 | | | | | | 34,452.40 |
| 4 | Mazars USA LLP 135 W 50th Street New York, NY, 10020 | | | | | | 32,974.26 |
| 5 | Milbon USA LLP 550 5th Ave 9th Floor New York, NY, 10036 | | | | | | 30,151.87 |
| 6 | Continental Service Group INc. DMS Con PO Box 979111 St Louis, MO, 63197-9000 | | | | | | 17,214.86 |
| 7 | Love's Top Shelf, LLC 256 Worth Avenue Suite 200 Palm Beach, FL, 33480 | | | | | | 11,493.10 |
| 8 | Elliot Horowitz & Co. LLP Mazars USA LLP 135 West 50th Street 14th Floor New York, NY, 10020 | | | | | | 6,742.63 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Paramount Beauty Dist. Assoc Inc. 41 Mercedes Way #34 Brentwood, NY, 11717 | | | | | | 1,557.35 |
| 10 | ITH Inc. 348 West 49th St #2C New York, NY, 10019 | | | | | | 1,400.00 |
| 11 | Ras Mechanical HVAC Design Build 35-B Whitney Road Suite 2 Mahwah, NJ, 07430 | | | | | | 1,301.06 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Debtor  John Barrett Inc.  Case number (if known)_____