# Mezz 57th June Expenses

**Total as of June 3, 2020**          **$ 134,083.22**

| June Expenses | Amount | Notes |
|---|---:|---|
| First Insurance Funding | $ 17,118.56 | |
| John Barrett Salary | $ 16,000.00 | |
| Philadelphia Insurance | $ 13,677.75 | |
| The Hartford | $ 11,331.64 | |
| Kaybak | $ 9,600.00 | HVAC |
| Essential Employee Pay | $ 9,403.86 | (Gross Wages) |
| Utilities Deposit | $ 7,500.00 | Deposit |
| Great Hair | $ 7,100.00 | Hair |
| Salon Sterilization | $ 5,000.00 | (estimate) |
| Golden Door | $ 4,800.00 | Restructuring Firm |
| Verizon | $ 4,000.00 | Utility |
| Shu Uemura | $ 3,500.00 | Retail |
| ADP | $ 3,500.00 | Payroll |
| Tele-Verse | $ 3,000.00 | Telephone System |
| Republic Data | $ 2,500.00 | Telephone Operations |
| Hercules | $ 2,000.00 | Vent Cleaning/ Washing Machine Repair (estimate) |
| Imperial Dade (Burke) | $ 2,000.00 | Salon Supplies (Cleaning) |
| DGA | $ 1,731.11 | Security |
| Spectrum | $ 1,707.00 | Utility |
| IBCS | $ 1,595.00 | Spa Software System |
| TransitChek | $ 1,500.00 | Employee Transit Benefit |
| ITH,Inc. | $ 1,356.25 | Computer Consultants |
| BMW lease | $ 1,095.00 | Business Car |
| Microsoft | $ 750.00 | Office 365 Licenses |
| Google Mail | $ 700.00 | |
| MailChimp | $ 450.00 | |
| Wage Works | $ 366.00 | Cobra (March/April/May) |
| Quickbooks Enterprise | $ 275.00 | |
| 401K | $ 255.00 | (To be paid 7/1 PayDate for June Wages) |
| Adobe | $ 150.00 | |
| Quickbooks | $ 77.00 | |
| Shutterstock | $ 29.00 | |
| FedEx | $ 15.05 | |