# Notice Recipients

District/Off: 0208−1  User:  Date Created: 6/4/2020
Case: 20−11316−shl  Form ID: 309F2  Total: 205

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Mezz57th LLC | 36 E 57th Street | New York, NY 10022 | |
| ust | United States Trustee | Office of the United States Trustee | U.S. Federal Office Building | 201 Varick Street, Room 1006 | New York, NY 10014 |
| cr | Lawrence F. Flick, IV | c/o Stevens & Lee, PC | 485 Madison Avenue, 20th Floor | New York, NY 10022 |
| tr | Charles N Persing | Bederson LLP | 347 Mount Pleasant Avenue | West Orange, NJ 07052 |
| aty | Andreas Milliaressis | Stevens & Lee | 485 Madison Avenue | Ste 20th Floor | New York, NY 10022 |
| aty | Vincent J. Roldan | Ballon Stoll Bader & Nadler P.C. | 729 Seventh Avenue, 17th Floor | New York, NY 10019 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | New York, NY 10007 |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−0551 | |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs – Devora Cohn | Brooklyn, NY 11201−3719 |
| 7721382 | 57th Street Copy Center | 119 West 57th Street | Suite 1010 | New York, NY 10019 |
| 7721383 | A. Santini Moving & Storage | 1 Steel Court | Roseland, NJ 07068 | |
| 7721385 | ADP LLC | 1 ADP Blvd | Roseland, NJ 07068 | |
| 7721386 | ADP Screening & Selection Services | PO Box 645177 | Cincinnati, OH 45264−5177 | |
| 7721395 | ASI Administrative Solutions | PO Box 5809 | Fresno, CA 93755 | |
| 7721384 | Acquavella, William R. | 18 East 79th Street | New York, NY 10075 | |
| 7721387 | Advanced Plumbing Mechanical & Sprinkler | 123 50th Street | Brooklyn, NY 11232 | |
| 7721388 | Alan Margolin & Associates | 420 Lexington Ave | New York, NY 10170 | |
| 7721389 | All Pro Ventures LLC | 1106 Castle Drive | Union, NJ 07083 | |
| 7721390 | Altruist NY LLC | 808 Columbus Ave | 16D | New York, NY 10025 |
| 7721391 | Altus GTS | 2400 Veterans Memorial Blvd | Suite 300 | Kenner, LA 70062 |
| 7721392 | American Express | PO Box 1270 | Newark, NJ 07101−1270 | |
| 7721393 | Anchor Communications | 400 East 57th Street | Suite 8N | New York, NY 10022 |
| 7721394 | Ardolino, Abbey | 148 Rockwood Road | Florham Park, NJ 07932 | |
| 7721396 | Associated Pension Consultants, Inc. | 111 Express St | Plainview, NY 11803 | |
| 7721397 | Aucaquizhpi, Martha | 40−33 97th Street | Corona, NY 11368 | |
| 7721398 | BAM Signs Inc. | 876 6th Ave | New York, NY 10001 | |
| 7721399 | Barbara Aphel | 2561 East Vermont Ave | Phoenix, AZ 85016 | |
| 7721400 | Barrett, John | c/o Mezz57th LLC | 36 E. 57th Street | New York, NY 10022 |
| 7721401 | Basset, Patrick | 343 W 56th Street | Apt 10 | New York, NY 10003 |
| 7721402 | Boglino, Larisa | 12 Bluff View Court | Miller Place, NY 11764 | |
| 7721403 | Bonnin, Bruno | 1900 Consulate Place | Apt 101 | West Palm Beach, FL 33401 |
| 7721404 | Boss Beauty Supply | 1380 Adams Rd | Bensalem, PA 19020 | |
| 7721405 | Bouchon Bakery | 423 West 55th St | New York, NY 10019 | |
| 7721406 | Brother's Pastry | PO Box 90616 | Staten Island, NY 10309 | |
| 7721407 | Bruno Construction | 210 East 25th St | New York, NY 10011 | |
| 7721408 | Carpio, Monica | 133−13 95th Ave | 2d Floor | South Richmond Hill, NY 11419 |
| 7721409 | Cartier, Hubert | 441 East 20th Street | Apt 7G | New York, NY 10010 |
| 7721410 | Castillo, Rosa Cecllilia | 35−39 63rd Street | Woodside, NY 11377 | |
| 7721411 | Cilione, Katherine | 15 Lincoln Avenue | Ardsley, NY 10502 | |
| 7721412 | Classic Protection Security & Investigation | 88 New Dorp Plaza | Suite 108 | Staten Island, NY 10306 |
| 7721413 | Coffee Distributing Corp | 200 Broadway | New Hyde Park, NY 11040 | |
| 7721414 | Cogliano, Laura Jean | 28−44 46th Street | Apt 2R | Astoria, NY 11103 |
| 7721415 | Collier, Thomas K. | 325 West 21st St. | Apt 1 | New York, NY 10011 |
| 7721416 | Con Edison | JAF Station | PO Box 1702 | New York, NY 10016−1702 |
| 7721417 | Concepcion, Jonathan Efrain | 157 East 2d St | Apt 1D | New York, NY 10009 |
| 7721418 | Correj, Elsa | 789 Waring Ave | Bronx, NY 10467 | |
| 7721419 | Costa, Jennifer | 136 East 55th St | Apt 8D | New York, NY 10022 |
| 7721420 | Creative Products of NY | 35−18 37th Street | Long Island City, NY 11101 | |
| 7721421 | Croucher, Steven | 1990 Lexington Ave | Apt 9C | New York, NY 10035 |
| 7721424 | DGA Security Systems Inc. | PO Box 1920 | New York, NY 10101−1920 | |
| 7721422 | Depasquale Salon Systems | 21−21 Broadway | Fair Lawn, NJ 07410 | |
| 7721423 | Devuono, Giuliana | 294 Bronxville Road | Apt 2H | Bronxville, NY 10708 |
| 7721425 | Dunleavy, Ryan | 205 West 123d Street | Apt 1 | New York, NY 10027 |
| 7721426 | EBSCO Magazines | PO Box 830460 | Birmingham, AL 35283−0260 | |
| 7721427 | EMI−Jay | 14560 Calvert Street | Van Nuys, CA 91411 | |
| 7721428 | Eppich, Kara Anne | 60−36 69th Ave | Ridgewood, NY 11385 | |
| 7721429 | Fairchild Baldwin | 50 East 77th Street | Suite 12A | New York, NY 10075 |
| 7721430 | Farruggio, Michael Vincent | 287 6th Street | New York, NY 10027 | |
| 7721431 | Fernandez, Diana | 37−44 101st Street | Corona, NY 11368 | |

| | | | | | |
|---|---|---|---|---|---|
| 7721432 | Fernandez, Patria | 1360 Merriam Ave | Apt 4Q | Bronx, NY 10452 | |
| 7721433 | Financial Pacific Leasing | P.O. BOX 4568 | Federal Way, WA 98001 | | |
| 7721434 | First Insurance Funding | 450 Skokie Blvd | Suite 1000 | Northbrook, IL 60062–7917 | |
| 7721435 | Flick, Larry | 308 Julip Run | St. Davids, PA 19087 | | |
| 7721436 | Floralies, Inc. | 122 East 55th St | New York, NY 10022 | | |
| 7721437 | Fodera, Lauren Crystal | 41 East Drive | Garden City, NY 11530 | | |
| 7721438 | Friedman LLP | One Liberty Plaza | 165 , 21 Floor | New York, NY 10006 | |
| 7721439 | Fuhrer, Robert | 3612 24th Ave | Apt 2 | Astoria, NY 11103 | |
| 7721440 | Garcia, Lucy | 6691 Chapman Field Drive | Miami, FL 33156 | | |
| 7721441 | George, Elizabeth | 39–60 54th Street | Apt 10p | Woodside, NY 11377 | |
| 7721442 | Ghirardo, Christian | 46–22 67th Street | Apt 1 | Woodside, NY 11377 | |
| 7721443 | Golod, Nikoletta | 2072 Ocean Avenue | Apt 503 | Brooklyn, NY 11230 | |
| 7721444 | Google LLC | 1600 Amphitheatre Parkway | Mountain View, CA 94043 | | |
| 7721445 | Great Hair Inc. | 6903 Vista Parkway North | Unit 7 | West Palm Beach, FL 33411 | |
| 7721446 | Hachette Book Group | PO Box 8828 | JFK Station | Boston, MA 02114–8828 | |
| 7721447 | Hatgidmitriou, Vasilia | 795 Madison Avenue | 3d Floor | New York, NY 10065 | |
| 7721448 | Haufmann, Danielle | 69–03 67th Place | Ridgewood, NY 11385 | | |
| 7721449 | Haxhari, Rita | 2032 Paulding Avenue | Bronx, NY 10462 | | |
| 7721450 | Henick Lane Service Group | 45–33 Davis Street | New York, NY 10001 | | |
| 7721451 | Hernandez Pereira, Gina | 37–5289th Street | Apt 3B | Jackson Heights, NY 11372 | |
| 7721452 | Howe, William | 500 West 30th Street | Apt 29N | New York, NY 10001 | |
| 7721453 | Hugo Villavicencio | 354 South 2d Street | Brooklyn, NY 11211 | | |
| 7721459 | ITH Inc. | 348 West 49th Street | New York, NY 10019 | | |
| 7721454 | Iliescu, Beatrice | 31–11 33d Street | Apt 3F | Astoria, NY 11106 | |
| 7721455 | Imperial Dade | 255 Route 1&9 | Jersey City, NJ 07306 | | |
| 7721456 | Internal Revenue Service | Dept of Treasury PO Box 7346 | Bryn Mawr, PA 19010 | | |
| 7721457 | Intuit Quickbooks | 2632 Marine Way | Mountain View, CA 94043 | | |
| 7721458 | Iron Mountain | PO Box 27128 | New York, NY 10087 | | |
| 7721460 | JH Brands LLC | 200 E 61st Street | Unit 31E | New York, NY 10065 | |
| 7721461 | John Barrett | c/o Mezz57th LLC | 36 E. 57th Street | New York, NY 10022 | |
| 7721462 | John Barrett Inc. | 36 E 57th Street | New York, NY 10022 | | |
| 7721463 | Jose Muniz | 319 W 21st St | Apt C | New York, NY 10011 | |
| 7721464 | Kakivelis, Suzanna | 30–49 35th Street | Astoria, NY 11103 | | |
| 7721465 | Kersey, William | 2109 Broadway | Apt 932 | New York, NY 10023 | |
| 7721466 | Kersey, William John Michael | 2109 Broadway | Apt 932 | New York, NY 10023 | |
| 7721467 | Labauri, Natia | 1820 East 13th Street | Apt 3D | Brooklyn, NY 11229 | |
| 7721468 | Lamarre, Sandra | 49 Crown St | Apt 14F | Brooklyn, NY 11225 | |
| 7721469 | Laundry King | PO Box 570077 | Whitestone, NY 11357 | | |
| 7721470 | Lemanis, George | 5 Poe Court | Ledgewood, NJ 07852 | | |
| 7721471 | Leonetti, Gina Marie | 321 W 104th St | New York, NY 10025 | | |
| 7721472 | Levine, Fallon Diedre | 647 Hands Creek Road | East Hampton, NY 11937 | | |
| 7721473 | Liocotta, Laura Mary | 15–43 Chandler Drive | Fair Lawn, NJ 07410 | | |
| 7721474 | Loja, Cruz Esperenza | 95–15 41St Ave | Apt 6 | Corona, NY 11368 | |
| 7721475 | Long Island Beauty Supply Inc. | 90–31 160th Street | Jamaica, NY 11432 | | |
| 7721476 | Lopez, Nadia | 9–11 E 107th Street | Atp 2M | New York, NY 10029 | |
| 7721477 | Lori McLean Ltd. | 320 East 11th Street | New York, NY 10003 | | |
| 7721485 | MDK International Inc. | 477 Madison Ave | 6th Floor | New York, NY 10022 | |
| 7721491 | MIP 57th Development Acquisition LLC | c/o Macklowe Properties | 737 Fifth Ave | New York, NY 10153 | |
| 7721492 | MIP 57th Development Acquisition LLC | c/o Macklowe Properties 737 Fifth Ave | New York, NY 10153 | | |
| 7721478 | Macfarlane Properties | c/o Merrill Lynch | 57 Hampton Road | Southampton, NY 11968 | |
| 7721479 | Mamatkarimova, Nodira | 1315 West 7th Street | Apt E7 | Brooklyn, NY 11204 | |
| 7721480 | Manies, Shoshana | 333 E 93rd St | Apt 4A | Brooklyn, NY 11204 | |
| 7721481 | Marathon Digital LLC | 1501 Broadway | Suite 2500 | New York, NY 10036 | |
| 7721482 | Maria Canale | 717 Madison Ave | New York, NY 10065 | | |
| 7721483 | Martinez, Susan | 1563 W 5th St | Apt 4A | Brooklyn, NY 11204 | |
| 7721484 | Mazars USA LLC | 135 W 50th Street | New York, NY 10020 | | |
| 7721486 | Meija De La Cruz, Arlin | 2532 Williams Bridge Road | Bronx, NY 10469 | | |
| 7721487 | Melissa Ventosa–Martin | 570 16th Street | Brooklyn, NY 11218 | | |
| 7721488 | Meo, Janine | 2379 Royce Street | Brooklyn, NY 11234 | | |
| 7721489 | Michele Pelafas, Inc. | 910 S Riverside Dr | Suite 3 | Elmhurst, IL 60126 | |
| 7721490 | Milbon USA Inc. | 550 5th Ave | 9th Floor | New York, NY 10036 | |
| 7721493 | Moncada, Diego | 5943 58th Avecnue | Floor 2 | Maspeth, NY 11378 | |
| 7721494 | Monte, Gina | 33 Bond Steeet | Apt 1816 | Brooklyn, NY 11201 | |
| 7721495 | Morgan Jones | 180 Nassau St | Apt 10C | Brooklyn, NY 11201 | |
| 7721496 | Moroccan Gold Serices LLC | PO Box 291301 | Fort Lauderdale, FL 33329 | | |
| 7721497 | Mosquea, Cruz | 91–13 111 Street | 2d Floor | Richmond Hill, NY 11418 | |
| 7721498 | Muniz, Jose | 414 S Center St | Santa Ana, CA 92703 | | |
| 7721499 | Muniz, Jose | 414 S Center Street | Santa Ana, CA 92703 | | |
| 7721507 | NYS Dept of Taxation and Finance | Bankrupctcy Section, PO Box 5300 | Albany, NY 12205 | | |
| 7721500 | Nastase, Sorina | 440 Cross Road | Apt C3 | Matawan, NJ 07747 | |
| 7721501 | Navatis Credit Corp. | 201 Executive Center Drive | SUITE 100 | Columbia, SC 29210 | |
| 7721502 | Navitas Credit Corp | 201 Executive Center Drive SUITE 100 | Columbia, SC 29210 | | |
| 7721503 | New York City Dept of Finance | 1 Center Street | New York, NY 10007 | | |
| 7721504 | New York State Dept of Taxation and Finance | PO Box 15172 | Albany, NY 12212–5172 | | |
| 7721505 | Nonn, Soeun | 24–43 43rd Street | Astoria, NY 11103 | | |
| 7721506 | Nutraceutical Wellness Inc. | 136 Madison Ave | 10th Floor | New York, NY 10016 | |

| | | | | | |
|---|---|---|---|---|---|
| 7721508 | Ohman, Ashley | 100 Thayer Street | Apt 5K | New York, NY 10040 | |
| 7721509 | OnSameDay Delivery | PO Box 20467 Greely Sq Station | 4 E 27th Street | New York, NY 10001 | |
| 7721510 | Paguay, Marco T | 40–40 79th St | Apt B106 | Elmhurst, NY 11373 | |
| 7721511 | Patricia Yankee | 538 Garnet St | North Babylon, NY 11703 | | |
| 7721512 | Pawnee Leasing Corp | 3801 Automation Way | Fort Collins Collins, CO 80525 | | |
| 7721513 | Pawnee Leasing Corp. | 3801 Automation Way | Fort Collins, CO 80525 | | |
| 7721514 | Penuela Hernandez, Monica | 147–34 70th Ave | Apt 1 | Flushing, NY 11367 | |
| 7721515 | Principal Life Insurance Company | 711 High Street | Des Moines, IA 50392–0371 | | |
| 7721516 | Purchase Power | 814 10th Ave | New York, NY 10019 | | |
| 7721517 | Qeliqi, Fetije | 10 Nevins St | Apt 5A | Brooklyn, NY 11217 | |
| 7721518 | Quarterhorse Technology Inc. | 14 Penn Plaza | 9th Floor | New York, NY 10122 | |
| 7721519 | Ramos, Mauricio | 412 E 78th Street | Apt 1a | New York, NY 10021 | |
| 7721520 | Redleaf, Elizabeth | c/o Jon Leffel NKSFB, LLC, | 810 Seventh Ave., Ste. 1701 | New York, NY 10019 | |
| 7721521 | Ree, Jason Anthony | 1179 Ellsworth Ave | Bronx, NY 10465 | | |
| 7721522 | Republic Data Products Inc. | PO Box 273 | Maplewood, NJ 07040 | | |
| 7721523 | Revord, Troy | 990 Hancock Street | Brooklyn, NY 11221 | | |
| 7721524 | Reynoso De Los Santos, Jose | 502 West 170th St | New York, NY 10032 | | |
| 7721525 | Ringo, Ross | 477 FDR Drive | Apt m1306 | New York, NY 10002 | |
| 7721526 | Ronette Riley Architect | 494 Eighth Ave | 15 Fl | New York, NY 10001 | |
| 7721527 | Rosales Rodriguez, Joseph | 30–21 31st Street | Apt 2R | Astoria, NY 11102 | |
| 7721528 | Rose 1845 By Lazarus Ltd. | 107 East 35th Street | Apt 1A | New York, NY 10016 | |
| 7721529 | Roseman, Ida | 25 Parkview Ave | Apt 4K | Bronxville, NY 10708 | |
| 7721530 | Ruberto, Cindy A | 92 Pearsall Avenue | Apt 5 | Jersey City, NJ 07305 | |
| 7720917 | STEVENS & LEE, P.C. | Counsel for Lawrence F. Flick IV | 485 Madison Avenue, 20th Floor | New York, New York 10022 | |
| 7721531 | Safety First Ltd. | 1055 Parsippany Rd | Parsippany, NJ 07054 | | |
| 7721532 | Saka, Toshiki | 319 West 48 Street | New York, NY 10036 | | |
| 7721533 | Salkin, Evgeny | 37 West 72d Street | Apt 16A | New York, NY 10023 | |
| 7721534 | Salon Centric | 62686 Collections Center Dr | Chicago, IL 60693–0626 | | |
| 7721535 | Salon Guys | 5980 88th Street | Sacramento, CA 95828 | | |
| 7721536 | Saw Investment Fund LLC | 2449 N. TENAYA WAY #35290 | c/o Steve Wynn | Las Vegas, NV 89134 | |
| 7721537 | Seigel, Adam | 4 Manhattan Ave | Apt 2A | New York, NY 10025 | |
| 7721538 | Seller, Jeffrey | 1501 Broadway | 24th Floor | New York, NY 10036 | |
| 7721539 | Shu Uemura | Professional Products Division | PO Box 9340 | Garden City, NY 11540 | |
| 7721540 | Sigillo, Vincenzo | 1795 Darby Street | Yorktown Heights, NY 10598 | | |
| 7721541 | Signature Bank | 261 Madison Ave. | New York, NY 10016 | | |
| 7721542 | Smolyanskaya, Lyudmila | 623 Binghamton Lane | Livingston, NJ 07039 | | |
| 7721543 | Sound & Vision | 116 West 23d Street | 4th Floor | New York, NY 10011 | |
| 7721544 | Spectrum Enterprise | 1900 Blue Crest Lane | San Antonio, TX 78247 | | |
| 7721545 | Staples | 500 Staples Drive | Framingham, MA 01702 | | |
| 7721546 | Suratt Cosmetics | 30 East 20th Street | Suite 6F | New York, NY 10003 | |
| 7721547 | Symbiotic Salon Systems | 60 Seaview Blvd | Port Washington, NY 11050 | | |
| 7721548 | Tavarez, Brigida | 44 Jackson St | New York, NY 10002 | | |
| 7721549 | Tele–Verse Communications Inc. | 730 Blue Point Road | Holtsville, NY 11742–1832 | | |
| 7721550 | The Finest Accessories, Inc. | 30545 SE 84th Street | Suite 5 | Issaquah, WA 98027 | |
| 7721551 | The Hartford | 690 Asylum Avenue | Hartford, CT 06155 | | |
| 7721552 | The Sweet Construction Group | 5 Hanover Square | 5th Floor | New York, NJ 10004 | |
| 7721553 | The Wella Corporation | 24444 Network Place | Chicago, IL 60683 | | |
| 7721554 | Thompson, Ta–Tyana Zhane | 54 Boerum St | Apt 16T | Brooklyn, NY 11206 | |
| 7721555 | Time Payment Corp | 1600 District Ave Suite 200 | Burlington, MA 01803 | | |
| 7721556 | Time Payment Corp. | 1600 District Ave | Suite 200 | Burlington, MA 01803 | |
| 7721557 | Todd, Jonathan | 3170 34th Street | Apt 3C | Astoria, NY 11106 | |
| 7721558 | Total Fire Protection | 5322 Avenue N | Brooklyn, NY 11234 | | |
| 7721559 | Trinny London | Cambridge House | 16 High Street, Saffron | Essex, Walden CB10 1AX | |
| 7721560 | United Healthcare | Lockbox 10151 | 5505 North Cumberland Ave Suite 309 | Chicago, IL 60656 | |
| 7721561 | Vargas, Brianna | 4655 188th Street | Ridgewood, NY 11385 | | |
| 7721562 | Velotta, Antonio M | 43–42 45th St | Apt #6O | Sunnyside, NY 11104 | |
| 7721563 | Verizon Wireless | PO Box 408 | Newark | Newark, NJ 07101–0408 | |
| 7721564 | Villavicencio, Carlos H | 354 South 2d Street | Apt 1D | Brooklyn, NY 11211 | |
| 7721565 | Villaviciencio, Janeth | 354 South 2d Street | Apt 1D | Brooklyn, NY 11211 | |
| 7721566 | WageWorks, Inc. | PO Box 224547 | Dallas, TX 75222–4547 | | |
| 7721567 | Walz, Alex A | 1 Larch Court | Fishkill, NY 12524 | | |
| 7721568 | Weeden, Alex | 2554 Matthews Ave | Apt 2 | Bronx, NY 10467 | |
| 7721569 | Wendolowski, Tori | 138 Turner Street | Port Reading, NJ 07064 | | |
| 7721570 | Winterstein, Guy Laurent Ropiot | 71 St Marks Place | Apt 4 | New York, NY 10003 | |
| 7721571 | Wongchong, Joan | 45 President Street | Brooklyn, NY 11231 | | |
| 7721572 | Woodner, Dian | The Woodner Company | 21 East 67th Street 4th Floor | New York, NY 10065 | |
| 7721573 | Zakin, Eduard | 386 Poillon Ave | Staten Island, NY 10312 | | |
| 7721574 | Zhuran, Lyudmila | 135 Ocean Parkway | Apt 14F | Brooklyn, NY 11218 | |

TOTAL: 205