UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:                                                     Chapter 11

    MEZZ57TH LLC                               Case No.: 20-11316
    d/b/a John Barrett

                            Debtor
-------------------------------------------------------------X
In Re:                                                     Chapter 11

    JOHN BARRETT INC.                    Case No.: 20-11318
    d/b/a John Barrett Salon at Bergdorf
    Goodman

                            Debtor
-------------------------------------------------------------X

## **AFFIRMATION OF SERVICE BY MAIL**

    VINCENT J. ROLDAN hereby certifies as follows:

    I am an attorney-at-law of the State of New York.  I hereby certify that on June 9, 2020, I caused a copy of the within Notice of Hearing to be served on the following:

    See Attached Service List

via first class mail in a prepaid, properly addressed wrapper in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated:  New York, New York
         June 9, 2020

                                                          *s/Vincent J. Roldan*
                                                          Vincent J. Roldan

# John Barrett Mailing List

| | |
|---|---|
| Republic Data Products, Inc.<br>PO Box 273<br>Maplewood, NJ 07040 | Spectrum Enterprise<br>1900 Blue Crest Lane<br>San Antonio, TX 78247 |
| Innovative Business Computer Solutions Inc.<br>303 Shady Tree Ct.,<br>Englewood, OH 45315 | Tele-Verse Communications<br>730 Blue Point Road<br>Holtsville, NY 11742-1832 |
| Con Edison<br>JAF Station<br>PO Box 1702<br>New York, NY 10016 | Verizon Wireless<br>PO Box 408<br>Newark, NJ 07101-0408 |
| Andreas D. Milliaressis<br>STEVENS & LEE, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, New York 10022 | Robert Lapowsky<br>STEVENS & LEE, P.C.<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406 |
| The Sweet Construction Group<br>5 Hanover Square<br>5th Floor<br>New York, NJ, 10004 | MIP 57th Development Acquisition LLC<br>c/o Macklowe Properties<br>737 Fifth Ave<br>New York, NY, 10153 |
| William R. Acquavella,<br>18 East 79th Street<br>New York, NY, 10075 | Signature Bank<br>261 Madison Ave.<br>New York, NY, 10016 |
| William Kersey,<br>2109 Broadway<br>Apt 932<br>New York, NY, 10023 | Elizabeth Redleaf,<br>c/o Jon Leffel NKSFB, LLC,<br>810 Seventh Ave., Ste. 1701<br>New York, NY, 10019 |
| Trinny London<br>Cambridge House<br>16 High Street, Saffron<br>Essex, Walden CB10 1AX | Jose Muniz,<br>414 S Center St<br>Santa Ana, CA, 92703 |
| Gina Marie Leonetti,<br>321 W 104th St<br>New York, NY, 10025 | American Express<br>PO Box 1270<br>Newark, NJ, 07101-1270 |
| Mazars USA LLC<br>135 W 50th Street<br>New York, NY, 10020 | Dian Woodner,<br>The Woodner Company<br>21 East 67th Street 4th Floor<br>New York, NY, 10065 |
| Ronette Riley Architect<br>494 Eighth Ave<br>15 Fl<br>New York, NY, 10001 | JH Brands LLC<br>200 E 61st Street<br>Unit 31E<br>New York, NY, 10065 |

| | |
|---|---|
| 57th Street Copy Center<br>119 West 57th Street<br>Suite 1010<br>New York, NY, 10019 | Milbon USA Inc.<br>550 5th Ave<br>9th Floor<br>New York, NY, 10036 |
| Laundry King<br>PO Box 570077<br>Whitestone, NY, 11357 | Salon Centric<br>62686 Collections Center Dr<br>Chicago, IL, 60693-0626 |
| A. Santini Moving & Storage<br>1 Steel Court<br>Roseland, NJ, 07068 | Lori McLean Ltd.<br>320 East 11th Street<br>New York, NY, 10003 |
| Hand Baldachin & Amburgey LLP<br>c/o Norton & Associates<br>8 West 40th Street, 12th Floor<br>New York, NY, 10018 | Small Business Administration<br>409 3d Street SW<br>Washington, DC, 20416 |
| Epiq eDiscovery Solutions<br>777 Third Ave<br>New York, NY, 10019 | Continental Service Group INc.<br>DMS Con<br>PO Box 979111<br>St Louis, MO, 63197-9000 |
| Love's Top Shelf, LLC<br>256 Worth Avenue<br>Suite 200<br>Palm Beach, FL, 33480 | Elliot Horowitz & Co. LLP<br>Mazars USA LLP<br>135 West 50th Street 14th Floor<br>New York, NY, 10020 |
| Paramount Beauty Dist. Assoc Inc.<br>41 Mercedes Way #34<br>Brentwood, NY, 11717 | ITH Inc.<br>348 West 49th St #2C<br>New York, NY, 10019 |
| Ras Mechanical HVAC Design Build<br>35-B Whitney Road<br>Suite 2<br>Mahwah, NJ, 07430 | Financial Pacific Leasing<br>P.O. BOX 4568<br>Federal Way, WA 98001 |
| Larry Flick<br>308 Julip Run<br>St. Davids, PA 19087 | Navatis Credit Corp.<br>201 Executive Center Drive, Suite 100<br>Columbia, SC 29210 |
| Pawnee Leasing Corp.<br>3801 Automation Way<br>Fort Collins Colins , CO 80525 | Saw Investment Fund LLC<br>c/o Stevve Wynn<br>2449 N. Tenaya Way #35290<br>Las Vegas NV 89134 |
| Jeffrey Seller<br>1501 Broadway, 24th Fl.<br>New York, NY 10036 | Time Payment Corp<br>1600 District Avenue, Suite 200<br>Burlington, MA 01803 |

BALLON STOLL BADER & NADLER P.C.  
729 Seventh Avenue  
New York NY  10019  
Telephone: 212-575-7900  
Facsimile: 212-764-5060  
Vincent J. Roldan  
vroldan@ballonstoll.com

*Proposed Counsel to the Debtor*

Hearing Date: June 11, 2020 11:00 AM

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
---------------------------------------------------------X

In Re:

    MEZZ57TH LLC  
    d/b/a John Barrett

                       Debtor  
---------------------------------------------------------X

Chapter 11

Case No.:  20-11316

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that upon the following motion of Mezz57th LLC (the "Debtor"), a hearing will be held before the Hon. Sean Lane H. Lane, United States Bankruptcy Judge, on **June 11, 2020** at **11:00 AM**, to consider the following:

1. Motion for entry of an Order (I) Granting On An Interim Basis Operating Debtor's Use Of Cash Collateral Pursuant To 11 U.S.C. Sec. 363 And Providing Adequate Protection Therefor Pursuant To 11 U.S.C. Sec. 361 and 362 an (II) Scheduling A Final Hearing,

**PLEASE TAKE FURTHER NOTICE**, that the hearing will be held telephonically in accordance with General Order M-543.  Note that telephonic and video hearings will be recorded by the Court.  No other recordings of telephonic or video hearings may be made.  Please see the Court's website at http://www.nysb.uscourts.gov/general-orders-and-guidance-created-covid-19 for further instructions.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief herein requested may be presented at the hearing.

Dated: June 8, 2020
      New York, NY

                                      BALLON STOLL BADER & NADLER, P.C.

                                      By:_____/s/ Vincent J. Roldan_____
                                          Vincent J. Roldan (VR-7450)
                                      *Proposed Attorneys for*
                                      *Debtor and Debtor-in-Possession*
                                      729 Seventh Avenue – 17th Floor
                                      New York, NY 10019
                                      212.575-7900
                                      Fax 212.764-5060
                                      www.ballonstoll.com

                                      Proposed Counsel to the Debtor