**Fill in this information to identify the case:**

Debtor name ___Mezz57th LLC_____

United States Bankruptcy Court for the: ___Southern District of New York___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................

   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................

   $ __1,542,543.83

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................

   $ __1,542,543.83

---

**Part 2:** **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................

   $ __3,047,048.07

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................

   $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .........................

   +$ __3,901,148.70

4. **Total liabilities**...................................................................................................
   Lines 2 + 3a + 3b

   $ __6,948,196.77

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**          $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Signature Bank | Checking | ___ ___ ___ ___ | $ 302,613.75 |
| 3.2. | | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

   | | | |
   |---|---|---|
   | 4.1. | _____ | $ |
   | 4.2. | _____ | $ |

5. **Total of Part 1**          $ 302,613.75

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:     Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | MIP 57th Development Acquisition LLC | $ 400,000.00 |
   | 7.2. | _____ | $ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $_____

8.2. _____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 400,000.00

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔    $_____
                       face amount         doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔    $_____
                    face amount         doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $_____

14.2. _____ _____ $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                 % of ownership:

15.1. _____ _____ % _____ $_____

15.2. _____ _____ % _____ $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ _____ $_____

16.2. _____ _____ $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

| Debtor | Mezz57th LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** | 03/31/2020 MM / DD / YYYY | $ 129,418.98 | _____ | $ 129,418.98 |
| 22. **Other inventory or supplies** | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 129,418.98

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Equipment, Furniture, Computers

| | | | |
|---|---|---|---|
| | $ 710,511.10 | _____ | $ 710,511.10 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 710,511.10

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ _____ − _____ = ➜ $_____

Total face amount / doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____ $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____ $_____

Nature of claim _____

Amount requested $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Tenant improvements _____ $ 0.00

Nature of claim _____ Tenant improvements _____

Amount requested $ 300,000.00

76. **Trusts, equitable or future interests in property**

_____ $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____ $_____

_____ $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. | $ 0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

| Debtor | Mezz57th LLC | Case number (if known) |
|--------|--------------|------------------------|
|        | Name         |                        |

<div style="background:black;color:white;padding:4px;display:inline-block">**Part 12:**</div>  **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 302,613.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 400,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 129,418.98 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 710,511.10 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 1,542,543.83 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...........1,542,543.83........................................................ $ 1,542,543.83

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property         **12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name<br>Financial Pacific Leasing | Describe debtor's property that is subject to a lien<br>Equipment, Furniture, Computers | $ 67,296.07 | $ 710,511.10 |
|---|---|---|---|

Creditor's mailing address
P.O. BOX 4568
Federal Way, WA 98001

Creditor's email address, if known
_____

Describe the lien
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _____
Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

Financial Pacific Leasing, 1st;
Navatis Credit Corp., 1st; Pawnee

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name<br>Flick, Larry | Describe debtor's property that is subject to a lien | $650,000.00 | $Unknown |
|---|---|---|---|

Creditor's mailing address
308 Julip Run
St. Davids, PA 19087

Creditor's email address, if known
_____

Describe the lien
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _____
Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 3,047,048.07

| Debtor | Mezz57th LLC | Case number (if known)_____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3 Creditor's name**
Navatis Credit Corp.

**Creditor's mailing address**

201 Executive Center Drive
SUITE 100, Columbia, SC 29210

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Equipment, Furniture, Computers

$ 115,571.00      $ 710,511.10

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4 Creditor's name**
Pawnee Leasing Corp

**Creditor's mailing address**

3801 Automation Way
Fort Collins Collins, CO 80525

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Equipment, Furniture, Computers

$ 86,618.00      $ 710,511.10

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

**Part 1:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5  Creditor's name**

Saw Investment Fund LLC
_____

**Creditor's mailing address**

2449 N. TENAYA WAY #35290
_____
c/o Steve Wynn, Las Vegas, NV 89134

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$400,000.00          $_____

---

**2.6  Creditor's name**

Seller, Jeffrey
_____

**Creditor's mailing address**

1501 Broadway
_____
24th Floor, New York, NY 10036

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$650,000.00          $_____

---

| Debtor | Mezz57th LLC | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.7** **Creditor's name**
Seller, Jeffrey

_____

**Creditor's mailing address**

1501 Broadway
24th Floor, New York, NY 10036

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,050,720.00     $ _____

---

**2.8** **Creditor's name**
Time Payment Corp.

_____

**Creditor's mailing address**

1600 District Ave
Suite 200, Burlington, MA 01803

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
Equipment, Furniture, Computers

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$26,843.00     $ 710,511.10

---

| Debtor | Mezz57th LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

Debtor     Mezz57th LLC

United States Bankruptcy Court for the:   Southern District of New York

Case number
(if known)     _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
Ardolino, Abbey
148 Rockwood Road
Florham Park, NJ, 07932

As of the petition filing date, the claim is: $ 0.00    $ _____
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.2**   Priority creditor's name and mailing address
Aucaquizhpi, Martha
40-33 97th Street
Corona, NY, 11368

As of the petition filing date, the claim is: $ 0.00    $ _____
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.3**   Priority creditor's name and mailing address
Barrett, John
c/o Mezz57th LLC
36 E. 57th Street
New York, NY, 10022

As of the petition filing date, the claim is: $ 0.00    $ _____
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Part 1. | **Additional Page** |
|---------|---------------------|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.4** **Priority creditor's name and mailing address**
Basset, Patrick
343 W 56th Street
Apt 10
New York, NY, 10003

$ 0.00            $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.5** **Priority creditor's name and mailing address**
Boglino, Larisa
12 Bluff View Court
Miller Place, NY, 11764

$ 0.00            $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.6** **Priority creditor's name and mailing address**
Bonnin, Bruno
1900 Consulate Place
Apt 101
West Palm Beach, FL, 33401

$ 0.00            $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.7** **Priority creditor's name and mailing address**
Carpio, Monica
133-13 95th Ave
2d Floor
South Richmond Hill, NY, 11419

$ 0.00            $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| Total claim | Priority amount |
|-------------|-----------------|

---

**2.8   Priority creditor's name and mailing address**

Cartier, Hubert
441 East 20th Street
Apt 7G
New York, NY, 10010

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.9   Priority creditor's name and mailing address**

Castillo, Rosa Cecilia
35-39 63rd Street
Woodside, NY, 11377

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.10   Priority creditor's name and mailing address**

Cilione, Katherine
15 Lincoln Avenue
Ardsley, NY, 10502

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.11   Priority creditor's name and mailing address**

Cogliano, Laura Jean
28-44 46th Street
Apt 2R
Astoria, NY, 11103

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12 Priority creditor's name and mailing address**

Collier, Thomas K.
325 West 21st St.
Apt 1
New York, NY, 10011

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.13 Priority creditor's name and mailing address**

Concepcion, Jonathan Efrain
157 East 2d St
Apt 1D
New York, NY, 10009

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.14 Priority creditor's name and mailing address**

Correj, Elsa
789 Waring Ave

Bronx, NY, 10467

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.15 Priority creditor's name and mailing address**

Costa, Jennifer
136 East 55th St
Apt 8D
New York, NY, 10022

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Wages, Salaries, Commissions

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | Mezz57th LLC | Case number (if known) |
|---|---|---|
| | Name | |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**          **Priority amount**

---

**2.16** **Priority creditor's name and mailing address**

Croucher, Steven
1990 Lexington Ave
Apt 9C
New York, NY, 10035

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )
☑ No
☐ Yes

---

**2.17** **Priority creditor's name and mailing address**

Devuono, Giuliana
294 Bronxville Road
Apt 2H
Bronxville, NY, 10708

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )
☑ No
☐ Yes

---

**2.18** **Priority creditor's name and mailing address**

Dunleavy, Ryan
205 West 123d Street
Apt 1
New York, NY, 10027

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )
☑ No
☐ Yes

---

**2.19** **Priority creditor's name and mailing address**

Eppich, Kara Anne
60-36 69th Ave
Ridgewood, NY, 11385

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )
☑ No
☐ Yes

---

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.20  Priority creditor's name and mailing address**
Farruggio, Michael Vincent
287 6th Street
New York, NY, 10027

$0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.21  Priority creditor's name and mailing address**
Fernandez, Diana
37-44 101st Street
Corona, NY, 11368

$0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.22  Priority creditor's name and mailing address**
Fernandez, Patria
1360 Merriam Ave
Apt 4Q
Bronx, NY, 10452

$0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.23  Priority creditor's name and mailing address**
Fodera, Lauren Crystal
41 East Drive
Garden City, NY, 11530

$0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.24** **Priority creditor's name and mailing address**

Fuhrer, Robert
3612 24th Ave
Apt 2
Astoria, NY, 11103

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.25** **Priority creditor's name and mailing address**

Garcia, Lucy
6691 Chapman Field Drive
Miami, FL, 33156

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.26** **Priority creditor's name and mailing address**

George, Elizabeth
39-60 54th Street
Apt 10p
Woodside, NY, 11377

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.27** **Priority creditor's name and mailing address**

Ghirardo, Christian
46-22 67th Street
Apt 1
Woodside, NY, 11377

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

| Debtor | Mezz57th LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.28 Priority creditor's name and mailing address**

Golod, Nikoletta
2072 Ocean Avenue
Apt 503
Brooklyn, NY, 11230

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.29 Priority creditor's name and mailing address**

Hatgidmitriou, Vasilia
795 Madison Avenue
3d Floor
New York, NY, 10065

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.30 Priority creditor's name and mailing address**

Haufmann, Danielle
69-03 67th Place
Ridgewood, NY, 11385

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.31 Priority creditor's name and mailing address**

Haxhari, Rita
2032 Paulding Avenue
Bronx, NY, 10462

$ 0.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor | Mezz57th LLC | Case number (if known)_____ |
|---|---|---|
| | Name | |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.32** **Priority creditor's name and mailing address**
Hernandez Pereira, Gina
37-5289th Street
Apt 3B
Jackson Heights, NY, 11372

$ 0.00      $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.33** **Priority creditor's name and mailing address**
Howe, William
500 West 30th Street
Apt 29N
New York, NY, 10001

$ 0.00      $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.34** **Priority creditor's name and mailing address**
Iliescu, Beatrice
31-11 33d Street
Apt 3F
Astoria, NY, 11106

$ 0.00      $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.35** **Priority creditor's name and mailing address**
Internal Revenue Service
Dept of Treasury PO Box 7346
Bryn Mawr, PA, 19010

$ 0.00      $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| Debtor | Mezz57th LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

### 2.36   Priority creditor's name and mailing address

Kakivelis, Suzanna
30-49 35th Street

Astoria, NY, 11103

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

### 2.37   Priority creditor's name and mailing address

Kersey, William John Michael
2109 Broadway
Apt 932
New York, NY, 10023

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

### 2.38   Priority creditor's name and mailing address

Labauri, Natia
1820 East 13th Street
Apt 3D
Brooklyn, NY, 11229

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

### 2.39   Priority creditor's name and mailing address

Lamarre, Sandra
49 Crown St
Apt 14F
Brooklyn, NY, 11225

$ 0.00                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | Mezz57th LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**          **Priority amount**

---

**2.40  Priority creditor's name and mailing address**
Lemanis, George
5 Poe Court
Ledgewood, NJ, 07852

$ 0.00          $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.41  Priority creditor's name and mailing address**
Levine, Fallon Diedre
647 Hands Creek Road
East Hampton, NY, 11937

$ 0.00          $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.42  Priority creditor's name and mailing address**
Liocotta, Laura Mary
15-43 Chandler Drive
Fair Lawn, NJ, 07410

$ 0.00          $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.43  Priority creditor's name and mailing address**
Loja, Cruz Esperenza
95-15 41St Ave
Apt 6
Corona, NY, 11368

$ 0.00          $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 1.  Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.44  Priority creditor's name and mailing address**

Lopez, Nadia
9-11 E 107th Street
Atp 2M
New York, NY, 10029

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.45  Priority creditor's name and mailing address**

Mamatkarimova, Nodira
1315 West 7th Street
Apt E7
Brooklyn, NY, 11204

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.46  Priority creditor's name and mailing address**

Manies, Shoshana
333 E 93rd St
Apt 4A
Brooklyn, NY, 11204

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.47  Priority creditor's name and mailing address**

Martinez, Susan
1563 W 5th St
Apt 4A
Brooklyn, NY, 11204

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Wages, Salaries, Commissions

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

| Debtor | Mezz57th LLC | Case number (if known) |
|---|---|---|
| | Name | |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.48 Priority creditor's name and mailing address**

Meija De La Cruz, Arlin
2532 Williams Bridge Road
Bronx, NY, 10469

$ 0.00     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.49 Priority creditor's name and mailing address**

Meo, Janine
2379 Royce Street
Brooklyn, NY, 11234

$ 0.00     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.50 Priority creditor's name and mailing address**

Moncada, Diego
5943 58th Avecnue
Floor 2
Maspeth, NY, 11378

$ 0.00     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.51 Priority creditor's name and mailing address**

Monte, Gina
33 Bond Steeet
Apt 1816
Brooklyn, NY, 11201

$ 0.00     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

| Debtor | Mezz57th LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.52** **Priority creditor's name and mailing address**
Mosquea, Cruz
91-13 111 Street
2d Floor
Richmond Hill, NY, 11418

$ 0.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.53** **Priority creditor's name and mailing address**
Muniz, Jose
414 S Center Street
Santa Ana, CA, 92703

$ 0.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.54** **Priority creditor's name and mailing address**
NYS Dept of Taxation and Finance
Bankrupctcy Section, PO Box 5300
Albany, NY, 12205

$ 0.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.55** **Priority creditor's name and mailing address**
Nastase, Sorina
440 Cross Road
Apt C3
Matawan, NJ, 07747

$ 0.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | Mezz57th LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.56   Priority creditor's name and mailing address**
New York City Dept of Finance
1 Center Street
New York, NY, 10007

$ 0.00     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )
☑ No
☐ Yes

---

**2.57   Priority creditor's name and mailing address**
New York State Dept of Taxation and Finance
PO Box 15172
Albany, NY, 12212-5172

$ 0.00     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )
☑ No
☐ Yes

---

**2.58   Priority creditor's name and mailing address**
Nonn, Soeun
24-43 43rd Street
Astoria, NY, 11103

$ 0.00     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )
☑ No
☐ Yes

---

**2.59   Priority creditor's name and mailing address**
Ohman, Ashley
100 Thayer Street
Apt 5K
New York, NY, 10040

$ 0.00     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )
☑ No
☐ Yes

---

| Debtor | Mezz57th LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.60  Priority creditor's name and mailing address**

Paguay, Marco T
40-40 79th St
Apt B106
Elmhurst, NY, 11373

$ 0.00        $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.61  Priority creditor's name and mailing address**

Penuela Hernandez, Monica
147-34 70th Ave
Apt 1
Flushing, NY, 11367

$ 0.00        $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.62  Priority creditor's name and mailing address**

Qeliqi, Fetije
10 Nevins St
Apt 5A
Brooklyn, NY, 11217

$ 0.00        $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.63  Priority creditor's name and mailing address**

Ramos, Mauricio
412 E 78th Street
Apt 1a
New York, NY, 10021

$ 0.00        $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.64** **Priority creditor's name and mailing address**
Ree, Jason Anthony
1179 Ellsworth Ave
Bronx, NY, 10465

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.65** **Priority creditor's name and mailing address**
Revord, Troy
990 Hancock Street
#2
Brooklyn, NY, 11221

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.66** **Priority creditor's name and mailing address**
Reynoso De Los Santos, Jose
502 West 170th St
New York, NY, 10032

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.67** **Priority creditor's name and mailing address**
Ringo, Ross
477 FDR Drive
Apt m1306
New York, NY, 10002

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 68  Priority creditor's name and mailing address**
Rosales Rodriguez, Joseph
30-21 31st Street
Apt 2R
Astoria, NY, 11102

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2. 69  Priority creditor's name and mailing address**
Roseman, Ida
25 Parkview Ave
Apt 4K
Bronxville, NY, 10708

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2. 70  Priority creditor's name and mailing address**
Ruberto, Cindy A
92 Pearsall Avenue
Apt 5
Jersey City, NJ, 07305

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2. 71  Priority creditor's name and mailing address**
Saka, Toshiki
319 West 48 Street
#421
New York, NY, 10036

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | Mezz57th LLC | Case number (if known) |
|---|---|---|
| | Name | |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.72**   **Priority creditor's name and mailing address**

Salkin, Evgeny
37 West 72d Street
Apt 16A
New York, NY, 10023

$ 0.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.73**   **Priority creditor's name and mailing address**
Seigel, Adam
4 Manhattan Ave
Apt 2A
New York, NY, 10025

$ 0.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.74**   **Priority creditor's name and mailing address**
Sigillo, Vincenzo
1795 Darby Street
Yorktown Heights, NY, 10598

$ 0.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.75**   **Priority creditor's name and mailing address**

Smolyanskaya, Lyudmila
623 Binghamton Lane
Livingston, NJ, 07039

$ 0.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.76** **Priority creditor's name and mailing address**

Tavarez, Brigida
44 Jackson St
#5C
New York, NY, 10002

Total claim: $ 0.00
Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.77** **Priority creditor's name and mailing address**

Thompson, Ta-Tyana Zhane
54 Boerum St
Apt 16T
Brooklyn, NY, 11206

Total claim: $ 0.00
Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.78** **Priority creditor's name and mailing address**

Todd, Jonathan
3170 34th Street
Apt 3C
Astoria, NY, 11106

Total claim: $ 0.00
Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.79** **Priority creditor's name and mailing address**

Vargas, Brianna
4655 188th Street
Ridgewood, NY, 11385

Total claim: $ 0.00
Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | Mezz57th LLC | Case number (if known) |
|--------|--------------|------------------------|
|        | Name         |                        |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|--|-------------|-----------------|

**2.80** **Priority creditor's name and mailing address**
Velotta, Antonio M
43-42 45th St
Apt #6O
Sunnyside, NY, 11104

$ 0.00                $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4 )**

**2.81** **Priority creditor's name and mailing address**
Villaviciencio, Carlos H
354 South 2d Street
Apt 1D
Brooklyn, NY, 11211

$ 0.00                $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4 )**

**2.82** **Priority creditor's name and mailing address**
Villaviciencio, Janeth
354 South 2d Street
Apt 1D
Brooklyn, NY, 11211

$ 0.00                $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4 )**

**2.83** **Priority creditor's name and mailing address**
Walz, Alex A
1 Larch Court

Fishkill, NY, 12524

$ 0.00                $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4 )**

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.84  Priority creditor's name and mailing address**

Weeden, Alex
2554 Matthews Ave
Apt 2
Bronx, NY, 10467

$ 0.00                          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.85  Priority creditor's name and mailing address**

Wendolowski, Tori
138 Turner Street
Port Reading, NJ, 07064

$ 0.00                          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.86  Priority creditor's name and mailing address**

Winterstein, Guy Laurent Ropiot
71 St Marks Place
Apt 4
New York, NY, 10003

$ 0.00                          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.87  Priority creditor's name and mailing address**

Wongchong, Joan
45 President Street
Brooklyn, NY, 11231

$ 0.00                          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2. 88   Priority creditor's name and mailing address**

Zakin, Eduard
386 Poillon Ave
Staten Island, NY, 10312

$ 0.00                  $

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
☑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
❑ Yes

**2. 89   Priority creditor's name and mailing address**

Zhuran, Lyudmila
135 Ocean Parkway
Apt 14F
Brooklyn, NY, 11218

$ 0.00                  $

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
☑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
❑ Yes

**2.___   Priority creditor's name and mailing address**

$_____        $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**Is the claim subject to offset?**
❑ No
❑ Yes

**2.___   Priority creditor's name and mailing address**

$_____        $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**   _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**Is the claim subject to offset?**
❑ No
❑ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.1**
**Nonpriority creditor's name and mailing address**
57th Street Copy Center
119 West 57th Street
Suite 1010
New York, NY, 10019

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 28,599.37

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**
**Nonpriority creditor's name and mailing address**
A. Santini Moving & Storage
1 Steel Court
Roseland, NJ, 07068

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 14,300.95

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**
**Nonpriority creditor's name and mailing address**
Acquavella, William R.
18 East 79th Street

New York, NY, 10075

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 491,020.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**
**Nonpriority creditor's name and mailing address**
ADP LLC
1 ADP Blvd
Roseland, NJ, 07068

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,189.35

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**
**Nonpriority creditor's name and mailing address**
ADP Screening & Selection Services
PO Box 645177
Cincinnati, OH, 45264-5177

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,156.95

Date or dates debt was incurred _____

Last 4 digits of account number   0345

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**
**Nonpriority creditor's name and mailing address**
Advanced Plumbing Mechanical & Sprinkler
123 50th Street
Brooklyn, NY, 11232

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 261.30

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Mezz57th LLC | | Case number (if known) _____ |
|---|---|---|---|
| | Name | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 7  **Nonpriority creditor's name and mailing address**

Alan Margolin & Associates
420 Lexington Ave

New York, NY, 10170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 8  **Nonpriority creditor's name and mailing address**

All Pro Ventures LLC
1106 Castle Drive
Union, NJ, 07083

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,189.87

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 9  **Nonpriority creditor's name and mailing address**

Altruist NY LLC
808 Columbus Ave
16D
New York, NY, 10025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,951.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 10  **Nonpriority creditor's name and mailing address**

Altus GTS
2400 Veterans Memorial Blvd
Suite 300
Kenner, LA, 70062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 9991

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 11  **Nonpriority creditor's name and mailing address**

Anchor Communications
400 East 57th Street
Suite 8N
New York, NY, 10022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 10,576.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.12   Nonpriority creditor's name and mailing address

ASI Administrative Solutions
PO Box 5809
Fresno, CA, 93755

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

### 3.13   Nonpriority creditor's name and mailing address

Associated Pension Consultants, Inc.
111 Express St
Plainview, NY, 11803

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

### 3.14   Nonpriority creditor's name and mailing address

BAM Signs Inc.
876 6th Ave
New York, NY, 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 4,745.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

### 3.15   Nonpriority creditor's name and mailing address

Barbara Aphel
2561 East Vermont Ave
Phoenix, AZ, 85016

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

### 3.16   Nonpriority creditor's name and mailing address

Boss Beauty Supply
1380 Adams Rd
Bensalem, PA, 19020

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

| Debtor | Mezz57th LLC | Case number (if known) _____ |
|--------|--------------|-----------------------------------|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 17  Nonpriority creditor's name and mailing address**

Bouchon Bakery
423 West 55th St
New York, NY, 10019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,567.25

**3. 18  Nonpriority creditor's name and mailing address**

Brother's Pastry
PO Box 90616
Staten Island, NY, 10309

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**3. 19  Nonpriority creditor's name and mailing address**

Bruno Construction
210 East 25th St
New York, NY, 10011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,900.00

**3. 20  Nonpriority creditor's name and mailing address**

Classic Protection Security & Investigation
88 New Dorp Plaza
Suite 108
Staten Island, NY, 10306

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,041.45

**3. 21  Nonpriority creditor's name and mailing address**

Coffee Distributing Corp
200 Broadway
New Hyde Park, NY, 11040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,530.93

| Debtor | Mezz57th LLC | Case number (if known)_____ |
|--------|--------------|---------------------------------|
|        | Name         |                                 |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** **22**   **Nonpriority creditor's name and mailing address**

Con Edison
JAF Station
PO Box 1702
New York, NY, 10016-1702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$_____

---

**3.** **23**   **Nonpriority creditor's name and mailing address**

Creative Products of NY
35-18 37th Street
Long Island City, NY, 11101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 418.45 _____

---

**3.** **24**   **Nonpriority creditor's name and mailing address**

Depasquale Salon Systems
21-21 Broadway
Fair Lawn, NJ, 07410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,115.38 _____

---

**3.** **25**   **Nonpriority creditor's name and mailing address**

DGA Security Systems Inc.
PO Box 1920
New York, NY, 10101-1920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,731.11 _____

---

**3.** **26**   **Nonpriority creditor's name and mailing address**

EBSCO Magazines
PO Box 830460
Birmingham, AL, 35283-0260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,555.44 _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** Nonpriority creditor's name and mailing address

EMI-Jay
14560 Calvert Street
Van Nuys, CA, 91411

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 304.00

---

**3.28** Nonpriority creditor's name and mailing address

Fairchild Baldwin
50 East 77th Street
Suite 12A
New York, NY, 10075

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,000.00

---

**3.29** Nonpriority creditor's name and mailing address

First Insurance Funding
450 Skokie Blvd
Suite 1000
Northbrook, IL, 60062-7917

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,445.86

---

**3.30** Nonpriority creditor's name and mailing address

Floralies, Inc.
122 East 55th St
New York, NY, 10022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,985.16

---

**3.31** Nonpriority creditor's name and mailing address

Friedman LLP
One Liberty Plaza
165 , 21 Floor
New York, NY, 10006

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,650.00

---

| Debtor | Mezz57th LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.³²** Nonpriority creditor's name and mailing address

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA, 94043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.³³** Nonpriority creditor's name and mailing address

Great Hair Inc.
6903 Vista Parkway North
Unit 7
West Palm Beach, FL, 33411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,204.40

---

**3.³⁴** Nonpriority creditor's name and mailing address

Hachette Book Group
PO Box 8828
JFK Station
Boston, MA, 02114-8828

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,736.62

---

**3.³⁵** Nonpriority creditor's name and mailing address

Henick Lane Service Group
45-33 Davis Street
New York, NY, 10001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,393.40

---

**3.³⁶** Nonpriority creditor's name and mailing address

Hugo Villavicencio
354 South 2d Street

Brooklyn, NY, 11211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 400.00

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

Imperial Dade
255 Route 1&9

Jersey City, NJ, 07306

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,173.97

---

**3.38** Nonpriority creditor's name and mailing address

Intuit Quickbooks
2632 Marine Way
Mountain View, CA, 94043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 274.95

---

**3.39** Nonpriority creditor's name and mailing address

Iron Mountain
PO Box 27128
New York, NY, 10087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,796.27

---

**3.40** Nonpriority creditor's name and mailing address

ITH Inc.
348 West 49th Street
#2C
New York, NY, 10019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,356.25

---

**3.41** Nonpriority creditor's name and mailing address

JH Brands LLC
200 E 61st Street
Unit 31E
New York, NY, 10065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28,940.00

---

| Debtor | Mezz57th LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.42** **Nonpriority creditor's name and mailing address**

John Barrett
c/o Mezz57th LLC
36 E. 57th Street
New York, NY, 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** **Nonpriority creditor's name and mailing address**

John Barrett Inc.
36 E 57th Street
New York, NY, 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 457,404.41

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**

Kersey, William
2109 Broadway
Apt 932
New York, NY, 10023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 250,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.45** **Nonpriority creditor's name and mailing address**

Laundry King
PO Box 570077
Whitestone, NY, 11357

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 19,364.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**

Leonetti, Gina Marie
321 W 104th St
New York, NY, 10025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 72,328.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.47  Nonpriority creditor's name and mailing address**

Long Island  Beauty Supply Inc.
90-31 160th Street
Jamaica, NY, 11432

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,850.33

---

**3.48  Nonpriority creditor's name and mailing address**

Lori McLean Ltd.
320 East 11th Street
New York, NY, 10003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,905.44

---

**3.49  Nonpriority creditor's name and mailing address**

Macfarlane Properties
c/o Merrill Lynch
57 Hampton Road
Southampton, NY, 11968

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,500.00

---

**3.50  Nonpriority creditor's name and mailing address**

Marathon Digital LLC
1501 Broadway
Suite 2500
New York, NY, 10036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,845.00

---

**3.51  Nonpriority creditor's name and mailing address**

Maria Canale
717 Madison Ave
New York, NY, 10065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,635.00

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 52  **Nonpriority creditor's name and mailing address**

Mazars USA LLC
135 W 50th Street
New York, NY, 10020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 52,983.70

---

**3.** 53  **Nonpriority creditor's name and mailing address**

MDK International Inc.
477 Madison Ave
6th Floor
New York, NY, 10022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,017.70

---

**3.** 54  **Nonpriority creditor's name and mailing address**

Melissa Ventosa-Martin
570 16th Street
Brooklyn, NY, 11218

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,000.00

---

**3.** 55  **Nonpriority creditor's name and mailing address**

Michele Pelafas, Inc.
910 S Riverside Dr
Suite 3
Elmhurst, IL, 60126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,661.00

---

**3.** 56  **Nonpriority creditor's name and mailing address**

Milbon USA Inc.
550 5th Ave
9th Floor
New York, NY, 10036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,447.03

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 57    **Nonpriority creditor's name and mailing address**

MIP 57th Development Acquisition LLC
c/o Macklowe Properties
737 Fifth Ave
New York, NY, 10153

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 571,484.02

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 58    **Nonpriority creditor's name and mailing address**

Morgan Jones
180 Nassau St
Apt 10C
Brooklyn, NY, 11201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,775.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 59    **Nonpriority creditor's name and mailing address**

Moroccan Gold Serices LLC
PO Box 291301
Fort Lauderdale, FL, 33329

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,277.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 60    **Nonpriority creditor's name and mailing address**

Muniz, Jose
414 S Center St
Santa Ana, CA, 92703

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 160,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 61    **Nonpriority creditor's name and mailing address**

Nutraceutical Wellness Inc.
136 Madison Ave
10th Floor
New York, NY, 10016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,255.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.62** Nonpriority creditor's name and mailing address

OnSameDay Delivery
PO Box 20467 Greely Sq Station
4 E 27th Street
New York, NY, 10001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 154.30

---

**3.63** Nonpriority creditor's name and mailing address

Patricia Yankee
538 Garnet St
North Babylon, NY, 11703

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 160.00

---

**3.64** Nonpriority creditor's name and mailing address

Principal Life Insurance Company
711 High Street
Des Moines, IA, 50392-0371

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.65** Nonpriority creditor's name and mailing address

Purchase Power
814 10th Ave
#1
New York, NY, 10019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 857.66

---

**3.66** Nonpriority creditor's name and mailing address

Quarterhorse Technology Inc.
14 Penn Plaza
9th Floor
New York, NY, 10122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 450.00

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 67** Nonpriority creditor's name and mailing address

Redleaf, Elizabeth
c/o Jon Leffel NKSFB, LLC,
810 Seventh Ave., Ste. 1701
New York, NY, 10019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 243,209.00

---

**3. 68** Nonpriority creditor's name and mailing address

Republic Data Products Inc.
PO Box 273
Maplewood, NJ, 07040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

---

**3. 69** Nonpriority creditor's name and mailing address

Ronette Riley Architect
494 Eighth Ave
15 Fl
New York, NY, 10001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31,391.78

---

**3. 70** Nonpriority creditor's name and mailing address

Rose 1845 By Lazarus Ltd.
107 East 35th Street
Apt 1A
New York, NY, 10016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 361.60

---

**3. 71** Nonpriority creditor's name and mailing address

Safety First Ltd.
1055 Parsippany Rd
Parsippany, NJ, 07054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 360.00

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.72** **Nonpriority creditor's name and mailing address**

Salon Centric
62686 Collections Center Dr
Chicago, IL, 60693-0626

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,113.35

---

**3.73** **Nonpriority creditor's name and mailing address**

Salon Guys
5980 88th Street
Sacramento, CA, 95828

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 612.42

---

**3.74** **Nonpriority creditor's name and mailing address**

Shu Uemura
Professional Products Division
PO Box 9340
Garden City, NY, 11540

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 195.84

---

**3.75** **Nonpriority creditor's name and mailing address**

Signature Bank
261 Madison Ave.
New York, NY, 10016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 374,060.00

---

**3.76** **Nonpriority creditor's name and mailing address**

Sound & Vision
116 West 23d Street
4th Floor
New York, NY, 10011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,500.00

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. 77** Nonpriority creditor's name and mailing address

Spectrum Enterprise
1900 Blue Crest Lane
San Antonio, TX, 78247

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 599.00

**3. 78** Nonpriority creditor's name and mailing address

Staples
500 Staples Drive

Framingham, MA, 01702

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

**3. 79** Nonpriority creditor's name and mailing address

Suratt Cosmetics
30 East 20th Street
Suite 6F
New York, NY, 10003

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,985.50

**3. 80** Nonpriority creditor's name and mailing address

Symbiotic Salon Systems
60 Seaview Blvd
Port Washington, NY, 11050

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,595.37

**3. 81** Nonpriority creditor's name and mailing address

Tele-Verse Communications Inc.
730 Blue Point Road
Holtsville, NY, 11742-1832

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,502.73

| Debtor | Mezz57th LLC | Case number (if known) |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.82**   **Nonpriority creditor's name and mailing address**

The Finest Accessories, Inc.
30545 SE 84th Street
Suite 5
Issaquah, WA, 98027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 750.89

---

**3.83**   **Nonpriority creditor's name and mailing address**

The Hartford
690 Asylum Avenue
Hartford, CT, 06155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 12,773.72

---

**3.84**   **Nonpriority creditor's name and mailing address**

The Sweet Construction Group
5 Hanover Square
5th Floor
New York, NJ, 10004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 615,723.49

---

**3.85**   **Nonpriority creditor's name and mailing address**

The Wella Corporation
24444 Network Place
Chicago, IL, 60683

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 2,702.38

---

**3.86**   **Nonpriority creditor's name and mailing address**

Total Fire Protection
5322 Avenue N
Brooklyn, NY, 11234

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 11.09

---

| Debtor | Mezz57th LLC | Case number (if known)_____ |
|--------|--------------|------------------------------------------|
|        | Name         |                                          |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87 Nonpriority creditor's name and mailing address**

Trinny London
Cambridge House
16 High Street, Saffron
Essex, Walden CB10 1AX

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 224,720.74

**3.88 Nonpriority creditor's name and mailing address**

United Healthcare
Lockbox 10151
5505 North Cumberland Ave Suite 309
Chicago, IL, 60656

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**3.89 Nonpriority creditor's name and mailing address**

Verizon Wireless
PO Box 408
Newark
Newark, NJ, 07101-0408

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 372.28

**3.90 Nonpriority creditor's name and mailing address**

WageWorks, Inc.
PO Box 224547
Dallas, TX, 75222-4547

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 122.00

**3.91 Nonpriority creditor's name and mailing address**

Woodner, Dian
The Woodner Company
21 East 67th Street 4th Floor
New York, NY, 10065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 48,619.00

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Jose Muniz<br>319 W 21st St<br>Apt C<br>New York, NY, 10011 | Line 3.60<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line _____<br>☐ Not listed. Explain | _____ |
| 41. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 3,901,148.70 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,901,148.70 |

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Commercial real estate property lease | MIP 57th Development Acquisition LLC c/o Macklowe Properties 737 Fifth Ave New York, NY, 10153 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | Time Payment Corp 1600 District Ave Suite 200 Burlington, MA, 01803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | Navitas Credit Corp 201 Executive Center Drive SUITE 100 Columbia, SC, 29210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | Financial Pacific Leasing P.O. BOX 4568 Federal Way, WA, 98001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | Pawnee Leasing Corp. 3801 Automation Way Fort Collins, CO, 80525 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

❑ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ❑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.2 | | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 | | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 | | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | _____ | ❑ D<br>❑ E/F<br>❑ G |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/11/2020__          ✖ /s/ John Barrett
          MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                              John Barrett
                              Printed name

                              Managing Member
                              Position or relationship to debtor