BALLON STOLL BADER & NADLER, P.C.
729 Seventh Avenue
New York, NY 10019
Telephone: (212) 575-7900
Facsimile: (212) 764-5060
Vincent J. Roldan
vroldan@ballonstoll.com

*Proposed Attorneys for Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| In Re:<br><br>    MEZZ57TH LLC<br>    d/b/a John Barrett<br><br>                    Debtor | Chapter 11<br><br>Case No.: 20-11316 |

---------------------------------------------------------X

| | |
|---|---|
| In Re:<br><br>    JOHN BARRETT INC.<br>    d/b/a John Barrett Salon at Bergdorf<br>    Goodman<br><br>                    Debtor | Chapter 11<br><br>Case No.: 20-11318 |

---------------------------------------------------------X

## ORDER DIRECTING THE JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "Motion") of the Debtors for entry of an order directing the joint administration of the Debtors' Chapter 11 cases, and good and sufficient notice of the hearing on the Motion having been provided; and the Court having considered the Motion, the opposition thereto, if any, and the arguments of counsel, if any; and for good cause shown,

**IT IS ORDERED** as follows:

1. The Debtors' Chapter 11 cases shall be jointly administered for procedural purposes only.

2. A true copy of this Order shall be served on all parties listed in the Debtors' creditor matrix by regular mail within three (3) days hereof.

3. The official caption to be used by all parties in all pleadings in the jointly administered cases shall be as follows, and all pleadings relevant to the Debtors shall be electronically filed on the Mezz57th LLC docket (case no. 20-11316):

---------------------------------------------------------x
*In re:*                                                                    Chapter 11

MEZZ57TH LLC, et al.                                            Case No. 20-11316

                                                                (Jointly Administered)
             Debtors and
             Debtors-in-Possession.

---------------------------------------------------------x

4. A docket entry reflecting the joint administration shall be made by the Clerk in each of the Debtors' cases.

Dated: New York, New York         */s/ Sean H. Lane*
June 16, 2020                              UNITED STATES BANKRUPTCY JUDGE