**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————————————————x

IN RE:                                                           **Chapter: 11**


Mezz57th LLC                                                     **Case No.: 20–11316–shl**
   aka   John
          Barrett

                         Debtor(s)
————————————————————————————————————x


### ORDER SCHEDULING STATUS CONFERENCE UNDER 11 U.S.C. § 1188


        Debtor commenced this case under chapter 11 of title 11 of the United States Code ("Bankruptcy Code") and stated in the petition that the Debtor is a small business Debtor pursuant to Fed. R. Bankr. P. 1020(a), and elected to proceed as a small business Debtor under Subchapter V of chapter 11 of the Bankruptcy Code. Pursuant to the requirements of Bankruptcy Code § 1188, an initial case status conference shall be conducted by the Honorable Sean H. Lane on July 23, 2020 at 10:00 AM to be held in Courtroom 701, One Bowling Green, New York, NY 10004–1408.

        Pursuant to 11 U.S.C. § 1188(c) of the Bankruptcy Code, not later than 14 days before the date of the status conference under subsection (a), the Debtor shall file with the court and serve on the trustee and all parties in interest a report that details the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization.

        Pursuant to 11 U.S.C. § 1189(b) of the Bankruptcy Code, Debtor shall file and serve a plan not later than 90 days after the order for relief under this chapter, unless the court extends the deadline.

        Failure to comply with this order may result in the dismissal of this case.


Dated: June 16, 2020                            /s/ Honorable Sean H. Lane
                                                United States Bankruptcy Judge