| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT | | 341 Meeting Date: June 25, 2020 |
| SOUTHERN DISTRICT OF NEW YORK | | 341 Meeting Time: 2:00 pm |

--------------------------------------------------------X
: 
In re : Chapter 11
: 
MEZZ 57TH LLC, *et al.,* :
: Case No. 20-11316 (SHL)
: 
Debtors. : Jointly Administered
--------------------------------------------------------X

## **INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS**

The section 341 meeting of creditors for the above-captioned case scheduled for **June 25, 2020 at 2:00 p.m.** (the "Designated Meeting Time") will be conducted by **telephone conference.**

All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

> Meeting Dial-in No: 877-459-4096, and
> when prompted enter the
> Participant Code: 6685886 followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

Dated: New York, New York
       June 22, 2020

                                                   Respectfully submitted,

                                                   WILLIAM K. HARRINGTON
                                                 UNITED STATES TRUSTEE, REGION 2

                              By:    <u>*/s/ Paul K. Schwartzberg*</u>
                                                 Paul K. Schwartzberg
                                                 Trial Attorney
                                                 Office of the United States Trustee
                                                 U.S. Federal Office Building
                                                 201 Varick Street, Room 1006
                                                 New York, NY 10014
                                                 Tel. (212) 510-0500