UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

MEZZ57TH LLC, et al.

                Debtors and
                Debtors-in-Possession.
------------------------------------------------------------------x

Case No. 20-11316

Chapter 11

(Jointly Administered)

# NOTICE OF APPEARANCE AND
# DEMAND FOR NOTICES

**PLEASE TAKE NOTICE**, that Jeffrey Seller (the "Creditor"), by and through its attorneys, Goldberg Weprin Finkel Goldstein LLP, hereby files this Notice of Appearance and Request for Notices in this Title 11 case, pursuant to 11 U.S.C § 342 and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and respectfully requests that all notices given or required to be given, and all papers served or required to be served, in this case and in all proceedings arising under or related thereto, be served upon the following as follows:

        Goldberg Weprin Finkel Goldstein LLP
        1501 Broadway, 22nd Floor
        New York, New York 10004
        Attn: Neal M. Rosenbloom, Esq.
        nrosenbloom@gwfglaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or

request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Dated: New York, New York
  June 22, 2020

                        **GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**
*Attorneys for Jeffrey Seller*
1501 Broadway, 22nd Floor
New York, New York 10004
nrosenbloom@gwfglaw.com
Tel. (212) 221-5700
Fax (212) 221-6583

By: /s/ Neal M. Rosenbloom
     Neal M. Rosenbloom
     A Member of the Firm

To:    Vincent J. Roldan, Esq.
        Ballon Stoll Bader & Nadler P.C.
        Attorneys for Debtor
        vroldan@ballonstoll.com)

        Charles N. Persing
        Bederson LLP
        cpersing@bederson.com

        Andreas D. Milliaressis, Esq.
        Stevens & Lee P.C.
        Attorneys for Lawrence F. Flick IV
        adm@stevenslee.com

        Kevin J. Etzell, Esq.
        Vedder Price P.C.
        Attorneys for Signature Bank
        ketzel@vedderprice.com