BALLON STOLL BADER & NADLER P.C.  
729 Seventh Avenue  
New York NY  10019  
Telephone: 212-575-7900  
Facsimile: 212-764-5060  
Vincent J. Roldan  
vroldan@ballonstoll.com  

Hearing Date: July 23, 2020 10:00 AM  
Objection deadline: July 16, 2020  

*Proposed Counsel to the Debtors*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------X  

In Re:  

MEZZ57TH LLC *et al.*  

              Debtors and  
              Debtors in Possession  
-------------------------------------------------------X  

Chapter 11  

Case No.:  20-11316  

(Jointly Administered)  

## OMNIBUS NOTICE OF HEARING

**PLEASE TAKE NOTICE** that upon the following applications and motions (collectively, the "Motions") of Mezz57tth LLC and John Barrett Inc. (the "Debtors"), a hearing will be held before the Hon. Sean Lane H. Lane, United States Bankruptcy Judge, on **July 23, 2020** at **10:00 AM**, to consider the following:

1. Debtors' Application to retain and employ Ballon Stoll Bader & Nadler PC as their attorneys *nunc pro tunc* to the Petition Date [Docket No. 7];

2. Debtors' Application to retain and employ Golden Door Services, LLC as their consultants *nunc pro tunc* to the Petition Date [Docket No. 34];

3. Motion of Mezz57th LLC for entry of an Order (I) Approving Interim Relief Related To the Interim Budget and (II) Granting Related Relief [Docket No. 35].

4. and for such other and further relief as this Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE**, that the hearing will be held telephonically in

accordance with General Order M-543. Attendees must register with CourtSolutions at https://www.court-solutions.com/. Note that telephonic and video hearings will be recorded by the Court. No other recordings of telephonic or video hearings may be made. Please see the Court's website at http://www.nysb.uscourts.gov/general-orders-and-guidance-created-covid-19 for further instructions.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in any of the Motions shall be made in writing, filed with the Bankruptcy Court at the Court's website www.nysb.uscourts.gov (log in and password required), with a copy delivered directly to the chambers of the Honorable Sean H. Lane, and served upon Ballon Stoll Bader & Nadler P.C., 729 Seventh Avenue, New York NY 10019 Attn: Vincent J. Roldan, Esq. so as to be received no later than July 16, 2020 at 4:00 PM.

Dated: June 23, 2020
      New York, NY

                        BALLON STOLL BADER & NADLER, P.C.

                        By:_____/s/ Vincent J. Roldan_____
                           Vincent J. Roldan (VR-7450)
*Proposed Attorneys for*
*Debtors and Debtors-in-Possession*
729 Seventh Avenue – 17th Floor
New York, NY 10019
212.575-7900
Fax 212.764-5060
www.ballonstoll.com