BALLON STOLL BADER & NADLER, P.C.
729 Seventh Avenue
17th Fl
New York, NY 10019
Ph.  212.575.7900
Fax. 212.764.5060
Howard D. Bader
hbader@ballonstoll.com
*Proposed Attorneys for Debtors and*
*Debtors-in-Possesion*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| MEZZ57TH LLC, et al. | Case No.:  20-11316 |
| Debtors and Debtors-in-Possession | (Jointly Administered) |

# NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Howard D. Bader, of Ballon Stoll Bader & Nadler, P.C., will appear as proposed attorneys for Mezz57th LLC and John Barrett Inc, Debtors and Debtors in possession, in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure("Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that that Howard D. Bader, of Ballon Stoll Bader & Nadler, P.C., and hereby files this Notice of Appearance and Request for Notices in this Title 11 case, pursuant to 11 U.S.C § 342 and Rules 2002 and 9007 of the Bankruptcy Rules and respectfully requests that all notices given or required to be given, and all papers served or required to be served, in this case and in all proceedings arising under or related thereto, be served upon the following as follows:

Howard D. Bader
BALLON STOLL BADER & NADLER, P.C.
729 Seventh Avenue
17th Fl
New York, NY 10019
Ph.   212.575.7900
Fax. 212.764.5060
Email: hbader@ballonstoll.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Dated:  New York, New York
        25 June 2020

                                          BALLON STOLL BADER & NADLER, P.C.

                                          By:   /s/ Howard D. Bader
                                                Howard D. Bader  (HB 9744)
                                                hbader@ballonstoll.com
*Proposed attorneys for Debtors and Debtors in Possession*
729 Seventh Avenue
17th Fl
New York, NY 10019
Ph.   212.575.7900
Fax. 212.764.5060