**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>John Barrett Inc.**,**<br><br>                  **Debtor.** | Chapter 11<br><br>Case Number:<br>20-11318-shl |
| **In re:**<br><br>Mezz57th LLC,<br><br>                  **Debtor.** | Chapter 11<br><br>Case Number:<br>20-11316-shl |

**AMENDED NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears pursuant to Bankruptcy Rule 9010(b) as counsel for LAUNDRY KING, creditor and/or party-in-interest. Counsel hereby requests pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Section 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings and papers given or filed in this case be given and served upon the undersigned counsel at the following address:

Matthew S. Porges, Esq.
Law Office of Matthew S. Porges
641 President Street, Suite 205
Brooklyn, New York 11215
mspesq@mspesq.com
(718) 673-2578 (Phone)
(718) 619-8654 (Facsimile)

1

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail delivery, electronics, telephone, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a consent to jurisdiction or as a waiver of any rights (i) to have final orders in non-core matters entered only after a *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, defenses, claims, actions or recoupments in law or equity, all of which are expressly reserved.

Dated: Brooklyn, New York
July 2, 2020

Yours truly,

Law Office of Matthew S. Porges
641 President Street, Suite 205
Brooklyn, New York 11215
mspesq@mspesq.com
(718) 673-2578 (Phone)
(718) 619-8654 (Facsimile)

MATTHEW S. PORGES, ESQ.