BALLON STOLL BADER & NADLER P.C.
729 Seventh Avenue
New York NY 10019
Telephone: 212-575-7900
Facsimile: 212-764-5060
Vincent J. Roldan
vroldan@ballonstoll.com

*Proposed Counsel to the Debtors*

Hearing Date: July 23, 2020 10:00 AM
Objection deadline: July 16, 2020

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re:

MEZZ57TH LLC *et al.*

        Debtors and
        Debtors in Possession
--------------------------------------------------------X

Chapter 11

Case No.: 20-11316

(Jointly Administered)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that upon the following motion (the "Motion") of Mezz57tth LLC. (the "Debtor"), a hearing will be held before the Hon. Sean Lane H. Lane, United States Bankruptcy Judge, on **July 23, 2020** at **10:00 AM**, to consider the following:

1. Debtor's Motion for entry of an Order (A) Authorizing the Debtor to Pay Certain Prepetition Claims of Critical Vendors and (B) Granting Related Relief

2. and for such other and further relief as this Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE**, that the hearing will be held telephonically in accordance with General Order M-543. Attendees must register with CourtSolutions at https://www.court-solutions.com/. Note that telephonic and video hearings will be recorded by the Court. No other recordings of telephonic or video hearings may be made. Please see the Court's website at http://www.nysb.uscourts.gov/general-orders-and-guidance-

[created-covid-19](#) for further instructions.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall be made in writing, filed with the Bankruptcy Court at the Court's website www.nysb.uscourts.gov (log in and password required), with a copy delivered directly to the chambers of the Honorable Sean H. Lane, and served upon Ballon Stoll Bader & Nadler P.C., 729 Seventh Avenue, New York NY 10019 Attn: Vincent J. Roldan, Esq. so as to be received no later than July 16, 2020 at 4:00 PM.

Dated: July 6, 2020
      New York, NY

                                  BALLON STOLL BADER & NADLER, P.C.

                                  By:_____/s/ Vincent J. Roldan_____
                                        Vincent J. Roldan (VR-7450)
                                  *Proposed Attorneys for*
                                  *Debtors and Debtors-in-Possession*
                                  729 Seventh Avenue – 17th Floor
                                  New York, NY 10019
                                  212.575-7900
                                  Fax 212.764-5060
                                  www.ballonstoll.com