Jonathan L. Flaxer
Moshie Solomon
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
711 Third Avenue
New York, New York 10017
Telephone: (212) 907-7300
Facsimile:  (212) 754-0330

*Counsel for MIP 57th Development Acquisition LLC*

**Hearing Date:**
July 23, 2020 at 10:00 a.m. (ET)

**Last Date to Object:**
July 16, 2020 at 5:00 p.m. (ET)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In Re                                          :    Chapter 11
                                               :
    MEZZ57TH LLC, et al.              :    Case No. 20-11316 (SHL)
                                               :
                                               :    (Jointly Administered)
                              Debtors.    :
-----------------------------------------------------------x

**NOTICE OF CROSS-MOTION OF MIP 57TH DEVELOPMENT ACQUISITION LLC TO COMPEL THE DEBTORS TO (I) PERFORM THEIR POSTPETITION OBLIGATIONS AND, ALTERNATIVELY, (II) PROVIDE ADEQUATE PROTECTION**

**PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") shall be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **July 23, 2020 at 10:00 a.m. (Eastern Time)** or as soon thereafter as counsel may be heard, to consider the cross-motion (the "**Cross-Motion**") of MIP 57th Development Acquisition LLC, by and through its undersigned counsel, Golenbock Eiseman Assor Bell & Peskoe LLP, for entry of an order (i) compelling the above-captioned debtors to comply with section 365(d)(3) of chapter 11 of title 11 of the United States Code and perform their obligations under its lease and (ii) alternatively, requiring payment of adequate protection.

**PLEASE TAKE FURTHER NOTICE** that, objections to the relief requested in the Cross-Motion, if any, must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, must set forth the name of the objecting party, the basis for the objection and the specific grounds therefor, and must be filed with the Bankruptcy Court electronically on or before **5:00 p.m. (Eastern Time) on July 16, 2020** in accordance with General Order M-399 by registered users of the Bankruptcy Court's electronic case filing system, and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers of the Honorable Sean H. Lane), and any objection must further be served so as to be received on or before **5:00 p.m. (Eastern Time) on July 16, 2020** by: (i) counsel to MIP 57th Development Acquisition LLC, Golenbock Eiseman Assor Bell & Peskoe LLP, 711 Third Avenue, New York, New York 10017 (Attn: Jonathan L. Flaxer, Esq.); (ii) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Paul Schwartzberg, Esq.); (iii) the Chapter 11 Trustee, Charles N. Persing, Bederson LLP, 347 Mount Pleasant Avenue, West Orange, NJ 07052 and (iv) all other parties entitled to service in this chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC (www.courtsolutions.com). Instructions to register for CourtSolutions LLC are attached to General Order M-543.

**PLEASE TAKE FURTHER NOTICE** that, the Hearing may be adjourned from time to time without further notice to any creditor or other party in interest other than the announcement of the adjourned date(s) in open court on the date of the Hearing or at any adjourned date thereof.

Dated: New York, New York  
       July 8, 2020

GOLENBOCK EISEMAN ASSOR  
BELL & PESKOE LLP  
711 Third Avenue  
New York, New York 10017  
Telephone: (212) 907-7300  
Facsimile: (212) 754-0330

By:   /s/ Jonathan L. Flaxer  
      Jonathan L. Flaxer  
      Moshie Solomon

*Counsel for MIP 57th Development Acquisition LLC*