## Exhibits to June 2020 Monthly Operating Report

NOTE: this June 2020 operating report also covers the period May 29-May 31, a weekend during which there were no operations.

## Exhibit A

Question 3.  Debtor is behind in payments because the Debtor's salon was closed until June 22.

Question 6.  Debtor has an extension and will be preparing tax returns.

## Exhibit B

Question 1. Debtor's pre-petition account was open as of June 30, will be closed in July.

| Account | Type | Date | Name | Purpose | Amount |
|---|---|---|---|---|---|
| Merchant | Deposit | 6/4/2020 | Bankcard deposit | Employee Transit Refund | 375.00 |
| Operating | Deposit | 6/15/2020 | WAGEWORKS | Payroll | 2,859.59 |
| Merchant | Deposit | 6/15/2020 | Bankcard deposit | Employee Transit Refund | 337.50 |
| Merchant | Deposit | 6/16/2020 | Bankcard deposit | Employee Transit Refund | 112.50 |
| DIP Operating | Deposit | 6/22/2020 | Bankcard deposit | Daily Sales | 37.51 |
| DIP Operating | Deposit | 6/23/2020 | Bankcard deposit | Daily Sales | 117.57 |
| DIP Operating | Deposit | 6/24/2020 | Bankcard deposit | Daily Sales | 8,768.69 |
| DIP Operating | Deposit | 6/25/2020 | Bankcard deposit | Daily Sales | 30,179.73 |
| DIP Operating | Deposit | 6/26/2020 | Bankcard deposit | Daily Sales | 25,882.18 |
| DIP Operating | Deposit | 6/29/2020 | Bankcard deposit | Daily Sales | 25,386.98 |
| DIP Operating | Deposit | 6/29/2020 | Bankcard deposit | Daily Sales | 58,304.13 |
| DIP Operating | Deposit | 6/30/2020 | Bankcard deposit | Daily Sales | 4,026.49 |

| Account | Type | Date | Name | Purpose | Amount |
|---|---|---|---|---|---|
| Operating | Withdrawal | 6/1/2020 | FINANCIAL PACIFI LEASE PYMT | Lease payments | 191.56 |
| Operating | Withdrawal | 6/1/2020 | TIMEPAYMENT | Lease payments | 562.92 |
| Operating | Withdrawal | 6/1/2020 | PAWNEE EQUIPMENT | Lease payments | 1,883.01 |
| Operating | Withdrawal | 6/1/2020 | UNITED HEALTHCARE | Health insurance | 61,688.11 |
| Operating | Withdrawal | 6/2/2020 | BMW Financial | Car Payment | 1,095.00 |
| Operating | Withdrawal | 6/2/2020 | Philadelphia insurance | Commercial insurance | 13,677.75 |
| Operating | Withdrawal | 6/2/2020 | Check 1763 | Golden Door - Controller | 1,200.00 |
| Merchant | Withdrawal | 6/2/2020 | Bankcard deposit | Employee Transit Expense | 106.21 |
| Operating | Withdrawal | 6/8/2020 | ATM-POS DEBIT | ATM Transaction | 108.86 |
| Payroll | Withdrawal | 6/9/2020 | OUTGOING WIRE XFER | ADP | 487.63 |
| DIP Operating | Withdrawal | 6/15/2020 | FIRST INSURANCE INSURANCE | Insurance payment | 17,118.56 |
| DIP Operating | Withdrawal | 6/16/2020 | EMPIRE BC | Health insurance | 56,021.82 |
| DIP Operating | Withdrawal | 6/17/2020 | Check 1002 | Televerse Phones | 2,842.44 |
| DIP Operating | Withdrawal | 6/18/2020 | Check 1003 | Golden Door - Controller | 2,400.00 |
| DIP Operating | Withdrawal | 6/19/2020 | HARTFORD | Worker's comp | 22,665.28 |
| DIP Operating | Withdrawal | 6/19/2020 | Check 1004 | John Barrett Salary | 15,000.00 |
| DIP Operating | Withdrawal | 6/22/2020 | TWCABLE NATIONAL | Cable service | 1,797.00 |
| DIP Operating | Withdrawal | 6/22/2020 | Check 1008 | Republic data booking | 2,250.00 |
| DIP Operating | Withdrawal | 6/23/2020 | CHARGEITPRO | Office expense | 10.08 |
| DIP Operating | Withdrawal | 6/23/2020 | Check 1005 | Verizon Fios | 2,709.64 |
| DIP Operating | Withdrawal | 6/23/2020 | Check 1006 | Verizon Telephones | 3,289.66 |
| DIP Operating | Withdrawal | 6/23/2020 | Check 1007 | Advanced Plumbing | 942.4 |
| DIP Operating | Withdrawal | 6/23/2020 | Check 1009 | ITH Software | 1,356.25 |
| DIP Operating | Withdrawal | 6/24/2020 | Check 1010 | Great Hair supplies | 7,100.00 |
| DIP Operating | Withdrawal | 6/25/2020 | ADP | Payroll fee | 14.51 |
| DIP Operating | Withdrawal | 6/25/2020 | ADP | Payroll fee | 14.51 |
| DIP Operating | Withdrawal | 6/25/2020 | ADP | Payroll fee | 20 |
| DIP Operating | Withdrawal | 6/25/2020 | ADP | Payroll fee | 32.08 |
| DIP Operating | Withdrawal | 6/25/2020 | ADP | Payroll fee | 34.21 |
| DIP Operating | Withdrawal | 6/25/2020 | ADP | Payroll fee | 75 |
| DIP Operating | Withdrawal | 6/25/2020 | ADP | Payroll fee | 766.35 |
| DIP Operating | Withdrawal | 6/25/2020 | ADP | Payroll fee | 818.75 |
| DIP Operating | Withdrawal | 6/25/2020 | ADP | Payroll fee | 861.02 |
| DIP Operating | Withdrawal | 6/25/2020 | ADP | Payroll fee | 1,000.00 |
| DIP Operating | Withdrawal | 6/26/2020 | IBCS SPASALON | Spa Salon Software | 1,595.00 |

# Mezz 57th LLC
## A/P Aging Summary
**As of June 30, 2020**

| | Current | 1 - 30 | Total |
|---|---|---|---|
| **ADP, LLC** | | 242.60 | 242.60 |
| **Con Edison** | 2,839.31 | | 2,839.31 |
| **FedEx** | 79.10 | | 79.10 |
| **Golden Door Services** | 1,200.00 | | 1,200.00 |
| **Google LLC** | 1,353.46 | | 1,353.46 |
| **Great Hair, Inc.** | 1,950.00 | | 1,950.00 |
| **Hair U Wear, Inc.** | 418.93 | | 418.93 |
| **Imperial Dade (Burke)** | 1,222.21 | 403.75 | 1,625.96 |
| **Iron Mountain** | 978.44 | | 978.44 |
| **Long Island Beauty Supply, Inc.** | 1,102.32 | | 1,102.32 |
| **Milbon USA, Inc.** | 5,256.42 | | 5,256.42 |
| **Pro Beauty Wholesale** | 842.13 | | 842.13 |
| **Quarterhorse Technology Inc.** | 150.00 | 150.00 | 300.00 |
| **Shu Uemura** | 2,523.81 | | 2,523.81 |
| **Spectrum Enterprise** | 599.00 | | 599.00 |
| **Staples** | 259.02 | | 259.02 |
| **Tele-Verse Communications, Inc.** | 141.28 | | 141.28 |
| **The Wella Corporation** | 1,626.90 | | 1,626.90 |
| **ULINE** | 373.88 | | 373.88 |
| **United Healthcare** | 0.01 | | 0.01 |
| **Verizon** | 1,747.41 | | 1,747.41 |
| **Verizon Fios** | 650.37 | | 650.37 |
| **WageWorks, Inc.** | | 122.00 | 122.00 |
| **TOTAL** | **$ 25,314.00** | **$ 918.35** | **$ 26,232.35** |

Tuesday, Jul 21, 2020 09:55:13 PM GMT-7

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC DEBTOR IN POSSESSION       9-244
CASE NUMBER 2011316SHL
OPERATING AC
36E 57TH ST MEZZANINE
NEW YORK NY  10022              999          See Back for Important Information

Primary Account: 9083                    9

EFFECTIVE JULY 1, 2020, SIGNATURE BANK'S FUNDS AVAILABILITY DISCLOSURE WILL
BE REVISED AS FOLLOWS:
THE AMOUNT AVAILABLE FOR WITHDRAWAL FROM CHECK DEPOSITS NOT SUBJECT TO NEXT
DAY AVAILABILITY WILL INCREASE FROM 200 DOLLARS TO 225 DOLLARS ON THE
FIRST BUSINESS DAY AFTER THE DAY OF DEPOSIT AND THE AMOUNT AVAILABLE FOR
CASH WITHDRAWAL ON THE SECOND BUSINESS DAY WILL INCREASE FROM 400 DOLLARS TO
450 DOLLARS.

ON OR BEFORE JULY 1, 2020, THE REVISED DISCLOSURE WILL BE AVAILABLE AS A PDF
FILE ON THE "AGREEMENTS AND DISCLOSURES" PAGE UNDER 'ABOUT US' AS THE
"ADDENDUM TO THE BUSINESS ACCOUNT AGREEMENTS AND DISCLOSURES EFFECTIVE
JULY 1, 2020" AT WWW.SIGNATURENY.COM OR BY CONTACTING YOUR PRIVATE CLIENT
GROUP.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 9083          BANKRUPTCY CHECKING | | .00 | 308,049.28 |
| RELATIONSHIP         TOTAL | | | 308,049.28 |

# SIGNATURE BANK

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

```
MEZZ57TH LLC DEBTOR IN POSSESSION        9-244
CASE NUMBER 2011316SHL
OPERATING AC
36E 57TH ST MEZZANINE
NEW YORK NY  10022              999          See Back for Important Information
```

Primary Account: 9083              9

BANKRUPTCY CHECKING        9083

Summary

```
Previous Balance as of June      04, 2020                              .00
    12 Credits                                                  463,118.08
       27 Debits                                                155,068.80
Ending Balance as of    June     30, 2020                       308,049.28
```

Deposits and Other Credits

| Date | Description | | | Amount |
|------|-------------|---|---|-------:|
| Jun 04 | TELEPHONE XFER CR | | | 302,862.69 |
| | TELEPHONE TRANSFER FROM: XXXXXX7145 | | | |
| Jun 22 | ACH DEPOSIT | ck/ref no. | 4713448 | 37.51 |
| | BANKCARD-8566 | MTOT DEP | 518089130019953 | |
| | 002 00000000000037511592126793 | | | |
| Jun 23 | ACH DEPOSIT | ck/ref no. | 4821339 | 117.57 |
| | BANKCARD-8566 | BTOT DEP | 518089130019953 | |
| | 005 00000000000333571592126793 | | | |
| Jun 24 | ACH DEPOSIT | ck/ref no. | 4971346 | 8,768.69 |
| | BANKCARD-8566 | BTOT DEP | 518089130019953 | |
| | 005 00000000010757161592126793 | | | |
| Jun 24 | TELEPHONE XFER CR | | | 942.52 |
| | TELEPHONE TRANSFER FROM: XXXXXX3512 | | | |
| Jun 24 | TELEPHONE XFER CR | | | 2,859.59 |
| | TELEPHONE TRANSFER FROM: XXXXXX7145 | | | |
| Jun 24 | TELEPHONE XFER CR | | | 3,750.00 |
| | TELEPHONE TRANSFER FROM: XXXXXX3520 | | | |
| Jun 25 | ACH DEPOSIT | ck/ref no. | 5073831 | 30,179.73 |
| | BANKCARD-8566 | BTOT DEP | 518089130019953 | |
| | 002 00000000030179731592126793 | | | |
| Jun 26 | ACH DEPOSIT | ck/ref no. | 5254988 | 25,882.18 |
| | BANKCARD-8566 | MTOT DEP | 518089130019953 | |
| | 005 00000000002624218159212679 | | | |
| Jun 29 | ACH DEPOSIT | ck/ref no. | 5352697 | 25,386.98 |
| | BANKCARD-8566 | MTOT DEP | 518089130019953 | |

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC DEBTOR IN POSSESSION        9-244
CASE NUMBER 2011316SHL
OPERATING AC
36E 57TH ST MEZZANINE
NEW YORK NY  10022              999            See Back for Important Information

Primary Account: 9083              9

| Date | Description | | |
|------|-------------|---|---|
| | 002 0000000000253869815921267 93 | | |
| Jun 29 | ACH DEPOSIT      ck/ref no.   5408722 | | 58,304.13 |
| | BANKCARD-8566    BTOT DEP    518089130019953 | | |
| | 002 0000000000583041315921267 93 | | |
| Jun 30 | ACH DEPOSIT      ck/ref no.   5541857 | | 4,026.49 |
| | BANKCARD-8566    BTOT DEP    518089130019953 | | |
| | 002 0000000000402649159212679 3 | | |

**Withdrawals and Other Debits**

| Date | Description | | |
|------|-------------|---|---|
| Jun 15 | AUTOMATED PAYMENT     ck/ref no.   4062632 | | 17,118.56 |
| | FIRST INSURANCE      INSURANCE    900-91292722 | | |
| Jun 16 | AUTOMATED PAYMENT     ck/ref no.   4177887 | | 56,021.82 |
| | EMPIRE BC           RA-1261018   000001201762026 | | |
| Jun 19 | AUTOMATED PAYMENT     ck/ref no.   4608852 | | 22,665.28 |
| | THE HARTFORD        NTCLBIIVRC   12780298 | | |
| Jun 22 | AUTOMATED PAYMENT     ck/ref no.   4710222 | | 1,797.00 |
| | TWCABLE NATIONAL     CABLE SVCS   4009167 | | |
| Jun 23 | AUTOMATED PAYMENT     ck/ref no.   4824357 | | 10.08 |
| | CHARGEITPRO INC      PURCHASE     64857458 | | |
| Jun 25 | AUTOMATED PAYMENT     ck/ref no.   4987493 | | 14.51 |
| | ADP PAYROLL FEES     ADP - FEES   10I258238801154 | | |
| Jun 25 | AUTOMATED PAYMENT     ck/ref no.   4987495 | | 14.51 |
| | ADP PAYROLL FEES     ADP - FEES   10I258238801156 | | |
| Jun 25 | AUTOMATED PAYMENT     ck/ref no.   4987496 | | 20.00 |
| | ADP PAYROLL FEES     ADP - FEES   10I258238801157 | | |
| Jun 25 | AUTOMATED PAYMENT     ck/ref no.   4987489 | | 32.08 |
| | ADP PAYROLL FEES     ADP - FEES   10I258238801150 | | |
| Jun 25 | AUTOMATED PAYMENT     ck/ref no.   4987497 | | 34.21 |
| | ADP PAYROLL FEES     ADP - FEES   10I258238801158 | | |
| Jun 25 | AUTOMATED PAYMENT     ck/ref no.   4987490 | | 75.00 |
| | ADP PAYROLL FEES     ADP - FEES   10I258238801151 | | |
| Jun 25 | AUTOMATED PAYMENT     ck/ref no.   4987491 | | 766.35 |
| | ADP PAYROLL FEES     ADP - FEES   10I258238801152 | | |
| Jun 25 | AUTOMATED PAYMENT     ck/ref no.   4987492 | | 818.75 |
| | ADP PAYROLL FEES     ADP - FEES   10I258238801153 | | |
| Jun 25 | AUTOMATED PAYMENT     ck/ref no.   4987494 | | 861.02 |
| | ADP PAYROLL FEES     ADP - FEES   10I258238801155 | | |
| Jun 25 | AUTOMATED PAYMENT     ck/ref no.   5074906 | | 1,000.00 |
| | CAPITAL ONE         ONLINE PMT   017639910216090 | | |

# SIGNATURE BANK

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC DEBTOR IN POSSESSION        9-244
CASE NUMBER 2011316SHL
OPERATING AC
36E 57TH ST MEZZANINE
NEW YORK NY  10022              999

See Back for Important Information

Primary Account: 9083              9

| Date | Description | | |
|------|-------------|---|---|
| Jun 26 | ONLINE TRANSFER DR | | 6,834.24 |
| | ONLINE XFR TO: XXXXXX9105 | | |
| Jun 26 | ONLINE TRANSFER DR | | 7,500.00 |
| | ONLINE XFR TO: XXXXXX9091 | | |
| Jun 26 | AUTOMATED PAYMENT     ck/ref no.    5103842 | | 1,595.00 |
| | IBCS SPASALON      JOHNBARRET    1 | | |

## Checks by Serial Number

| Date | Serial | Amount | Date | Serial | Amount |
|------|--------|--------|------|--------|--------|
| Jun 17 | 1002 | 2,842.44 | Jun 23 | 1007 | 942.40 |
| Jun 18 | 1003 | 2,400.00 | Jun 22 | 1008 | 2,250.00 |
| Jun 19 | 1004 | 15,000.00 | Jun 23 | 1009 | 1,356.25 |
| Jun 23 | 1005 | 2,709.64 | Jun 24 | 1010 | 7,100.00 |
| Jun 23 | 1006 | 3,289.66 | | | |

## Daily Balances

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| Jun 04 | .00 | Jun 22 | 182,805.10 |
| Jun 04 | 302,862.69 | Jun 23 | 174,614.64 |
| Jun 15 | 285,744.13 | Jun 24 | 183,835.44 |
| Jun 16 | 229,722.31 | Jun 25 | 210,378.74 |
| Jun 17 | 226,879.87 | Jun 26 | 220,331.68 |
| Jun 18 | 224,479.87 | Jun 29 | 304,022.79 |
| Jun 19 | 186,814.59 | Jun 30 | 308,049.28 |

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC DEBTOR IN POSSESSION        8-244
CASE NUMBER 2011316SHL
PAYROLL AC
36 E 57TH ST MEZZANINE
NEW YORK NY  10022              999

See Back for Important Information

Primary Account: 9105                    0

EFFECTIVE JULY 1, 2020, SIGNATURE BANK'S FUNDS AVAILABILITY DISCLOSURE WILL
BE REVISED AS FOLLOWS:
THE AMOUNT AVAILABLE FOR WITHDRAWAL FROM CHECK DEPOSITS NOT SUBJECT TO NEXT
DAY AVAILABILITY WILL INCREASE FROM 200 DOLLARS TO 225 DOLLARS ON THE
FIRST BUSINESS DAY AFTER THE DAY OF DEPOSIT AND THE AMOUNT AVAILABLE FOR
CASH WITHDRAWAL ON THE SECOND BUSINESS DAY WILL INCREASE FROM 400 DOLLARS TO
450 DOLLARS.

ON OR BEFORE JULY 1, 2020, THE REVISED DISCLOSURE WILL BE AVAILABLE AS A PDF
FILE ON THE "AGREEMENTS AND DISCLOSURES" PAGE UNDER 'ABOUT US' AS THE
"ADDENDUM TO THE BUSINESS ACCOUNT AGREEMENTS AND DISCLOSURES EFFECTIVE
JULY 1, 2020" AT WWW.SIGNATURENY.COM OR BY CONTACTING YOUR PRIVATE CLIENT
GROUP.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 9105          BANKRUPTCY CHECKING | | .00 | 7,601.14 |
| RELATIONSHIP          TOTAL | | | 7,601.14 |

# SIGNATURE BANK

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC DEBTOR IN POSSESSION       8-244
CASE NUMBER 2011316SHL
PAYROLL AC
36 E 57TH ST MEZZANINE
NEW YORK NY  10022              999              See Back for Important Information

Primary Account: 9105                0

BANKRUPTCY CHECKING          9105

Summary

| | |
|---|---:|
| Previous Balance as of June     04, 2020 | .00 |
| 2 Credits | 7,601.14 |
| Ending Balance as of   June     30, 2020 | 7,601.14 |

Deposits and Other Credits

| | | |
|---|---|---:|
| Jun 24 | TELEPHONE XFER CR | 766.90 |
| | TELEPHONE TRANSFER FROM: XXXXXX7153 | |
| Jun 26 | ONLINE TRANSFER CR | 6,834.24 |
| | ONLINE XFR FROM: XXXXXX9083 | |

Daily Balances

| | | | |
|---|---:|---|---:|
| Jun 04 | .00 | Jun 26 | 7,601.14 |
| Jun 24 | 766.90 | | |

# SIGNATURE BANK

*Signature*

565 Fifth Avenue, 12th Floor
New York, NY 10017

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC DEBTOR IN POSSESSION        8-244
CASE NUMBER 2011316SHL
UTILITIES AC
36E 57TH ST MEZZANINE
NEW YORK NY  10022              999              See Back for Important Information

Primary Account: 9091                0

EFFECTIVE JULY 1, 2020, SIGNATURE BANK'S FUNDS AVAILABILITY DISCLOSURE WILL
BE REVISED AS FOLLOWS:
THE AMOUNT AVAILABLE FOR WITHDRAWAL FROM CHECK DEPOSITS NOT SUBJECT TO NEXT
DAY AVAILABILITY WILL INCREASE FROM 200 DOLLARS TO 225 DOLLARS ON THE
FIRST BUSINESS DAY AFTER THE DAY OF DEPOSIT AND THE AMOUNT AVAILABLE FOR
CASH WITHDRAWAL ON THE SECOND BUSINESS DAY WILL INCREASE FROM 400 DOLLARS TO
450 DOLLARS.

ON OR BEFORE JULY 1, 2020, THE REVISED DISCLOSURE WILL BE AVAILABLE AS A PDF
FILE ON THE "AGREEMENTS AND DISCLOSURES" PAGE UNDER 'ABOUT US' AS THE
"ADDENDUM TO THE BUSINESS ACCOUNT AGREEMENTS AND DISCLOSURES EFFECTIVE
JULY 1, 2020" AT WWW.SIGNATURENY.COM OR BY CONTACTING YOUR PRIVATE CLIENT
GROUP.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 9091    BANKRUPTCY CHECKING | | .00 | 7,500.00 |
| RELATIONSHIP | TOTAL | | 7,500.00 |

# SIGNATURE BANK

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

```
MEZZ57TH LLC DEBTOR IN POSSESSION      8-244
CASE NUMBER 2011316SHL
UTILITIES AC
36E 57TH ST MEZZANINE
NEW YORK NY  10022              999
```

See Back for Important Information

Primary Account: 9091                    0

BANKRUPTCY CHECKING          9091

## Summary

```
 Previous Balance as of June     04, 2020                              .00
         1 Credits                                                7,500.00
 Ending Balance as of   June    30, 2020                          7,500.00
```

## Deposits and Other Credits
```
 Jun 26  ONLINE TRANSFER CR                                       7,500.00
          ONLINE XFR FROM: XXXXXX9083
```

## Daily Balances
```
 Jun 04              .00            Jun 26      7,500.00
```

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC                          8-244
MERCHANT AC
36 E 57TH STREET MEZZANINE
NEW YORK NY  10022

See Back for Important Information

Primary Account: 3512                    0

EFFECTIVE JULY 1, 2020, SIGNATURE BANK'S FUNDS AVAILABILITY DISCLOSURE WILL
BE REVISED AS FOLLOWS:
THE AMOUNT AVAILABLE FOR WITHDRAWAL FROM CHECK DEPOSITS NOT SUBJECT TO NEXT
DAY AVAILABILITY WILL INCREASE FROM 200 DOLLARS TO 225 DOLLARS ON THE
FIRST BUSINESS DAY AFTER THE DAY OF DEPOSIT AND THE AMOUNT AVAILABLE FOR
CASH WITHDRAWAL ON THE SECOND BUSINESS DAY WILL INCREASE FROM 400 DOLLARS TO
450 DOLLARS.

ON OR BEFORE JULY 1, 2020, THE REVISED DISCLOSURE WILL BE AVAILABLE AS A PDF
FILE ON THE "AGREEMENTS AND DISCLOSURES" PAGE UNDER 'ABOUT US' AS THE
"ADDENDUM TO THE BUSINESS ACCOUNT AGREEMENTS AND DISCLOSURES EFFECTIVE
JULY 1, 2020" AT WWW.SIGNATURENY.COM OR BY CONTACTING YOUR PRIVATE CLIENT
GROUP.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 3512      MONOGRAM CHECKING | | 223.73 | .00 |
| RELATIONSHIP | TOTAL | | .00 |

# SIGNATURE BANK

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC                          8-244
MERCHANT AC
36 E 57TH STREET MEZZANINE
NEW YORK NY  10022

See Back for Important Information

Primary Account: 3512                     0

MONOGRAM CHECKING          3512

## Summary

| | | |
|---|---|---:|
| Previous Balance as of June    01, 2020 | | 223.73 |
| 3 Credits | | 825.00 |
| 2 Debits | | 1,048.73 |
| Ending Balance as of   June    30, 2020 | | .00 |

## Deposits and Other Credits

| | | | |
|---|---|---|---:|
| Jun 04 | ACH DEPOSIT | ck/ref no.   2938763 | 375.00 |
| | BANKCARD-8566    BTOT DEP    518089130019953 | | |
| | 005 0000000000018320115592126793 | | |
| Jun 15 | ACH DEPOSIT | ck/ref no.   4119578 | 337.50 |
| | BANKCARD-8566    MTOT DEP    518089130019953 | | |
| | 002 0000000000033750159212 6793 | | |
| Jun 16 | ACH DEPOSIT | ck/ref no.   4201845 | 112.50 |
| | BANKCARD-8566    BTOT DEP    518089130019953 | | |
| | 005 0000000000018025015921 26793 | | |

## Withdrawals and Other Debits

| | | | |
|---|---|---|---:|
| Jun 02 | AUTOMATED PAYMENT | ck/ref no.   2673846 | 106.21 |
| | BANKCARD-8566    MTOT DISC   518089130019953 | | |
| Jun 24 | TELEPHONE XFER DR | | 942.52 |
| | TELEPHONE TRANSFER TO: XXXXXX9083 | | |

## Daily Balances

| | | | |
|---|---:|---|---:|
| May 31 | 223.73 | Jun 15 | 830.02 |
| Jun 02 | 117.52 | Jun 16 | 942.52 |
| Jun 04 | 492.52 | Jun 24 | .00 |

SIGNATURE BANK

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC                          8-244
MERCHANT AC
36 E 57TH STREET MEZZANINE
NEW YORK NY  10022

See Back for Important Information

Primary Account: 3512                    0

Rates for this statement period - Overdraft
Jun 01, 2020   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC                          9-244
OPERATING ACCOUNT
36 E 57TH ST MEZZANINE
NEW YORK NY  10022

See Back for Important Information

Primary Account: 7145                          1

EFFECTIVE JULY 1, 2020, SIGNATURE BANK'S FUNDS AVAILABILITY DISCLOSURE WILL
BE REVISED AS FOLLOWS:
THE AMOUNT AVAILABLE FOR WITHDRAWAL FROM CHECK DEPOSITS NOT SUBJECT TO NEXT
DAY AVAILABILITY WILL INCREASE FROM 200 DOLLARS TO 225 DOLLARS ON THE
FIRST BUSINESS DAY AFTER THE DAY OF DEPOSIT AND THE AMOUNT AVAILABLE FOR
CASH WITHDRAWAL ON THE SECOND BUSINESS DAY WILL INCREASE FROM 400 DOLLARS TO
450 DOLLARS.

ON OR BEFORE JULY 1, 2020, THE REVISED DISCLOSURE WILL BE AVAILABLE AS A PDF
FILE ON THE "AGREEMENTS AND DISCLOSURES" PAGE UNDER 'ABOUT US' AS THE
"ADDENDUM TO THE BUSINESS ACCOUNT AGREEMENTS AND DISCLOSURES EFFECTIVE
JULY 1, 2020" AT WWW.SIGNATURENY.COM OR BY CONTACTING YOUR PRIVATE CLIENT
GROUP.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 7145 | MONOGRAM CHECKING | 383,269.90 | .00 |
| | RELATIONSHIP    TOTAL | | .00 |

# SIGNATURE BANK

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC                          9-244
OPERATING ACCOUNT
36 E 57TH ST MEZZANINE
NEW YORK NY  10022

See Back for Important Information

Primary Account: 7145                    1

MONOGRAM CHECKING            7145

## Summary

| | | |
|---|---|---:|
| Previous Balance as of June | 01, 2020 | 383,269.90 |
| 1 Credits | | 2,859.59 |
| 10 Debits | | 386,129.49 |
| Ending Balance as of   June | 30, 2020 | .00 |

### Deposits and Other Credits

| | | | | |
|---|---|---|---|---:|
| Jun 15 | ACH DEPOSIT | ck/ref no. | 4065691 | 2,859.59 |
| | WAGEWORKS | BAT26221 | CID 41094 | |

### Withdrawals and Other Debits

| | | | | |
|---|---|---|---|---:|
| Jun 01 | AUTOMATED PAYMENT | ck/ref no. | 2483391 | 191.56 |
| | FINANCIAL PACIFI | LEASE PYMT | 001-1520159-301 | |
| Jun 01 | AUTOMATED PAYMENT | ck/ref no. | 2392484 | 562.92 |
| | TIMEPAYMENT | LEASE PMNT | 44812725 | |
| Jun 01 | AUTOMATED PAYMENT | ck/ref no. | 2474378 | 1,883.01 |
| | PAWNEE EQUIPMENT | LEASE PMT | 366601 | |
| Jun 01 | AUTOMATED PAYMENT | ck/ref no. | 2493404 | 61,688.11 |
| | UNITED HEALTHCAR | EDI PAYMTS | 095170013657 | |
| | ISA*00* | *00* | *ZZ*141128924 | |
| Jun 02 | AUTOMATED PAYMENT | ck/ref no. | 2551579 | 1,095.00 |
| | BMWFINANCIAL SVS | BMWFS PYMT | 268106458 | |
| Jun 02 | AUTOMATED PAYMENT | ck/ref no. | 2619496 | 13,677.75 |
| | PHILA INS CO | INS IN | 81185885 | |
| Jun 04 | TELEPHONE XFER DR | | | 302,862.69 |
| | TELEPHONE TRANSFER TO: XXXXXX9083 | | | |
| Jun 08 | ATM-POS DEBIT | | | 108.86 |
| Jun 24 | TELEPHONE XFER DR | | | 2,859.59 |
| | TELEPHONE TRANSFER TO: XXXXXX9083 | | | |

# SIGNATURE BANK

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

```
MEZZ57TH LLC                        9-244
OPERATING ACCOUNT
36 E 57TH ST MEZZANINE
NEW YORK NY  10022
```

See Back for Important Information

Primary Account: 7145                    1

Checks by Serial Number
 Jun 02      1763            1,200.00

Daily Balances
 May 31         383,269.90      Jun 08              .00
 Jun 01         318,944.30      Jun 15         2,859.59
 Jun 02         302,971.55      Jun 24              .00
 Jun 04            108.86

Rates for this statement period - Overdraft
Jun 01, 2020   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC                      8-244
PAYROLL ACCOUNT
36 E 57TH ST MEZZANINE
NEW YORK NY  10022

See Back for Important Information

Primary Account: 7153                    0

EFFECTIVE JULY 1, 2020, SIGNATURE BANK'S FUNDS AVAILABILITY DISCLOSURE WILL
BE REVISED AS FOLLOWS:
THE AMOUNT AVAILABLE FOR WITHDRAWAL FROM CHECK DEPOSITS NOT SUBJECT TO NEXT
DAY AVAILABILITY WILL INCREASE FROM 200 DOLLARS TO 225 DOLLARS ON THE
FIRST BUSINESS DAY AFTER THE DAY OF DEPOSIT AND THE AMOUNT AVAILABLE FOR
CASH WITHDRAWAL ON THE SECOND BUSINESS DAY WILL INCREASE FROM 400 DOLLARS TO
450 DOLLARS.

ON OR BEFORE JULY 1, 2020, THE REVISED DISCLOSURE WILL BE AVAILABLE AS A PDF
FILE ON THE "AGREEMENTS AND DISCLOSURES" PAGE UNDER 'ABOUT US' AS THE
"ADDENDUM TO THE BUSINESS ACCOUNT AGREEMENTS AND DISCLOSURES EFFECTIVE
JULY 1, 2020" AT WWW.SIGNATURENY.COM OR BY CONTACTING YOUR PRIVATE CLIENT
GROUP.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 7153 | MONOGRAM CHECKING | 1,254.53 | .00 |
| | RELATIONSHIP      TOTAL | | .00 |

**SIGNATURE BANK**

Statement Period
From June    01, 2020
To    June     30, 2020
Page    2 of    2

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC                 8-244
PAYROLL ACCOUNT
36 E 57TH ST MEZZANINE
NEW YORK NY   10022

See Back for Important Information

Primary Account: 7153            0

MONOGRAM CHECKING        7153

Summary

| | |
|---|---:|
| Previous Balance as of June    01, 2020 | 1,254.53 |
|      2 Debits | 1,254.53 |
| Ending Balance as of    June     30, 2020 | .00 |

Withdrawals and Other Debits

| | | |
|---|---|---:|
| Jun 09 | OUTGOING WIRE XFER | 487.63 |
| |    REF#   20200609B6B7261F000208 | |
| |      TO:    ADP CLIENT TRUST            ABA:    021000021 | |
| |      BANK: JPMORGAN CHASE           ACCT# 192835681 | |
| Jun 24 | TELEPHONE XFER DR | 766.90 |
| |      TELEPHONE TRANSFER TO: XXXXXX9105 | |

Daily Balances

| | | | | |
|---|---|---|---|---:|
| May 31 | 1,254.53 | | Jun 24 | .00 |
| Jun 09 | 766.90 | | | |

Rates for this statement period - Overdraft
Jun 01, 2020   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC                          8-244
MMA AC
36 E 57TH STREET MEZZANINE
NEW YORK NY  10022

See Back for Important Information

Primary Account: 3520                          0

EFFECTIVE JULY 1, 2020, SIGNATURE BANK'S FUNDS AVAILABILITY DISCLOSURE WILL
BE REVISED AS FOLLOWS:
THE AMOUNT AVAILABLE FOR WITHDRAWAL FROM CHECK DEPOSITS NOT SUBJECT TO NEXT
DAY AVAILABILITY WILL INCREASE FROM 200 DOLLARS TO 225 DOLLARS ON THE
FIRST BUSINESS DAY AFTER THE DAY OF DEPOSIT AND THE AMOUNT AVAILABLE FOR
CASH WITHDRAWAL ON THE SECOND BUSINESS DAY WILL INCREASE FROM 400 DOLLARS TO
450 DOLLARS.

ON OR BEFORE JULY 1, 2020, THE REVISED DISCLOSURE WILL BE AVAILABLE AS A PDF
FILE ON THE "AGREEMENTS AND DISCLOSURES" PAGE UNDER 'ABOUT US' AS THE
"ADDENDUM TO THE BUSINESS ACCOUNT AGREEMENTS AND DISCLOSURES EFFECTIVE
JULY 1, 2020" AT WWW.SIGNATURENY.COM OR BY CONTACTING YOUR PRIVATE CLIENT
GROUP.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 3520    MONOGRAM CHECKING | | 3,750.00 | .00 |
| RELATIONSHIP    TOTAL | | | .00 |

# SIGNATURE BANK

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC                          8-244
MMA AC
36 E 57TH STREET MEZZANINE
NEW YORK NY  10022

See Back for Important Information

Primary Account: 3520                        0

MONOGRAM CHECKING            3520

## Summary

| | |
|---|---:|
| Previous Balance as of June      01, 2020 | 3,750.00 |
| 1 Debits | 3,750.00 |
| Ending Balance as of    June    30, 2020 | .00 |

## Withdrawals and Other Debits

| | |
|---|---:|
| Jun 24  TELEPHONE XFER DR | 3,750.00 |
| TELEPHONE TRANSFER TO: XXXXXX9083 | |

## Daily Balances

| | | | |
|---|---|---|---|
| May 31 | 3,750.00 | Jun 24 | .00 |

Rates for this statement period - Overdraft
Jun 01, 2020   13.000000 %

Mezz 57th LLC

**10800 Checking, Period Ending 06/30/2020**

**RECONCILIATION REPORT**

Reconciled on: 07/20/2020

Reconciled by: Vijar Kohli

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (27) | -155,068.80 |
| Deposits and other credits cleared (12) | 463,118.08 |
| Statement ending balance | 308,049.28 |
| | |
| Uncleared transactions as of 06/30/2020 | -2,726.89 |
| Register balance as of 06/30/2020 | 305,322.39 |
| Cleared transactions after 06/30/2020 | 0.00 |
| Uncleared transactions after 06/30/2020 | -55,026.99 |
| Register balance as of 07/20/2020 | 250,295.40 |

**Details**

Checks and payments cleared (27)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/15/2020 | Expense | | | -17,118.56 |
| 06/16/2020 | Expense | | Empire Bluecross | -56,021.82 |
| 06/17/2020 | Check | 1002 | | -2,842.44 |
| 06/18/2020 | Check | 1003 | Golden Door Services | -2,400.00 |
| 06/19/2020 | Check | 1004 | | -15,000.00 |
| 06/19/2020 | Expense | | | -22,665.28 |
| 06/22/2020 | Expense | | Spectrum Enterprise | -1,797.00 |
| 06/22/2020 | Check | 1008 | | -2,250.00 |
| 06/23/2020 | Check | 1005 | Danielle Haufmann | -2,709.64 |
| 06/23/2020 | Check | 1009 | Rosa Cecelia Castillo | -1,356.25 |
| 06/23/2020 | Check | 1007 | Laura Jean Cogliano | -942.40 |
| 06/23/2020 | Expense | | | -10.08 |
| 06/23/2020 | Check | 1006 | Diego Moncada | -3,289.66 |
| 06/24/2020 | Check | 1010 | Vasilia Hatgidimitriou | -7,100.00 |
| 06/25/2020 | Expense | | ADP, LLC | -818.75 |
| 06/25/2020 | Expense | | ADP, LLC | -766.35 |
| 06/25/2020 | Expense | | ADP, LLC | -861.02 |
| 06/25/2020 | Expense | | ADP, LLC | -75.00 |
| 06/25/2020 | Bill Payment | | ADP, LLC | -34.21 |
| 06/25/2020 | Expense | | ADP, LLC | -32.08 |
| 06/25/2020 | Expense | | ADP, LLC | -14.51 |
| 06/25/2020 | Expense | | ADP, LLC | -14.51 |
| 06/25/2020 | Bill Payment | | ADP, LLC | -20.00 |
| 06/25/2020 | Transfer | | | -1,000.00 |
| 06/26/2020 | Transfer | | | -6,834.24 |
| 06/26/2020 | Expense | | Innovative Business Compute… | -1,595.00 |
| 06/26/2020 | Transfer | | | -7,500.00 |

| Total | | | | -155,068.80 |
|---|---|---|---|---|

Deposits and other credits cleared (12)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/04/2020 | Transfer | | | 302,862.69 |
| 06/22/2020 | Deposit | | | 37.51 |
| 06/23/2020 | Deposit | | | 117.57 |
| 06/24/2020 | Deposit | | | 8,768.69 |
| 06/24/2020 | Transfer | | | 2,859.59 |
| 06/24/2020 | Transfer | | | 942.52 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------|
| 06/24/2020 | Transfer | | | 3,750.00 |
| 06/25/2020 | Deposit | | | 30,179.73 |
| 06/26/2020 | Deposit | | | 25,882.18 |
| 06/29/2020 | Deposit | | | 58,304.13 |
| 06/29/2020 | Deposit | | | 25,386.98 |
| 06/30/2020 | Deposit | | | 4,026.49 |
| Total | | | | 463,118.08 |

Mezz 57th LLC

**10400 Merchant, Period Ending 06/30/2020**

**RECONCILIATION REPORT**

Reconciled on: 07/20/2020

Reconciled by: Vijar Kohli

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 223.73 |
| Checks and payments cleared (2) | -1,048.73 |
| Deposits and other credits cleared (3) | 825.00 |
| Statement ending balance | 0.00 |
| Register balance as of 06/30/2020 | 0.00 |

**Details**

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/02/2020 | Transfer | | | -106.21 |
| 06/24/2020 | Transfer | | | -942.52 |
| Total | | | | -1,048.73 |

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/04/2020 | Deposit | | | 375.00 |
| 06/15/2020 | Deposit | | | 337.50 |
| 06/16/2020 | Deposit | | | 112.50 |
| Total | | | | 825.00 |

Mezz 57th LLC

**10500 Operating, Period Ending 06/30/2020**

**RECONCILIATION REPORT**

Reconciled on: 07/20/2020

Reconciled by: Vijar Kohli

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 383,269.90 |
| Checks and payments cleared (10) | -386,129.49 |
| Deposits and other credits cleared (1) | 2,859.59 |
| Statement ending balance | 0.00 |
| | |
| Uncleared transactions as of 06/30/2020 | -94,149.20 |
| Register balance as of 06/30/2020 | -94,149.20 |

### Details

Checks and payments cleared (10)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/29/2020 | Bill Payment | 1763 | Golden Door Services | -1,200.00 |
| 06/01/2020 | Bill Payment | | United Healthcare | -61,688.11 |
| 06/01/2020 | Expense | | Pacific Leasing Inc | -191.56 |
| 06/01/2020 | Transfer | | | -1,883.01 |
| 06/01/2020 | Transfer | | | -562.92 |
| 06/02/2020 | Expense | | | -13,677.75 |
| 06/02/2020 | Expense | | | -1,095.00 |
| 06/04/2020 | Transfer | | | -302,862.69 |
| 06/08/2020 | Expense | | | -108.86 |
| 06/24/2020 | Transfer | | | -2,859.59 |

| Total | -386,129.49 |
|---|---|

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/15/2020 | Deposit | | | 2,859.59 |

| Total | 2,859.59 |
|---|---|

Mezz 57th LLC

**10600 Payroll, Period Ending 06/30/2020**

**RECONCILIATION REPORT**

Reconciled on: 07/20/2020

Reconciled by: Vijar Kohli

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 1,254.53 |
| Checks and payments cleared (2) | -1,254.53 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 0.00 |
| | |
| Uncleared transactions as of 06/30/2020 | -87,638.28 |
| Register balance as of 06/30/2020 | -87,638.28 |

**Details**

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/09/2020 | Transfer | | | -487.63 |
| 06/24/2020 | Transfer | | | -766.90 |
| Total | | | | -1,254.53 |

Mezz 57th LLC

**10850 Payroll Checking, Period Ending 06/30/2020**

**RECONCILIATION REPORT**

Reconciled on: 07/20/2020

Reconciled by: Vijar Kohli

Any changes made to transactions after this date aren't included in this report.

**Summary**

| | USD |
|---|---|
| Statement beginning balance | 766.90 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (1) | 6,834.24 |
| Statement ending balance | 7,601.14 |
| | |
| Uncleared transactions as of 06/30/2020 | 4,516.90 |
| Register balance as of 06/30/2020 | 12,118.04 |
| Cleared transactions after 06/30/2020 | 0.00 |
| Uncleared transactions after 06/30/2020 | 181,264.74 |
| Register balance as of 07/20/2020 | 193,382.78 |

**Details**

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/26/2020 | Transfer | | | 6,834.24 |
| Total | | | | 6,834.24 |

Mezz 57th LLC

**10700 Savings, Period Ending 06/30/2020**

**RECONCILIATION REPORT**

Reconciled on: 07/20/2020

Reconciled by: Vijar Kohli

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 3,750.00 |
| Checks and payments cleared (1) | -3,750.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 0.00 |
| | |
| Register balance as of 06/30/2020 | 0.00 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/24/2020 | Transfer | | | -3,750.00 |
| Total | | | | -3,750.00 |

Mezz 57th LLC

**10900 Utility, Period Ending 06/30/2020**

**RECONCILIATION REPORT**

Reconciled on: 07/20/2020

Reconciled by: Vijar Kohli

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 7,500.00 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 7,500.00 |
| | |
| Register balance as of 06/30/2020 | 7,500.00 |

# Mezz 57th LLC

## PROFIT AND LOSS

### June 2020

| | TOTAL |
|---|---|
| Income | |
|   40000 REVENUE | |
|     40100 Sales - Service | **202,351.53** |
|     40200 Sales - Retail | **5,651.20** |
|   **Total 40000 REVENUE** | **208,002.73** |
|   Discounts/Refunds Given | **441.48** |
|   Other Income | **0.00** |
| **Total Income** | **$208,444.21** |
| Cost of Goods Sold | |
|   50000 COST OF GOODS SOLD | |
|     50300 COGS  - Retail | **2,791.75** |
|     50600 Backbar | **17,463.75** |
|   **Total 50000 COST OF GOODS SOLD** | **20,255.50** |
| **Total Cost of Goods Sold** | **$20,255.50** |
| GROSS PROFIT | **$188,188.71** |
| Expenses | |
|   60000 PAYROLL | |
|     60100 Service Payroll | **80,278.24** |
|     60200 Payroll Taxes - Employer | **11,885.76** |
|     60300 Payroll Benefits | **56,810.02** |
|     60400 Payroll Expenses | **242.60** |
|     Management & Overhead | **44,135.55** |
|   **Total 60000 PAYROLL** | **193,352.17** |
|   70000 OPERATING EXPENSES | |
|     70100 Rent & Utilities | |
|       70120 Electric & Gas | 2,839.31 |
|       70130 HVAC Water | 942.40 |
|     **Total 70100 Rent & Utilities** | **3,781.71** |
|     70200 Insurance | |
|       70210 Commercial | 13,677.75 |
|       70220 Workmans Comp | 22,665.28 |
|       70240 Keratin | 17,118.56 |
|     **Total 70200 Insurance** | **53,461.59** |
|     70900 Interest & Fees | **534.49** |
|     Office/General Administrative Expenses | |
|       70300 Professional Fees | **10,806.25** |
|       70500 Office Expenses | **16,092.50** |
|     **Total Office/General Administrative Expenses** | **26,898.75** |
|   **Total 70000 OPERATING EXPENSES** | **84,676.54** |
| **Total Expenses** | **$278,028.71** |
| NET OPERATING INCOME | **$ -89,840.00** |

# Mezz 57th LLC

## PROFIT AND LOSS

### June 2020

| | TOTAL |
|---|---|
| NET INCOME | $ -89,840.00 |

# Mezz 57th LLC

## BALANCE SHEET

As of July 21, 2020

| | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 10000 CASH | **82,662.45** |
| Cash transfers | 93,639.49 |
| **Total Bank Accounts** | **$176,301.94** |
| Accounts Receivable | **$7,097.86** |
| Other Current Assets | |
| 12000 CREDIT CARD RECEIVABLE | -33,901.89 |
| 13000 OTHER RECIEVABLES | **56,263.48** |
| 14000 INVENTORY | **133,311.04** |
| 15000 PREPAID EXPENSES | |
| 15100 Prepaid Expenses | 30,531.81 |
| 15200 Prepaid Insurance | 83,752.30 |
| 15300 Prepaid Rent | 0.00 |
| 15400 Retainer Fees | 120,675.00 |
| **Total 15000 PREPAID EXPENSES** | **234,959.11** |
| **Total Other Current Assets** | **$390,631.74** |
| **Total Current Assets** | **$574,031.54** |

# Mezz 57th LLC

## BALANCE SHEET

As of July 21, 2020

|  | TOTAL |
|---|---|
| Fixed Assets |  |
| 16000 PROPERTY PLANT & EQUIPMENT |  |
| 16100 Furniture & Fixtures | 692,178.77 |
| 16300 Computer Equipment | 18,332.45 |
| 16500 Leasehold Improvements | **2,235,529.75** |
| **Total 16000 PROPERTY PLANT & EQUIPMENT** | **2,946,040.97** |
| 17000 ACCUMULATED DEPRECIATION | **1,897.90** |
| **Total Fixed Assets** | **$2,947,938.87** |
| Other Assets |  |
| 18000 INTERCOMPANY |  |
| 18100 Due from Old Co | 457,404.41 |
| 18200 Due from Owner | 64,546.46 |
| **Total 18000 INTERCOMPANY** | **521,950.87** |
| 19000 START UP COSTS |  |
| 19100 Facilities Costs | 4,745.00 |
| 19200 Legal Fees | 218,872.51 |
| 19300 Administrative Costs | 66,537.50 |
| 19400 Relocation Expenses | 27,300.95 |
| **Total 19000 START UP COSTS** | **317,455.96** |
| Letter of Credit | 390,047.00 |
| **Total Other Assets** | **$1,229,453.83** |
| **TOTAL ASSETS** | **$4,751,424.24** |

# Mezz 57th LLC

## BALANCE SHEET

### As of July 21, 2020

| | TOTAL |
|---|---:|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 20000 PAYABLES | 3,764,774.23 |
| **Total Accounts Payable** | **$3,764,774.23** |
| Credit Cards | **$118,293.21** |
| Other Current Liabilities | |
| 21000 OTHER PAYABLES | -14,302.62 |
| 22000 ACCRUED EXPENSES | 13,659.36 |
| 21300 Accrued Payroll | 17,430.58 |
| 22100 Accrued Expenses | 26,197.86 |
| 22200 Accrued Interest | 162,609.60 |
| **Total 22000 ACCRUED EXPENSES** | **219,897.40** |
| 22300 ACCRUED EXPENSES - BUILD OUT | -2,028,974.18 |
| 23000 PAYROLL LIABILITIES | 10,370.84 |
| NYS Sales Tax Processing Payable | 364,514.67 |
| **Total Other Current Liabilities** | **$ -1,448,493.89** |
| **Total Current Liabilities** | **$2,434,573.55** |
| Long-Term Liabilities | |
| 25000 LONG TERM DEBT | |
| 25200 Notes Payable - Lenders | |
| 25210 Seller, Jeffrey | 1,040,047.00 |
| 25220 Acquavella, William R. | 491,020.42 |
| 25230 Flick, Larry | 650,000.00 |
| 25240 Wynn, Steve | 400,000.00 |
| 25250 Redleaf, Elizabeth | 243,209.04 |
| 25260 Muniz, Jose | 115,000.00 |
| 25270 Woodner, Dian | 48,619.10 |
| 25280 Leonetti, Gina M. | 72,328.38 |
| Kersey, William | 250,000.00 |
| PPP Loan | 850,000.00 |
| **Total 25200 Notes Payable - Lenders** | **4,160,223.94** |
| 25300 Notes Payable - Financing | |
| 25310 Navitas Credit Corp - 40529651 | 70,160.18 |
| 25320 Navitas Credit Corp - 40540889 | 42,012.91 |
| 25330 Pawnee Leasing Corp - 201812086 | 84,172.53 |
| 25340 Pacific Leasing Inc - 823947 | 67,104.51 |
| 25350 TimePayment Corp | 26,843.16 |
| **Total 25300 Notes Payable - Financing** | **290,293.29** |

# Mezz 57th LLC

### BALANCE SHEET

As of July 21, 2020

| | TOTAL |
|---|---|
| **Total 25000 LONG TERM DEBT** | 4,450,517.23 |
| **Total Long-Term Liabilities** | **$4,450,517.23** |
| **Total Liabilities** | **$6,885,090.78** |
| Equity | |
| 30000 OWNERS EQUITIES | -128,042.41 |
| 30800 Member Contributions | 60,000.00 |
| 32000 Members Equity | -1,306,989.93 |
| Net Income | -758,634.20 |
| **Total Equity** | **$ -2,133,666.54** |
| **TOTAL LIABILITIES AND EQUITY** | **$4,751,424.24** |

| | 1 | Actual | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 7/18/2020 | 7/18/2020 | 7/25/2020 | 8/1/2020 | 8/8/2020 | 8/15/2020 | 8/22/2020 | 8/29/2020 | 9/5/2020 | 9/12/2020 |
| **Beginning Balance** | **421,919** | **421,919** | **270,137** | **287,667** | **254,506** | **314,180** | **238,217** | **254,300** | **143,175** | **201,650** |
| Cash Receipts | 70,000 | 50,744 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 125,000 |
| Less: Merchant Fees | - | - | (13,000) | - | - | - | (13,000) | - | - | - |
| **Total Cash Receipts** | **70,000** | **50,744** | **87,000** | **100,000** | **100,000** | **100,000** | **87,000** | **100,000** | **100,000** | **125,000** |
| Other Deposits | - | - | - | - | - | - | - | - | - | - |
| Transfers | - | - | - | - | - | - | - | - | - | - |
| Tenant Improvements | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | **70,000** | **50,744** | **87,000** | **100,000** | **100,000** | **100,000** | **87,000** | **100,000** | **100,000** | **125,000** |
| **DISBURSEMENTS** | | | | | | | | | | |
| Navitas Credit 1 | - | - | - | - | - | 1,528 | - | - | - | 1,528 |
| Navitas Credit 2 | - | - | - | - | - | 1,476 | - | - | - | 1,476 |
| Pawnee Leasing | - | - | - | 1,883 | - | - | - | 1,883 | - | - |
| Pacific Leasing | - | - | - | 1,438 | - | - | - | 1,438 | - | - |
| TimePayment | - | - | - | 563 | - | - | - | 563 | - | - |
| **Lease Payments** | **-** | **-** | **-** | **3,884** | **-** | **3,004** | **-** | **3,884** | **-** | **3,004** |
| MIP 57th Development | - | - | - | - | - | - | - | - | - | - |
| Advanced Plumbing | - | 448 | - | - | - | - | - | - | - | - |
| Kaback Inc | - | 484 | - | - | - | 10,000 | - | - | - | - |
| Con Edison | - | 2,839 | - | - | - | - | - | 1,500 | - | - |
| **Rent & Utilities** | **-** | **3,772** | **-** | **-** | **-** | **10,000** | **-** | **1,500** | **-** | **-** |
| Employee Payroll | 188,099 | 188,099 | - | 90,446 | - | 120,000 | - | 120,000 | - | 120,000 |
| John Barrett Salary | - | - | - | 8,000 | - | 8,000 | - | 8,000 | - | 8,000 |
| Empire Employee Insurance | - | - | - | - | - | - | 50,000 | - | - | - |
| Principal Financial Group | - | - | - | - | - | - | - | 9,881 | - | - |
| VOYA 401k | - | - | 11,792 | - | 9,500 | - | 9,500 | - | 9,500 | - |
| Shelterpoint DBL | - | - | - | - | 2,700 | - | - | - | 2,700 | - |
| TransitChek | 2,500 | 1,205 | - | - | - | 2,500 | - | - | - | 2,500 |
| Wageworks | - | - | - | - | - | - | 122 | - | - | - |
| Wage Garnishments | - | - | - | - | 202 | - | 202 | - | 202 | - |
| ADP Screening | - | - | - | - | 300 | - | - | - | 300 | - |
| ADP | - | - | - | - | 1,300 | - | - | - | 1,300 | - |
| **Payroll / Benefits** | **190,599** | **189,304** | **11,792** | **98,446** | **14,002** | **130,500** | **59,824** | **137,881** | **14,002** | **130,500** |
| Ballon Stoll Bader & Nadler, P.C. | - | - | - | 15,000 | - | - | - | 25,000 | - | - |
| Mazars LLP | - | - | - | 8,000 | - | 8,000 | - | 2,500 | - | 2,500 |
| Bederson LLP | - | - | - | - | - | - | - | - | - | - |
| Golden Door Services | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 |
| **Professional Fees** | **1,200** | **1,200** | **1,200** | **24,200** | **1,200** | **9,200** | **1,200** | **28,700** | **1,200** | **3,700** |
| First Insurance Funding | - | - | - | - | 4,625 | - | - | - | 4,625 | - |
| Hartford | - | - | - | - | 5,601 | - | - | - | 5,601 | - |
| Philadelphia Insurance | - | - | 4,778 | - | - | - | - | 4,778 | - | - |
| **Business Insurance** | **-** | **-** | **4,778** | **-** | **10,226** | **-** | **-** | **4,778** | **10,226** | **-** |
| BMW Financial Services | - | - | - | - | 699 | - | - | - | 699 | - |
| McFarlane Properties | - | - | - | - | - | - | - | - | - | - |
| Verizon Wireless | - | - | - | - | - | 250 | - | - | - | - |
| **Other** | **-** | **-** | **-** | **-** | **699** | **250** | **-** | **-** | **699** | **-** |
| Salon Centric | - | - | 2,500 | - | 2,500 | - | 2,500 | - | 2,500 | - |
| The Wella Corporation | - | - | 2,500 | - | 2,500 | - | 2,500 | - | 2,500 | - |
| Symbiotic | 1,250 | 1,795 | - | 2,000 | - | 1,250 | - | 1,250 | - | 1,250 |
| Pro Beauty Wholesale | - | 505 | - | - | 800 | - | - | - | 800 | - |
| Long Island Beauty Supplies | 1,500 | 1,655 | - | - | - | 2,000 | - | 2,000 | - | 1,500 |

| | 1 | Actual | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 7/18/2020 | 7/18/2020 | 7/25/2020 | 8/1/2020 | 8/8/2020 | 8/15/2020 | 8/22/2020 | 8/29/2020 | 9/5/2020 | 9/12/2020 |
| Burke Supply Systems | - | 403 | - | - | 2,000 | - | - | - | 2,000 | - |
| Miscellaneous Supplies | 7,500 | - | 7,500 | - | - | 7,500 | - | - | - | - |
| Great Hair | 5,000 | - | 3,500 | - | - | 3,500 | - | 3,500 | - | 2,500 |
| **Backbar Products** | **15,250** | **4,358** | **16,000** | **2,000** | **7,800** | **14,250** | **5,000** | **6,750** | **7,800** | **5,250** |
| | | | | | | | | | | |
| Shu Uemura | 3,250 | - | - | - | - | 3,000 | - | 3,000 | - | 2,500 |
| Milbon | 2,500 | - | - | 2,500 | - | 2,500 | - | 2,500 | - | 2,500 |
| Joon Han | - | - | 33,000 | - | 5,000 | - | - | - | 5,000 | - |
| Fairchild Baldwin | - | - | 2,500 | - | - | - | 2,500 | - | - | - |
| **Retail Products** | **5,750** | **-** | **35,500** | **2,500** | **5,000** | **5,500** | **2,500** | **5,500** | **5,000** | **5,000** |
| | | | | | | | | | | |
| Innovative Business Computer Solutions | - | - | - | - | - | 1,356 | - | - | - | - |
| Tele-Verse Communications | - | - | - | - | - | 1,503 | - | - | - | - |
| DGA Security | - | - | - | 1,731 | - | - | - | 1,731 | - | - |
| Verizon | - | 1,097 | - | - | - | - | 1,300 | - | - | - |
| Verizon Fios | - | 650 | - | - | - | - | 894 | - | - | - |
| Spectrum | - | 1,198 | - | - | 599 | - | - | - | 599 | - |
| **Technology** | **-** | **2,945** | **-** | **1,731** | **599** | **2,859** | **2,194** | **1,731** | **599** | **-** |
| | | | | | | | | | | |
| FedEx/UPS/Customs | 100 | 24 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Iron Mountain | 200 | - | - | 200 | - | 200 | - | 200 | - | 200 |
| Google | - | - | - | - | 600 | - | - | - | 600 | - |
| Lateral objects | - | 880 | - | - | - | - | - | - | - | - |
| Charge it Prof | - | 19 | - | - | - | - | - | - | - | - |
| Coffee Distributing Services | - | - | - | - | - | - | - | - | 1,200 | - |
| **Office** | **300** | **923** | **100** | **300** | **700** | **300** | **100** | **300** | **1,900** | **300** |
| | | | | | | | | | | |
| **TOTAL OPERATING** | **213,099** | **202,501** | **69,370** | **129,177** | **40,226** | **172,859** | **70,818** | **187,141** | **41,426** | **144,750** |
| | | | | | | | | | | |
| **FINANCE** | | | | | | | | | | |
| Taxes | - | - | - | - | - | - | - | 20,000 | - | - |
| Interest Expense | - | - | - | - | - | - | - | - | - | - |
| Bank Fees | 100 | 25 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| LC Fees (1%) | - | - | - | - | - | - | - | - | - | - |
| **TOTAL FINANCE** | **100** | **25** | **100** | **100** | **100** | **100** | **100** | **20,100** | **100** | **100** |
| | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | **213,199** | **202,526** | **69,470** | **133,161** | **40,326** | **175,963** | **70,918** | **211,124** | **41,526** | **147,854** |
| | | | | | | | | | | |
| Net Cash Flow | (143,199) | (151,782) | 17,530 | (33,161) | 59,674 | (75,963) | 16,082 | (111,124) | 58,474 | (22,854) |
| | | | | | | | | | | |
| **Ending Cash Balance** | **278,720** | **270,137** | **287,667** | **254,506** | **314,180** | **238,217** | **254,300** | **143,175** | **201,650** | **178,796** |

Mezz57th LLC
**13 Week Cash Flows**
**For INTERNAL USE ONLY**

| Week Ending | 10<br>9/19/2020 | 11<br>9/26/2020 | 12<br>10/3/2020 | 13<br>10/10/2020 | 14<br>10/17/2020 | Total | Notes |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** | **178,796** | **207,319** | **127,195** | **202,768** | **150,065** | | |
| Cash Receipts | 125,000 | 140,000 | 150,000 | 150,000 | 150,000 | 1,590,744 | Weekly sales |
| Less: Merchant Fees | (13,000) | - | - | - | - | (39,000) | Payment Processor |
| **Total Cash Receipts** | **112,000** | **140,000** | **150,000** | **150,000** | **150,000** | **1,551,744** | |
| Other Deposits | - | - | - | - | - | - | |
| Transfers | - | - | - | - | - | - | |
| Tenant Improvements | - | - | - | - | - | - | |
| **Total Receipts** | **112,000** | **140,000** | **150,000** | **150,000** | **150,000** | **1,551,744** | |
| | | | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| Navitas Credit 1 | - | - | - | 1,528 | - | 4,584 | Equipment Leases |
| Navitas Credit 2 | - | - | - | 1,476 | - | 4,428 | Equipment Leases |
| Pawnee Leasing | - | 1,883 | - | - | - | 5,649 | Equipment Leases |
| Pacific Leasing | - | 1,438 | - | - | - | 4,314 | Equipment Leases |
| TimePayment | - | 563 | - | - | - | 1,689 | Equipment Leases |
| **Lease Payments** | **-** | **3,884** | **-** | **3,004** | **-** | **20,664** | |
| | | | | | | | |
| MIP 57th Development | - | - | - | - | - | - | Rent |
| Advanced Plumbing | - | - | - | - | - | 448 | Plumbing |
| Kaback Inc | - | - | - | - | - | 10,484 | HVAC |
| Con Edison | - | - | 1,500 | - | - | 5,839 | Utilities |
| **Rent & Utilities** | **-** | **-** | **1,500** | **-** | **-** | **16,772** | |
| | | | | | | | |
| Employee Payroll | - | 150,000 | - | 174,000 | - | 962,545 | Gross Wages |
| John Barrett Salary | - | 8,000 | - | 8,000 | - | 48,000 | Owner's salary |
| Empire Employee Insurance | 50,000 | - | - | - | 50,000 | 150,000 | Healthcare |
| Principal Financial Group | - | 9,881 | - | - | - | 19,762 | Dental & Life |
| VOYA 401k | 9,500 | - | 9,500 | - | - | 59,292 | 401k |
| Shelterpoint DBL | - | - | 2,700 | - | - | 8,100 | Disability |
| TransitChek | - | - | - | 2,500 | - | 8,705 | Transit |
| Wageworks | 122 | - | - | - | - | 244 | Employee expense |
| Wage Garnishments | 202 | - | 202 | - | - | 1,008 | Wage garnishments |
| ADP Screening | - | - | 300 | - | - | 900 | Payroll expense |
| ADP | - | - | 1,300 | - | - | 3,900 | Payroll |
| **Payroll / Benefits** | **59,824** | **167,881** | **14,002** | **184,500** | **50,000** | **1,262,455** | |
| | | | | | | | |
| Ballon Stoll Bader & Nadler, P.C. | - | - | 25,000 | - | - | 65,000 | Attorney |
| Mazars LLP | - | 2,500 | - | 2,500 | - | 26,000 | Accountants |
| Bederson LLP | - | - | 7,000 | - | - | 7,000 | Trustee |
| Golden Door Services | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 16,800 | Controller |
| **Professional Fees** | **1,200** | **3,700** | **33,200** | **3,700** | **1,200** | **114,800** | |
| | | | | | | | |
| First Insurance Funding | - | - | 4,625 | - | - | 13,875 | Professional |
| Hartford | - | - | 5,601 | - | - | 16,804 | Workers Comp |
| Philadelphia Insurance | - | 4,778 | - | - | - | 14,335 | Commercial |
| **Business Insurance** | **-** | **4,778** | **10,226** | **-** | **-** | **45,014** | |
| | | | | | | | |
| BMW Financial Services | - | - | 699 | - | - | 2,097 | Car payment |
| McFarlane Properties | 3,500 | - | - | - | 3,500 | 7,000 | Hampton site |
| Verizon Wireless | - | - | - | 250 | - | 500 | Cell phones |
| **Other** | **3,500** | **-** | **699** | **250** | **3,500** | **9,597** | |
| | | | | | | | |
| Salon Centric | 2,500 | - | 2,500 | - | 2,500 | 17,500 | Salon supplies |
| The Wella Corporation | 2,500 | - | 2,500 | - | 2,500 | 17,500 | Salon supplies |
| Symbiotic | - | 1,250 | - | 1,250 | - | 10,045 | Salon supplies |
| Pro Beauty Wholesale | - | - | 800 | - | - | 2,905 | Salon supplies |
| Long Island Beauty Supplies | - | 1,500 | - | 1,500 | - | 10,155 | Salon supplies |

| | 10 | 11 | 12 | 13 | 14 | Total | Notes |
|---|---|---|---|---|---|---|---|
| Week Ending | 9/19/2020 | 9/26/2020 | 10/3/2020 | 10/10/2020 | 10/17/2020 | | |
| Burke Supply Systems | - | - | 2,000 | - | - | 6,403 | Salon supplies |
| Miscellaneous Supplies | 7,500 | - | - | - | 7,500 | 30,000 | Salon supplies |
| Great Hair | - | 2,500 | - | 2,500 | - | 18,000 | Salon supplies |
| **Backbar Products** | **12,500** | **5,250** | **7,800** | **5,250** | **12,500** | **112,508** | |
| | | | | | | | |
| Shu Uemura | - | 2,500 | - | 2,500 | - | 13,500 | Vendor |
| Milbon | - | 2,500 | - | 2,500 | - | 15,000 | Vendor |
| Joon Han | - | - | 5,000 | - | - | 48,000 | Consignment* |
| Fairchild Baldwin | - | 2,500 | - | - | - | 7,500 | Consignment* |
| **Retail Products** | **-** | **7,500** | **5,000** | **5,000** | | **84,000** | |
| | | | | | | | |
| Innovative Business Computer Solutions | 1,356 | - | - | - | 1,356 | 4,069 | Spa Salon Software |
| Tele-Verse Communications | 1,503 | - | - | - | 1,503 | 4,508 | Telephones |
| DGA Security | - | 1,731 | - | - | - | 5,193 | Salon Security |
| Verizon | 1,300 | - | - | - | 1,300 | 4,997 | Office phones |
| Verizon Fios | 894 | - | - | - | 894 | 3,332 | Primary cable |
| Spectrum | - | - | - | 599 | - | 2,995 | Backup cable |
| **Technology** | **5,053** | **1,731** | **-** | **599** | **5,053** | **25,095** | |
| | | | | | | | |
| FedEx/UPS/Customs | 100 | 100 | 100 | 100 | 100 | 1,324 | Shipping |
| Iron Mountain | - | 200 | - | 200 | 200 | 1,400 | File storage |
| Google | - | - | 600 | - | - | 1,800 | Emails |
| Lateral objects | - | - | - | - | - | 880 | Office supplies |
| Charge it Prof | - | - | - | - | - | 19 | Print |
| Coffee Distributing Services | 1,200 | - | 1,200 | - | 1,200 | 4,800 | Coffee |
| **Office** | **1,300** | **300** | **1,900** | **300** | **1,500** | **10,223** | |
| | | | | | | | |
| **TOTAL OPERATING** | **83,376** | **191,141** | **74,327** | **199,599** | **73,753** | **1,680,462** | |
| | | | | | | | |
| **FINANCE** | | | | | | | |
| Taxes | - | 25,000 | - | - | - | 45,000 | Sales Tax |
| Interest Expense | - | - | - | - | - | - | Bank interest exp |
| Bank Fees | 100 | 100 | 100 | 100 | 100 | 1,325 | Account fees |
| LC Fees (1%) | - | - | - | - | - | | |
| **TOTAL FINANCE** | **100** | **25,100** | **100** | **100** | **100** | **46,325** | |
| | | | | | | | |
| **TOTAL DISBURSEMENTS** | **83,476** | **220,124** | **74,427** | **202,703** | **73,853** | **1,747,451** | |
| | | | | | | | |
| Net Cash Flow | 28,524 | (80,124) | 75,573 | (52,703) | 76,147 | | |
| | | | | | | | |
| **Ending Cash Balance** | **207,319** | **127,195** | **202,768** | **150,065** | **226,212** | | |