BALLON STOLL BADER & NADLER, P.C.
729 Seventh Avenue
New York, NY 10019
Telephone: (212) 575-7900
Facsimile: (212) 764-5060
Vincent J. Roldan
vroldan@ballonstoll.com

*Proposed Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re:

    MEZZ57TH LLC et al.

                            Debtor
---------------------------------------------------------X

Chapter 11

Case No.: 20-11316

(Jointly Administered)


### SUPPLEMENTAL DECLARATION OF VIJAR KOHLI IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF GOLDEN DOOR SERVICES LLC AS CONSULTANTS EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

      I, Vijar Kohli, declare, certify, verify and/or state under penalty of perjury of the laws of the United States of America, pursuant to 28 U.S.C. §1746, as follows:

      1.    I am a principal at Golden Door Services LLC ("Golden Door"), located at 572 Broad Street, Newark NJ 07102.

      2.    I submit this supplemental declaration in support of the Debtors'[1] Application for Entry of an Order Authorizing the Retention and Employment of Golden Door as consultants *Nunc Pro Tunc* to the Petition Date (the "Application"). Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1] Mezz57th LLC (the "Operating Debtor") and John Barrett Inc. ("JBI") are collectively referenced herein as the "Debtors."

## SERVICES TO BE PROVIDED

3.     In addition to the tasks set forth in the Application and my June 22, 2020 declaration in support (the "Prior Declaration"), I am being retained to include supervise staff, prepare monthly operating reports, and a 13 week cash flow with comparison to actual.

## PROFESSIONAL COMPENSATION

4.     As set forth in the Engagement Letter attached to the Application, Golden Door's requested compensation for professional services rendered to the Debtors shall be $1,200.00 per week plus reasonable out of pocket expenses. Golden Door does not currently intend to bill for travel expenses relating to commuting in and out of Manhattan. In the unlikely event Golden Door is asked to travel outside the New York City tri-state area, it will document these expenses and seek approval from the Bankruptcy Court.

5.     Golden Door intends to provide approximately 15 hours of financial advising services per week, or approximately 5 hours per day 3 days per week. I will record my time in ¼ hour increments.

## COMPENSATION RECEIVED FROM DEBTOR

6.     Prior to the Debtors' bankruptcy filing, I received $20,400 in fees plus a $10,000 retainer. As of the petition date, the balance of this pre-petition retainer was $5,500. I have so far received $10,800 after the petition date from the Debtors (not drawn from the pre-petition retainer). As of the Petition Date, the Debtors did not owe Golden Door any fees.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: New York, New York
July 21, 2020

_____/s/ Vijar Kohli_____
VIJAR KOHLI