| | |
|---|---|
| Jonathan L. Flaxer<br>Moshie Solomon<br>GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br>711 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 907-7300<br>Facsimile: (212) 754-0330<br>*Counsel for MIP 57th Development Acquisition LLC* | **Presentment Date and Time:**<br>**August 31, 2020 at 12:00 noon**<br>**Objection Deadline:**<br>**August 31, 2020 at 11:30 a.m.** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:

MEZZ57TH LLC, et al.,

             Debtors and
             Debtors-in-Possession.
---------------------------------------------------------X

Chapter 11

Case No.: 20-11316

(Jointly Administered)

## NOTICE OF PRESENTMENT OF ORDER (I) REJECTING LEASE BETWEEN THE DEBTOR AND MIP 57th DEVELOPMENT ACQUISITION LLC, (II) COMPELLING THE DEBTOR TO SURRENDER PREMISES, AND (III) TERMINATING THE STAY

    **PLEASE TAKE NOTICE** that upon the annexed declaration of Jane Gladstein, Project Executive for Sterling Project Development Group LLC, advisor to and authorized signatory for MIP 57th Development Acquisition LLC, the undersigned will present the attached proposed order to the Honorable Sean H. Lane, United States Bankruptcy Judge, for signature on August 31, 2020 at 12:00 noon.

    **PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the proposed order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than 11:30 a.m. on August 31, 2020. The ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections. Unless objections are received by that time, the order may be signed.

Dated: New York, New York
       August 19, 2020

                              GOLENBOCK EISEMAN ASSOR
                              BELL & PESKOE LLP
                              711 Third Avenue
                              New York, New York 10017
                              Telephone: (212) 907-7300
                              Facsimile: (212) 754-0330

                              By:   /s/ Jonathan L. Flaxer
                                    Jonathan L. Flaxer
                                    Moshie Solomon

                              *Counsel for MIP 57th Development Acquisition LLC*

3558665.1