| Account | Type | Date | Payee Type | Purpose | Amount |
|---|---|---|---|---|---|
| DIP Operating | Deposit | 7/1/2020 | Merchant deposit | Daily sales | 10,225.29 |
| DIP Operating | Deposit | 7/2/2020 | Merchant deposit | Daily sales | 24,374.35 |
| DIP Operating | Deposit | 7/2/2020 | Cash deposit | Deposit | 3,850.02 |
| DIP Operating | Deposit | 7/3/2020 | Merchant deposit | Daily sales | 17,954.69 |
| DIP Operating | Deposit | 7/6/2020 | Merchant deposit | Daily sales | 20,428.58 |
| DIP Operating | Deposit | 7/6/2020 | Merchant deposit | Daily sales | 23,557.08 |
| DIP Operating | Deposit | 7/6/2020 | Mobile deposit | Daily sales | 34.07 |
| DIP Operating | Deposit | 7/6/2020 | Mobile deposit | Daily sales | 42.00 |
| DIP Operating | Deposit | 7/6/2020 | Mobile deposit | Daily sales | 183.00 |
| DIP Operating | Deposit | 7/6/2020 | Mobile deposit | Daily sales | 186.96 |
| DIP Operating | Deposit | 7/8/2020 | Merchant deposit | Daily sales | 6,009.61 |
| DIP Operating | Deposit | 7/9/2020 | Merchant deposit | Daily sales | 13,156.95 |
| DIP Operating | Deposit | 7/9/2020 | Cash deposit | Deposit | 624.36 |
| DIP Operating | Deposit | 7/9/2020 | Cash deposit | Deposit | 3,040.10 |
| DIP Operating | Deposit | 7/10/2020 | Merchant deposit | Daily sales | 11,895.40 |
| DIP Operating | Deposit | 7/13/2020 | Merchant deposit | Daily sales | 17,633.01 |
| DIP Operating | Deposit | 7/13/2020 | Merchant deposit | Daily sales | 22,644.39 |
| DIP Payroll | Deposit | 7/13/2020 | Transfer | Payroll | 188,099.01 |
| DIP Operating | Deposit | 7/14/2020 | Merchant deposit | Daily sales | 4,058.10 |
| DIP Operating | Deposit | 7/15/2020 | Merchant deposit | Daily sales | 5,565.90 |
| DIP Operating | Deposit | 7/15/2020 | Mobile deposit | Daily sales | 76.50 |
| DIP Operating | Deposit | 7/15/2020 | Cash deposit | Deposit | 235.23 |
| DIP Operating | Deposit | 7/15/2020 | Cash deposit | Deposit | 2,438.94 |
| DIP Operating | Deposit | 7/16/2020 | Merchant deposit | Daily sales | 1,589.85 |
| DIP Operating | Deposit | 7/17/2020 | Merchant deposit | Daily sales | 16,220.54 |
| DIP Operating | Deposit | 7/20/2020 | Merchant deposit | Daily sales | 20,558.92 |
| DIP Operating | Deposit | 7/20/2020 | Merchant deposit | Daily sales | 17,329.26 |
| DIP Operating | Deposit | 7/20/2020 | Merchant deposit | Daily sales | 23,455.59 |
| DIP Operating | Deposit | 7/22/2020 | Merchant deposit | Daily sales | 4,213.24 |
| DIP Operating | Deposit | 7/22/2020 | Cash deposit | Deposit | 1,852.80 |
| DIP Operating | Deposit | 7/22/2020 | Cash deposit | Deposit | 2,848.50 |
| DIP Operating | Deposit | 7/23/2020 | Merchant deposit | Daily sales | 14,322.62 |
| DIP Operating | Deposit | 7/24/2020 | Merchant deposit | Daily sales | 13,125.51 |
| DIP Payroll | Deposit | 7/24/2020 | Transfer | Payroll | 93,912.83 |
| DIP Operating | Deposit | 7/27/2020 | Merchant deposit | Daily sales | 15,848.90 |
| DIP Operating | Deposit | 7/27/2020 | Merchant deposit | Daily sales | 16,880.65 |
| DIP Operating | Deposit | 7/28/2020 | Cash deposit | Deposit | 8,872.30 |
| DIP Operating | Deposit | 7/29/2020 | Merchant deposit | Daily sales | 3,729.13 |
| DIP Operating | Deposit | 7/30/2020 | Merchant deposit | Daily sales | 10,212.76 |
| DIP Operating | Deposit | 7/30/2020 | Cash deposit | Deposit | 1,020.39 |
| DIP Operating | Deposit | 7/30/2020 | Cash deposit | Deposit | 2,274.95 |
| DIP Operating | Deposit | 7/31/2020 | Merchant deposit | Daily sales | 15,070.80 |
| | | | | **Total for July** | **$ 659,653.08** |

| Account | Type | Date | Payee Type | Purpose |
|---------|------|------|------------|---------|
| DIP Operating | Withdrawal | 7/2/2020 | Vendor payment | Pro Beauty |
| DIP Operating | Withdrawal | 7/2/2020 | Payroll | TransitChek |
| DIP Operating | Withdrawal | 7/2/2020 | Merchant | Fees |
| DIP Payroll | Withdrawal | 7/2/2020 | Check | Check 1002 |
| DIP Payroll | Withdrawal | 7/2/2020 | Check | Check 1004 |
| DIP Payroll | Withdrawal | 7/2/2020 | Check | Check 1005 |
| DIP Payroll | Withdrawal | 7/2/2020 | Check | Check 1008 |
| DIP Operating | Withdrawal | 7/3/2020 | Payroll | Voya |
| DIP Operating | Withdrawal | 7/3/2020 | Lease | Navitas |
| DIP Operating | Withdrawal | 7/3/2020 | Lease | Navitas |
| DIP Operating | Withdrawal | 7/3/2020 | Vendor payment | Saloncentric |
| DIP Operating | Withdrawal | 7/3/2020 | Check | Check 1013 |
| DIP Operating | Withdrawal | 7/3/2020 | Check | Check 1015 |
| DIP Operating | Withdrawal | 7/3/2020 | Check | Check 1018 |
| DIP Operating | Withdrawal | 7/3/2020 | Check | Check 1019 |
| DIP Payroll | Withdrawal | 7/3/2020 | Check | Check 1006 |
| DIP Operating | Withdrawal | 7/6/2020 | Check | Check 1011 |
| DIP Operating | Withdrawal | 7/6/2020 | Check | Check 1022 |
| DIP Operating | Withdrawal | 7/7/2020 | Check | Check 1016 |
| DIP Operating | Withdrawal | 7/8/2020 | Office | Fedex |
| DIP Operating | Withdrawal | 7/8/2020 | Check | Check 1020 |
| DIP Operating | Withdrawal | 7/8/2020 | Check | Check 1023 |
| DIP Operating | Withdrawal | 7/8/2020 | Check | Check 1024 |
| DIP Operating | Withdrawal | 7/8/2020 | Check | Check 1025 |
| DIP Operating | Withdrawal | 7/8/2020 | Check | Check 1026 |
| DIP Operating | Withdrawal | 7/9/2020 | Check | Check 1012 |
| DIP Operating | Withdrawal | 7/10/2020 | Insurance | Philadelphia |
| DIP Payroll | Withdrawal | 7/10/2020 | Check | Check 1010 |
| DIP Operating | Withdrawal | 7/13/2020 | Wire | Lateral objects |
| DIP Operating | Withdrawal | 7/13/2020 | Transfer | Payroll |
| DIP Operating | Withdrawal | 7/13/2020 | Transfer | Wire Fee |
| DIP Operating | Withdrawal | 7/13/2020 | Vendor payment | Pro Beauty |
| DIP Operating | Withdrawal | 7/13/2020 | Check | Check 1028 |
| DIP Operating | Withdrawal | 7/13/2020 | Check | Check 1029 |
| DIP Operating | Withdrawal | 7/13/2020 | Check | Check 1030 |
| DIP Payroll | Withdrawal | 7/13/2020 | Wire | Payroll |
| DIP Payroll | Withdrawal | 7/13/2020 | Wire | Payroll |
| DIP Payroll | Withdrawal | 7/13/2020 | Check | Check 1009 |
| DIP Operating | Withdrawal | 7/14/2020 | Office | Charge it Pro |
| DIP Operating | Withdrawal | 7/14/2020 | Check | Check 1034 |
| DIP Payroll | Withdrawal | 7/14/2020 | Wire | Payroll |
| DIP Operating | Withdrawal | 7/15/2020 | Office | Fedex |
| DIP Operating | Withdrawal | 7/15/2020 | Check | Check 1031 |
| DIP Operating | Withdrawal | 7/15/2020 | Check | Check 1032 |
| DIP Operating | Withdrawal | 7/15/2020 | Check | Check 1036 |
| DIP Payroll | Withdrawal | 7/15/2020 | Check | Check 1007 |

| | | | | | |
|---|---|---|---|---|---|
| DIP Operating | Withdrawal | 7/16/2020 | Payroll | | TransitChek |
| DIP Operating | Withdrawal | 7/16/2020 | Check | | Check 1037 |
| DIP Operating | Withdrawal | 7/17/2020 | Utilities | | ConEd |
| DIP Operating | Withdrawal | 7/17/2020 | Check | | Check 1038 |
| DIP Operating | Withdrawal | 7/17/2020 | Check | | Check 1039 |
| DIP Payroll | Withdrawal | 7/17/2020 | Check | | Check 1003 |
| DIP Operating | Withdrawal | 7/20/2020 | Payroll | | Voya |
| DIP Operating | Withdrawal | 7/20/2020 | Check | | Check 1033 |
| DIP Operating | Withdrawal | 7/20/2020 | Check | | Check 1043 |
| DIP Operating | Withdrawal | 7/20/2020 | Check | | Check 1046 |
| DIP Payroll | Withdrawal | 7/20/2020 | Check | | Check 10396 |
| DIP Payroll | Withdrawal | 7/20/2020 | Check | | Check 10397 |
| DIP Operating | Withdrawal | 7/21/2020 | Check | | Check 1044 |
| DIP Payroll | Withdrawal | 7/21/2020 | Check | | Check 10398 |
| DIP Payroll | Withdrawal | 7/21/2020 | Check | | Check 10399 |
| DIP Operating | Withdrawal | 7/22/2020 | Office | | Fedex |
| DIP Operating | Withdrawal | 7/22/2020 | Check | | Check 1027 |
| DIP Operating | Withdrawal | 7/23/2020 | Check | | Check 1047 |
| DIP Operating | Withdrawal | 7/23/2020 | Check | | Check 1048 |
| DIP Operating | Withdrawal | 7/24/2020 | Transfer | | Payroll |
| DIP Operating | Withdrawal | 7/24/2020 | Office | | Security System |
| DIP Operating | Withdrawal | 7/24/2020 | Check | | Check 1049 |
| DIP Operating | Withdrawal | 7/27/2020 | Office | | SpaSalon |
| DIP Operating | Withdrawal | 7/27/2020 | Check | | Check 1042 |
| DIP Operating | Withdrawal | 7/27/2020 | Check | | Check 1051 |
| DIP Operating | Withdrawal | 7/27/2020 | Check | | Check 1053 |
| DIP Payroll | Withdrawal | 7/27/2020 | Wire | | Payroll |
| DIP Payroll | Withdrawal | 7/27/2020 | Wire | | Payroll |
| DIP Operating | Withdrawal | 7/28/2020 | Office | | Sysco |
| DIP Operating | Withdrawal | 7/28/2020 | Insurance | | Travelers |
| DIP Operating | Withdrawal | 7/28/2020 | Check | | Check 1054 |
| DIP Payroll | Withdrawal | 7/28/2020 | Wire | | Payroll |
| DIP Operating | Withdrawal | 7/29/2020 | Office | | Fedex |
| DIP Operating | Withdrawal | 7/29/2020 | Check | | Check 1050 |
| DIP Operating | Withdrawal | 7/31/2020 | Check | | Check 1056 |

**Total for July**

| Amount |
| ---: |
| 842.13 |
| 1,465.00 |
| 3,782.28 |
| 341.73 |
| 350.30 |
| 2,167.15 |
| 2,435.75 |
| 272.39 |
| 1,622.14 |
| 1,675.46 |
| 7,041.55 |
| 1,102.32 |
| 2,523.81 |
| 5,256.42 |
| 233.82 |
| 220.07 |
| 3,600.00 |
| 2,702.38 |
| 17,000.00 |
| 55.11 |
| 179.86 |
| 1,200.00 |
| 4,265.05 |
| 222.53 |
| 810.73 |
| 10,452.00 |
| 4,758.41 |
| 492.69 |
| 880.00 |
| 188,099.01 |
| 25.00 |
| 505.10 |
| 1,200.00 |
| 1,795.05 |
| 1,097.04 |
| 3,484.06 |
| 112,966.41 |
| 108.39 |
| 18.54 |
| 484.49 |
| 64,155.01 |
| 23.99 |
| 650.37 |
| 447.76 |
| 159.90 |
| 382.39 |

1,205.00
1,198.00
2,839.31
1,654.61
242.95
335.80
11,791.65
875.00
1,200.00
978.44
2,705.91
309.83
1,626.90
3,993.95
483.54
389.37
100.00
2,000.00
2,013.43
93,912.83
1,731.11
139.71
1,595.00
1,202.19
1,200.00
50.00
1,003.68
55,492.40
230.48
352.00
6,623.75
29,253.02
96.86
418.93
277.62

**$ 683,076.86**

# Mezz 57th LLC
## Unpaid Bills
### As of July 31, 2020

| | Date | Transaction Type | Num | Due Date | Amount |
|---|---|---|---|---|---|
| **ADP, LLC** | | | | | |
| | 06/05/2020 | Bill | 558359260 | 06/15/2020 | 27.59 |
| | 06/05/2020 | Bill | 558360473 | 06/15/2020 | 205.01 |
| | 06/19/2020 | Bill | 559130483 | 06/29/2020 | 10.00 |
| | 07/03/2020 | Bill | 560125816 | 07/13/2020 | 205.01 |
| | 07/03/2020 | Bill | 560126210 | 07/13/2020 | 10.00 |
| | 07/17/2020 | Bill | 560893113 | 07/27/2020 | 34.22 |
| | 07/31/2020 | Bill | 561761633 | 08/10/2020 | 205.01 |
| | 07/31/2020 | Bill | 561762556 | 08/10/2020 | 37.19 |
| | 07/31/2020 | Bill | 561762381 | 08/10/2020 | 918.03 |
| **Total for ADP, LLC** | | | | | **$ 1,652.06** |
| **Coffee Distributing Corp.** | | | | | |
| | 07/15/2020 | Bill | CDC180047 | 08/14/2020 | 130.49 |
| **Total for Coffee Distributing Corp.** | | | | | **$ 130.49** |
| **Fairchild Baldwin, LLC** | | | | | |
| | 07/27/2020 | Bill | 8090 | 10/25/2020 | 148.00 |
| **Total for Fairchild Baldwin, LLC** | | | | | **$ 148.00** |
| **Great Hair, Inc.** | | | | | |
| | 07/09/2020 | Bill | 38737 | 08/08/2020 | 430.00 |
| | 07/31/2020 | Bill | 39014 | 08/30/2020 | 430.00 |
| **Total for Great Hair, Inc.** | | | | | **$ 860.00** |
| **Hugo Villavicencio** | | | | | |
| | 07/27/2020 | Bill | 1015 | 08/26/2020 | 2,177.50 |
| **Total for Hugo Villavicencio** | | | | | **$ 2,177.50** |
| **Innovative Business Computer Solutions** | | | | | |
| | 07/22/2020 | Bill | 159360 | 08/21/2020 | 47.50 |
| **Total for Innovative Business Computer Solutions** | | | | | **$ 47.50** |
| **Iron Mountain** | | | | | |
| | 06/30/2020 | Bill | CTWN137 | 07/30/2020 | 489.22 |
| | 07/31/2020 | Bill | CWNL421 | 08/30/2020 | 489.22 |
| **Total for Iron Mountain** | | | | | **$ 978.44** |
| **Kaback Service, Inc.** | | | | | |

| | | | | | |
|---|---|---|---|---|---:|
| | 07/24/2020 | Bill | 35736 | 08/23/2020 | 1,280.37 |
| | 07/24/2020 | Bill | 35618 | 08/23/2020 | 2,856.88 |
| **Total for Kaback Service, Inc.** | | | | | **$ 4,137.25** |
| **M & L Service & Maintenance Corp.** | | | | | |
| | 07/28/2020 | Bill | E20150 | 08/27/2020 | 2,501.13 |
| **Total for M & L Service & Maintenance Corp.** | | | | | **$ 2,501.13** |
| **MIP 57th Development Acquisition LLC** | | | | | |
| | 06/01/2020 | Bill | | 06/01/2020 | 90,478.47 |
| | 07/01/2020 | Bill | | 07/01/2020 | 90,478.47 |
| **Total for MIP 57th Development Acquisition LLC** | | | | | **$180,956.94** |
| **SalonCentric** | | | | | |
| | 07/31/2020 | Bill | 506314753 | 08/30/2020 | 5,727.93 |
| **Total for SalonCentric** | | | | | **$ 5,727.93** |
| **Staples** | | | | | |
| | 06/24/2020 | Bill | 9818407663 | 07/24/2020 | 79.46 |
| | 06/30/2020 | Bill | 9900092408 | 07/30/2020 | 133.84 |
| | 06/30/2020 | Bill | 9900092408 | 07/30/2020 | 45.72 |
| | 07/01/2020 | Bill | 9818868971 | 07/31/2020 | 30.80 |
| | 07/02/2020 | Bill | 9818926992 | 08/01/2020 | 100.15 |
| | 07/10/2020 | Bill | 9900165662 | 08/09/2020 | 357.10 |
| **Total for Staples** | | | | | **$ 747.07** |
| **Tele-Verse Communications, Inc.** | | | | | |
| | 07/28/2020 | Bill | C49889 | 08/12/2020 | 92.54 |
| | 07/31/2020 | Bill | C49900 | 08/15/2020 | 92.54 |
| **Total for Tele-Verse Communications, Inc.** | | | | | **$ 185.08** |
| | | | | | |
| **TOTAL** | | | | | **$200,249.39** |