## Mezz 57th LLC

**10800 Checking, Period Ending 07/31/2020**

**RECONCILIATION REPORT**

Reconciled on: 08/10/2020

Reconciled by: Vijar Kohli

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 308,049.28 |
| Checks and payments cleared (62) | -402,394.78 |
| Deposits and other credits cleared (40) | 377,641.24 |
| Statement ending balance | 283,295.74 |
| | |
| Uncleared transactions as of 07/31/2020 | -30,383.06 |
| Register balance as of 07/31/2020 | 252,912.68 |
| Cleared transactions after 07/31/2020 | 0.00 |
| Uncleared transactions after 07/31/2020 | -60,036.77 |
| Register balance as of 08/10/2020 | 192,875.91 |

**Details**

Checks and payments cleared (62)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/30/2020 | Bill Payment | 1011 | Golden Door Services | -3,600.00 |
| 07/01/2020 | Bill Payment | 1015 | Shu Uemura | -2,523.81 |
| 07/01/2020 | Bill Payment | 1014 | Pro Beauty Wholesale | -842.13 |
| 07/01/2020 | Bill Payment | 1013 | Long Island Beauty Supply, Inc. | -1,102.32 |
| 07/01/2020 | Bill Payment | 1012 | Kaback Service, Inc. | -10,452.00 |
| 07/01/2020 | Check | 1016 | John Barrett | -17,000.00 |
| 07/01/2020 | Bill Payment | 1018 | Milbon USA, Inc. | -5,256.42 |
| 07/01/2020 | Bill Payment | 1019 | Tele-Verse Communications, I… | -233.82 |
| 07/02/2020 | Bill Payment | 1024 | Imperial Dade (Burke) | -4,265.05 |
| 07/02/2020 | Bill Payment | 1022 | The Wella Corporation | -2,702.38 |
| 07/02/2020 | Bill Payment | 1020 | Advanced Plumbing Mechanic… | -179.86 |
| 07/02/2020 | Bill Payment | 1023 | Golden Door Services | -1,200.00 |
| 07/02/2020 | Expense | | | -3,782.28 |
| 07/02/2020 | Expense | | | -1,465.00 |
| 07/02/2020 | Bill Payment | 1025 | Imperial Dade (Burke) | -222.53 |
| 07/02/2020 | Bill Payment | 1026 | Imperial Dade (Burke) | -810.73 |
| 07/03/2020 | Expense | | Navitas Credit Corp. | -1,675.46 |
| 07/03/2020 | Expense | | Voya | -272.39 |
| 07/03/2020 | Expense | | | -1,622.14 |
| 07/03/2020 | Expense | | SalonCentric | -7,041.55 |
| 07/08/2020 | Bill Payment | 1031 | Verizon Fios | -650.37 |
| 07/08/2020 | Bill Payment | 1030 | Verizon | -1,097.04 |
| 07/08/2020 | Bill Payment | 1029 | Symbiotic Salon Systems | -1,795.05 |
| 07/08/2020 | Bill Payment | | FedEx | -55.11 |
| 07/09/2020 | Bill Payment | 1027 | C.P.S | -100.00 |
| 07/09/2020 | Bill Payment | 1028 | Golden Door Services | -1,200.00 |
| 07/09/2020 | Bill Payment | 1037 | Spectrum Enterprise | -1,198.00 |
| 07/09/2020 | Bill Payment | 1034 | Kaback Service, Inc. | -484.49 |
| 07/09/2020 | Bill Payment | 1032 | Advanced Plumbing Mechanic… | -447.76 |
| 07/09/2020 | Bill Payment | 1033 | ASi Administrative Solutions | -875.00 |
| 07/10/2020 | Expense | | | -4,758.41 |
| 07/10/2020 | Bill Payment | 1036 | Imperial Dade (Burke) | -159.90 |
| 07/13/2020 | Bill Payment | | Pro Beauty Wholesale | -505.10 |
| 07/13/2020 | Bill Payment | | Lateral Objects, LLC | -880.00 |
| 07/13/2020 | Expense | | | -25.00 |
| 07/13/2020 | Transfer | | | -188,099.01 |
| 07/14/2020 | Expense | | ChargeIt Pro | -18.54 |
| 07/15/2020 | Bill Payment | 1038 | Long Island Beauty Supply, Inc. | -1,654.61 |
| 07/15/2020 | Bill Payment | 1039 | Imperial Dade (Burke) | -242.95 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/15/2020 | Bill Payment | | FedEx | -23.99 |
| 07/16/2020 | Bill Payment | 1042 | The Wella Corporation | -1,202.19 |
| 07/16/2020 | Expense | | | -1,205.00 |
| 07/16/2020 | Bill Payment | 1044 | The Wella Corporation | -1,626.90 |
| 07/16/2020 | Bill Payment | 1043 | Golden Door Services | -1,200.00 |
| 07/17/2020 | Bill Payment | 1046 | Iron Mountain | -978.44 |
| 07/17/2020 | Bill Payment | 1047 | Alan Margolin & Associates | -2,000.00 |
| 07/17/2020 | Bill Payment | | Con Edison | -2,839.31 |
| 07/20/2020 | Bill Payment | 1048 | Symbiotic Salon Systems | -2,013.43 |
| 07/20/2020 | Expense | | Voya | -11,791.65 |
| 07/22/2020 | Bill Payment | 1049 | Imperial Dade (Burke) | -139.71 |
| 07/22/2020 | Bill Payment | | FedEx | -389.37 |
| 07/23/2020 | Bill Payment | 1051 | Golden Door Services | -1,200.00 |
| 07/23/2020 | Check | 1053 | Cash | -50.00 |
| 07/23/2020 | Bill Payment | 1050 | Hair U Wear, Inc. | -418.93 |
| 07/24/2020 | Transfer | | | -93,912.83 |
| 07/24/2020 | Bill Payment | 1054 | Shu Uemura | -6,623.75 |
| 07/24/2020 | Bill Payment | | DGA Security Systems, Inc. | -1,731.11 |
| 07/27/2020 | Bill Payment | 1056 | Tele-Verse Communications, I… | -277.62 |
| 07/27/2020 | Expense | | Innovative Business Compute… | -1,595.00 |
| 07/28/2020 | Bill Payment | | SYSCO | -230.48 |
| 07/28/2020 | Bill Payment | | Travelers | -352.00 |
| 07/29/2020 | Bill Payment | | FedEx | -96.86 |

**Total**    -402,394.78

Deposits and other credits cleared (40)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2020 | Deposit | | | 10,225.39 |
| 07/02/2020 | Deposit | | | 24,374.35 |
| 07/02/2020 | Deposit | | | 3,850.02 |
| 07/03/2020 | Deposit | | | 17,954.69 |
| 07/06/2020 | Deposit | | | 23,557.08 |
| 07/06/2020 | Deposit | | TransitChek | 34.07 |
| 07/06/2020 | Deposit | | TransitChek | 42.00 |
| 07/06/2020 | Deposit | | Safety First, LTD | 183.00 |
| 07/06/2020 | Deposit | | Gregg E, Bienstock, City Mars… | 186.96 |
| 07/06/2020 | Deposit | | | 20,428.58 |
| 07/08/2020 | Deposit | | | 6,009.61 |
| 07/09/2020 | Deposit | | | 3,040.10 |
| 07/09/2020 | Deposit | | | 624.36 |
| 07/09/2020 | Deposit | | | 13,156.95 |
| 07/10/2020 | Deposit | | | 11,895.40 |
| 07/13/2020 | Deposit | | | 17,633.01 |
| 07/13/2020 | Deposit | | | 22,644.39 |
| 07/14/2020 | Deposit | | | 4,058.10 |
| 07/15/2020 | Deposit | | | 2,438.94 |
| 07/15/2020 | Deposit | | Safety First, LTD | 76.50 |
| 07/15/2020 | Deposit | | Signature Bank | 235.23 |
| 07/15/2020 | Deposit | | | 5,565.90 |
| 07/16/2020 | Deposit | | | 1,589.85 |
| 07/16/2020 | Deposit | | | 16,220.54 |
| 07/17/2020 | Deposit | | | 20,558.92 |
| 07/20/2020 | Deposit | | | 17,329.26 |
| 07/20/2020 | Deposit | | | 23,455.59 |
| 07/22/2020 | Deposit | | | 4,213.24 |
| 07/22/2020 | Deposit | | | 1,852.80 |
| 07/22/2020 | Deposit | | | 2,848.50 |
| 07/23/2020 | Deposit | | | 14,322.62 |
| 07/24/2020 | Deposit | | | 13,125.51 |
| 07/27/2020 | Deposit | | | 16,880.65 |
| 07/27/2020 | Deposit | | | 15,848.90 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 07/28/2020 | Deposit | | | 8,872.30 |
| 07/29/2020 | Deposit | | | 3,729.13 |
| 07/30/2020 | Deposit | | | 2,274.85 |
| 07/30/2020 | Deposit | | | 1,020.39 |
| 07/30/2020 | Deposit | | | 10,212.76 |
| 07/31/2020 | Deposit | | | 15,070.80 |

| Total | | | | 377,641.24 |
|-------|--|--|--|-----------:|

**Additional Information**

Uncleared checks and payments as of 07/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 06/26/2020 | Transfer | | | -7,500.00 |
| 07/09/2020 | Bill Payment | 1035 | Great Hair, Inc. | -2,554.40 |
| 07/13/2020 | Bill Payment | 1041 | Monica Penuela Hernandez | -375.00 |
| 07/23/2020 | Bill Payment | 1052 | Monica Penuela Hernandez | -240.00 |
| 07/27/2020 | Bill Payment | 1055 | Financial Pacific Leasing, Inc. | -3,067.46 |
| 07/27/2020 | Bill Payment | 1057 | Fairchild Baldwin, LLC | -2,485.00 |
| 07/29/2020 | Bill Payment | 1058 | Shu Uemura | -6,520.70 |
| 07/30/2020 | Bill Payment | 1059 | Kaback Service, Inc. | -2,068.63 |
| 07/30/2020 | Bill Payment | 1060 | M & L Service & Maintenance … | -1,250.57 |
| 07/31/2020 | Bill Payment | 1062 | Milbon USA, Inc. | -5,194.41 |

| Total | | | | -31,256.17 |
|-------|--|--|--|-----------:|

Uncleared deposits and other credits as of 07/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 06/02/2020 | Transfer | | | 106.21 |
| 06/24/2020 | Transfer | | | 766.90 |
| 07/02/2020 | Bill Payment | 1021 | Imperial Dade (Burke) | 0.00 |
| 07/16/2020 | Check | 1045 | Marco Paguay | 0.00 |

| Total | | | | 873.11 |
|-------|--|--|--|---------:|

Uncleared checks and payments after 07/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 08/03/2020 | Check | 1061 | John Barrett | -16,000.00 |
| 08/03/2020 | Expense | | Voya | -5,725.48 |
| 08/03/2020 | Expense | | | -7,233.04 |
| 08/04/2020 | Expense | | SalonCentric | -7,041.55 |
| 08/04/2020 | Bill Payment | | Principal Life Insurance Comp… | -11,402.39 |
| 08/04/2020 | Bill Payment | 1066 | MJC Electric and Maintenance | -426.79 |
| 08/05/2020 | Bill Payment | 1065 | Imperial Dade (Burke) | -2,575.00 |
| 08/05/2020 | Bill Payment | | FedEx | -513.38 |
| 08/05/2020 | Expense | | TimePayment Corp | -1,728.76 |
| 08/05/2020 | Expense | | | -4,404.64 |
| 08/06/2020 | Check | 1067 | Marco Paguay | -186.96 |
| 08/06/2020 | Bill Payment | 1071 | Republic Data Products, Inc. | -900.00 |
| 08/06/2020 | Bill Payment | 1072 | Rose 1845 By Lazarus Ltd | -380.80 |
| 08/06/2020 | Bill Payment | 1070 | Long Island Beauty Supply, Inc. | -970.30 |
| 08/06/2020 | Bill Payment | 1069 | Quarterhorse Technology Inc. | -450.00 |
| 08/06/2020 | Bill Payment | 1068 | MIP 57th Development Acquis… | -25,000.00 |
| 08/10/2020 | Bill Payment | 1073 | Golden Door Services | -2,400.00 |
| 08/13/2020 | Bill Payment | 1074 | Tele-Verse Communications, I… | -1,432.25 |
| 08/13/2020 | Bill Payment | 1077 | Spectrum Enterprise | -599.00 |
| 08/13/2020 | Bill Payment | 1076 | Verizon Fios | -909.53 |
| 08/13/2020 | Bill Payment | 1075 | Verizon | -1,143.15 |

| Total | | | | -91,423.02 |
|-------|--|--|--|-----------:|

Uncleared deposits and other credits after 07/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/03/2020 | Deposit | | | 9,823.22 |
| 08/03/2020 | Deposit | | | 16,690.31 |
| 08/04/2020 | Deposit | | The Wella Corporation | 26.83 |
| 08/05/2020 | Deposit | | | 2,941.65 |
| 08/05/2020 | Deposit | | | 563.34 |
| 08/05/2020 | Deposit | | | 1,340.90 |
| Total | | | | 31,386.25 |

Mezz 57th LLC

**10900 Utility, Period Ending 07/31/2020**

**RECONCILIATION REPORT**

Reconciled on: 08/10/2020

Reconciled by: Vijar Kohli

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
| --- | --- |
| Statement beginning balance | 7,500.00 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 7,500.00 |
| | |
| Uncleared transactions as of 07/31/2020 | 7,500.00 |
| Register balance as of 07/31/2020 | 15,000.00 |

**Additional Information**

Uncleared deposits and other credits as of 07/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 06/26/2020 | Transfer | | | 7,500.00 |
| Total | | | | 7,500.00 |

Mezz 57th LLC

**10850 Payroll Checking, Period Ending 07/31/2020**

**RECONCILIATION REPORT**

Reconciled on: 08/19/2020

Reconciled by: Vijar Kohli

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                    USD

| | |
|---|---|
| Statement beginning balance | 8,930.90 |
| Checks and payments cleared (4) | -7,493.23 |
| Deposits and other credits cleared (1) | 7,493.23 |
| Statement ending balance | 8,930.90 |
| | |
| Uncleared transactions as of 07/31/2020 | -25,144.72 |
| Register balance as of 07/31/2020 | -16,213.82 |
| Cleared transactions after 07/31/2020 | 0.00 |
| Uncleared transactions after 07/31/2020 | 0.00 |
| Register balance as of 08/19/2020 | -16,213.82 |

**Details**

Checks and payments cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/20/2020 | Check | 10397 | | -309.83 |
| 07/20/2020 | Check | 10396 | | -2,705.91 |
| 07/21/2020 | Check | 10398 | | -3,993.95 |
| 07/21/2020 | Check | 10399 | | -483.54 |
| Total | | | | -7,493.23 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/29/2020 | Journal | VK 1231 A17 | | 7,493.23 |
| Total | | | | 7,493.23 |

**Additional Information**

Uncleared checks and payments as of 07/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/30/2020 | Journal | NYC Metro Tax Adj | | -11.79 |
| 07/28/2020 | Transfer | | | -29,253.02 |
| 07/29/2020 | Journal | Payroll 7/29/2020 | | -1,012.18 |
| 07/29/2020 | Journal | Payroll 7/29/2020 | | -634.94 |
| 07/29/2020 | Journal | Payroll 7/29/2020 | | -2,854.72 |
| 07/29/2020 | Journal | PU6 7/29/2020 1099 | | -3,650.10 |
| Total | | | | -37,416.75 |

Uncleared deposits and other credits as of 07/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/24/2020 | Transfer | | | 3,750.00 |
| 06/24/2020 | Transfer | | | 766.90 |
| 06/26/2020 | Transfer | | | 7,500.00 |
| 06/30/2020 | Journal | FUTA Adj | | 255.13 |
| Total | | | | 12,272.03 |

Uncleared checks and payments after 07/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 08/12/2020 | Journal | Payroll 8/12/2020 | | -48,356.12 |
| 08/12/2020 | Journal | Payroll 8/12/2020 | | -1,008.22 |
| 08/12/2020 | Journal | Payroll 8/12/2020 | | -2,250.15 |
| 08/12/2020 | Journal | Payroll 8/12/2020 | | -480.79 |
| 08/12/2020 | Journal | Payroll 8/12/2020 | | -24,076.12 |
| 08/12/2020 | Journal | PU6 8/12/2020 1099 | | -5,464.82 |
| 08/12/2020 | Journal | Payroll 8/12/2020 | | -581.12 |

**Total**      **-82,217.34**

Uncleared deposits and other credits after 07/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 08/10/2020 | Transfer | | | 82,217.34 |

**Total**      **82,217.34**