# Mezz 57th LLC

## BALANCE SHEET
As of July 31, 2020

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     Bank Accounts | **$194,086.84** |
|     Accounts Receivable | **$0.00** |
|     Other Current Assets | |
|       12000 CREDIT CARD RECEIVABLE | 192,867.68 |
|       13000 OTHER RECIEVABLES | 26,025.49 |
|       14000 INVENTORY | 137,934.26 |
|       15000 PREPAID EXPENSES | |
|         15100 Prepaid Expenses | 30,531.81 |
|         15200 Prepaid Insurance | 34,030.30 |
|         15300 Prepaid Rent | 0.00 |
|         15400 Retainer Fees | 72,204.00 |
|       **Total 15000 PREPAID EXPENSES** | 136,766.11 |
|     **Total Other Current Assets** | **$493,593.54** |
|   **Total Current Assets** | **$687,680.38** |
|   **Fixed Assets** | |
|     16000 PROPERTY PLANT & EQUIPMENT | |
|       16100 Furniture & Fixtures | 692,178.77 |
|       16300 Computer Equipment | 18,332.45 |
|       16500 Leasehold Improvements | 2,235,529.75 |
|     **Total 16000 PROPERTY PLANT & EQUIPMENT** | 2,946,040.97 |
|     17000 ACCUMULATED DEPRECIATION | 1,897.90 |
|   **Total Fixed Assets** | **$2,947,938.87** |
|   **Other Assets** | |
|     18000 INTERCOMPANY | |
|       18100 Due from Old Co | 457,404.41 |
|       18200 Due from Owner | 49,118.71 |
|     **Total 18000 INTERCOMPANY** | 506,523.12 |
|     19000 START UP COSTS | |
|       19100 Facilities Costs | 4,745.00 |
|       19200 Legal Fees | 218,872.51 |
|       19300 Administrative Costs | 66,537.50 |
|       19400 Relocation Expenses | 27,300.95 |
|     **Total 19000 START UP COSTS** | 317,455.96 |
|     Letter of Credit | 390,047.00 |
|   **Total Other Assets** | **$1,214,026.08** |
| **TOTAL ASSETS** | **$4,849,645.33** |

# Mezz 57th LLC

## BALANCE SHEET
As of July 31, 2020

|  | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         20000 PAYABLES | 1,651,080.80 |
|       **Total Accounts Payable** | **$1,651,080.80** |
|       Credit Cards | $118,279.97 |
|       Other Current Liabilities | |
|         21000 OTHER PAYABLES | 0.00 |
|         22000 ACCRUED EXPENSES | 13,659.36 |
|           21300 Accrued Payroll | 96,502.41 |
|           22100 Accrued Expenses | 26,197.86 |
|           22200 Accrued Interest | 162,609.60 |
|       **Total 22000 ACCRUED EXPENSES** | **298,969.23** |
|         22300 ACCRUED EXPENSES - BUILD OUT | -298,773.32 |
|         23000 PAYROLL LIABILITIES | 4,491.63 |
|         NYS Sales Tax Processing Payable | 380,922.95 |
|       **Total Other Current Liabilities** | **$385,610.49** |
|     **Total Current Liabilities** | **$2,154,971.26** |
|     Long-Term Liabilities | |
|       25000 LONG TERM DEBT | |
|         25200 Notes Payable - Lenders | |
|           25210 Seller, Jeffrey | 1,700,720.00 |
|           25220 Acquavella, William R. | 491,020.42 |
|           25230 Flick, Larry | 650,000.00 |
|           25240 Wynn, Steve | 400,000.00 |
|           25250 Redleaf, Elizabeth | 243,209.04 |
|           25260 Muniz, Jose | 115,000.00 |
|           25270 Woodner, Dian | 48,619.10 |
|           25280 Leonetti, Gina M. | 72,328.38 |
|           Kersey, William | 250,000.00 |
|           PPP Loan | 850,000.00 |
|         **Total 25200 Notes Payable - Lenders** | **4,820,896.94** |
|         25300 Notes Payable - Financing | |
|           25310 Navitas Credit Corp - 40529651 | 70,160.18 |
|           25320 Navitas Credit Corp - 40540889 | 42,012.91 |
|           25330 Pawnee Leasing Corp - 201812086 | 84,172.53 |
|           25340 Pacific Leasing Inc - 823947 | 64,037.05 |
|           25350 TimePayment Corp | 26,843.16 |
|         **Total 25300 Notes Payable - Financing** | **287,225.83** |
|       **Total 25000 LONG TERM DEBT** | **5,108,122.77** |

# Mezz 57th LLC

BALANCE SHEET

As of July 31, 2020

|  | TOTAL |
|---|---:|
| **Total Long-Term Liabilities** | **$5,108,122.77** |
| **Total Liabilities** | **$7,263,094.03** |
| Equity | |
|   30000 OWNERS EQUITIES | -128,042.41 |
|   30800 Member Contributions | 60,000.00 |
|   32000 Members Equity | -1,312,892.18 |
|   Net Income | -1,032,514.11 |
| **Total Equity** | **$ -2,413,448.70** |
| **TOTAL LIABILITIES AND EQUITY** | **$4,849,645.33** |