# Mezz 57th LLC

PROFIT AND LOSS

July 2020

|  | TOTAL |
|---|---:|
| **Income** | |
|   40000 REVENUE | |
|     40100 Sales - Service | 323,416.35 |
|     40200 Sales - Retail | 18,500.40 |
|   **Total 40000 REVENUE** | **341,916.75** |
|   Discounts/Refunds Given | 0.00 |
|   Other Income | 15,076.77 |
| **Total Income** | **$356,993.52** |
| **Cost of Goods Sold** | |
|   50000 COST OF GOODS SOLD | |
|     50300 COGS - Retail | 11,782.21 |
|     50400 COGS - Food | 230.48 |
|     50600 Backbar | 22,393.48 |
|   **Total 50000 COST OF GOODS SOLD** | **34,406.17** |
| **Total Cost of Goods Sold** | **$34,406.17** |
| **GROSS PROFIT** | **$322,587.35** |
| **Expenses** | |
|   60000 PAYROLL | |
|     60100 Service Payroll | |
|       Colorist Payroll | 84,243.15 |
|       Mani/Makeup Payroll | 16,235.73 |
|       Stylist Payroll | 87,782.99 |
|     **Total 60100 Service Payroll** | **188,261.87** |
|     60111 Owner Payroll Expenses | 19,974.75 |
|     60200 Payroll Taxes - Employer | 18,719.14 |
|     60300 Payroll Benefits | 28,570.77 |
|     60400 Payroll Expenses | 1,409.46 |
|     Management & Overhead | 89,067.68 |
|   **Total 60000 PAYROLL** | **346,003.67** |
|   70000 OPERATING EXPENSES | |
|     70100 Rent & Utilities | 95,026.84 |
|     70200 Insurance | 5,100.41 |
|     70600 Salon Expenses | 7,811.66 |
|     70900 Interest & Fees | 450.30 |
|     Office/General Administrative Expenses | 47,737.98 |
|   **Total 70000 OPERATING EXPENSES** | **156,127.19** |
| **Total Expenses** | **$502,130.86** |
| **NET OPERATING INCOME** | **$ -179,543.51** |
| Other Income | $259.50 |
| **NET OTHER INCOME** | **$259.50** |
| **NET INCOME** | **$ -179,284.01** |