Mezz57th LLC
13 Week Cash Flows
For INTERNAL USE ONLY

| Week Ending | 1 7/18/2020 | Actual 7/18/2020 | 2 7/25/2020 | Actual 7/25/2020 | 3 8/1/2020 | Actual 8/1/2020 | 4 8/8/2020 | Actual 8/8/2020 | 5 8/15/2020 | Actual 8/15/2020 | 6 8/22/2020 | 7 8/29/2020 | 8 9/5/2020 | 9 9/12/2020 | 10 9/19/2020 | 11 9/26/2020 | 12 10/3/2020 | 13 10/10/2020 | 14 10/17/2020 | 15 10/24/2020 | 16 10/31/2020 | 17 11/7/2020 | 18 11/14/2020 | Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Balance** | 421,919 | 421,919 | 270,137 | 270,137 | 323,720 | 323,720 | 284,997 | 284,997 | 284,538 | 284,538 | 193,529 | 182,653 | 58,018 | 100,492 | 54,388 | 122,401 | 27,766 | 93,339 | 14,885 | 117,898 | (7,487) | 64,688 | (27,766) | | |
| Cash Receipts | 70,000 | 50,744 | 100,000 | 76,898 | 75,000 | 67,426 | 85,000 | 52,061 | 65,000 | 59,294 | 65,000 | 65,000 | 90,000 | 115,000 | 125,000 | 140,000 | 150,000 | 160,000 | 160,000 | 160,000 | 160,000 | 160,000 | 160,000 | 1,888,781 | Weekly sales |
| Less: Merchant Fees | | | (13,000) | | | | | (7,233) | | (7,233) | | | (8,000) | | | | (10,000) | | | | (13,000) | | | (45,466) | Payment Processor |
| **Total Cash Receipts** | 70,000 | 50,744 | 87,000 | 76,898 | 75,000 | 67,426 | 77,767 | 44,828 | 65,000 | 52,061 | 65,000 | 65,000 | 82,000 | 115,000 | 125,000 | 140,000 | 140,000 | 160,000 | 160,000 | 160,000 | 147,000 | 160,000 | 160,000 | 1,843,315 | |
| Other Deposits | | | | | | | | | | | | | | | | | | | | | | | | | |
| Transfers | | | | | | | | 8,931 | | | | | | | | | | | | | | | | 8,931 | Account transfers |
| Tenant Improvements | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Receipts** | 70,000 | 50,744 | 87,000 | 76,898 | 75,000 | 67,426 | 77,767 | 53,759 | 65,000 | 52,061 | 65,000 | 65,000 | 82,000 | 115,000 | 125,000 | 140,000 | 140,000 | 160,000 | 160,000 | 160,000 | 147,000 | 160,000 | 160,000 | 1,852,246 | |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Navitas Credit 1 | | | | | | | | | 1,528 | | 1,550 | | | 1,528 | | | | 1,528 | | | | 1,528 | | 6,134 | Equipment Leases |
| Navitas Credit 2 | | | | | | | | | 1,476 | | 1,497 | | | 1,476 | | | | 1,476 | | | | 1,476 | | 5,925 | Equipment Leases |
| Pawnee Leasing | | | | | 1,883 | | | | 4,200 | | | 1,883 | | | | 1,883 | | | | 1,883 | | | | 5,649 | Equipment Leases |
| Pacific Leasing | | | | | 1,438 | | | 3,067 | | 4,205 | | 1,438 | | | | 1,438 | | | | 1,438 | | | | 11,586 | Equipment Leases |
| TimePayment | | | | | 563 | | | 1,729 | | | | 563 | | | | 563 | | | | 563 | | | | 3,418 | Equipment Leases |
| **Lease Payments** | - | - | - | - | 3,884 | - | - | 4,796 | 7,204 | 4,205 | 3,048 | 3,884 | - | 3,004 | - | 3,884 | - | 3,004 | - | 3,884 | - | 3,004 | - | 32,713 | |
| MIP 57th Development | | | | | | | 25,000 | | 25,000 | | 25,000 | | | 20,000 | | | | 20,000 | | | | 20,000 | | 85,000 | Rent |
| Advanced Plumbing | | 448 | | | | | | | | | | | | | | | | | | | | | | | Plumbing |
| Alan Margolin | | | | 2,000 | | | | | | | | | | | | | | | | | | | | | Construction |
| M&L Service Maintenance | | | | | | | 1,251 | | | 1,251 | | | | | | | | | | | | | | 1,251 | Service maintenance |
| Kaback Inc | | 484 | | | | | 2,069 | 2,069 | | | 3,000 | | 3,000 | | 3,000 | | | | | | | | | 11,069 | HVAC |
| Con Edison | | 2,839 | | | | | | | | 4,548 | | 1,500 | | | | | 1,500 | | | | 1,500 | | | 9,048 | Utilities |
| **Rent & Utilities** | - | 3,772 | - | 2,000 | - | - | 28,319 | 2,069 | 25,000 | 5,799 | 28,000 | 1,500 | 3,000 | 20,000 | 3,000 | - | 1,500 | 20,000 | - | - | 1,500 | 20,000 | - | 106,368 | |
| Employee Payroll | 188,099 | 188,099 | | | 90,446 | 93,913 | | 16,000 | | 96,000 | 82,217 | | 78,000 | | 93,000 | | 144,000 | | 174,000 | | 192,000 | | 192,000 | 1,049,150 | Gross Wages |
| John Barrett Salary | | | | | 8,000 | | 16,000 | | 16,000 | 16,000 | | 8,000 | | 8,000 | | 8,000 | | 8,000 | | 8,000 | | 8,000 | | 64,000 | Owner's salary |
| Empire Employee Insurance | | | | | | | 11,402 | 11,402 | | 15,001 | 20,511 | 20,511 | | 15,001 | 20,511 | 20,511 | | 15,001 | 20,511 | 20,511 | | 15,001 | 20,511 | 203,577 | Healthcare |
| Principal Financial Group | | | | | | | 5,725 | 5,725 | | | | 9,881 | | | | 9,881 | | | | 9,881 | | | | 41,045 | Dental & Life |
| VOYA 401k | | | 11,792 | 11,792 | | | 2,700 | | | 160 | 5,000 | | 9,500 | | 9,500 | | 9,500 | | 9,500 | | 9,500 | | 9,500 | 67,725 | 401k |
| Shelterpoint DBL | | | | | | | | | | | | 2,700 | | | | 2,700 | | | | 2,700 | | | | 8,260 | Disability |
| TransitChek | 2,500 | 1,205 | | | | | | | 2,500 | | 1,500 | | 2,500 | | | | 2,500 | | | | 2,500 | | | 9,000 | Transit |
| Wageworks | | | | | | | | | | | 122 | | | | 122 | | | | 122 | | | | 122 | 488 | Employee expense |
| Wage Garnishments | | | | | | | 202 | | | | 202 | | 202 | | 202 | | 202 | | 202 | | | | 202 | 1,209 | Wage garnishments |
| ADP Screening | | | | | | | 300 | | | | | | 300 | | | | 300 | | | | 300 | | | 900 | Payroll expense |
| ADP | | | | | | | | | | | | | 1,300 | | | | 1,300 | | | | 1,300 | | | 3,900 | Payroll |
| **Payroll / Benefits** | 190,599 | 189,304 | 11,792 | 11,792 | 98,446 | 93,913 | 37,629 | 17,128 | 114,500 | 113,378 | 27,334 | 116,392 | 14,002 | 118,501 | 30,334 | 182,392 | 14,002 | 199,501 | 30,334 | 230,392 | 13,800 | 217,501 | 30,334 | 1,449,234 | |
| Ballon Stoll Bader & Nadler, P.C. | | | | | 15,000 | | | | | | | 25,000 | | | | | 25,000 | | | | 15,000 | | | 65,000 | Attorney |
| Mazars LLP | | | | | 8,000 | | | | 8,000 | | | 2,500 | | 2,500 | | 2,500 | | 2,500 | | 2,500 | | 2,500 | | 15,000 | Accountants |
| Bederson LLP | | | | | | | | | | | | | | | | | 7,000 | | | | 14,000 | | | 21,000 | Trustee |
| Golden Door Services | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | | 1,200 | 2,400 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 19,200 | Controller |
| **Professional Fees** | 1,200 | 1,200 | 1,200 | 1,200 | 24,200 | 1,200 | 1,200 | - | 9,200 | 2,400 | 1,200 | 28,700 | 1,200 | 3,700 | 1,200 | 3,700 | 33,200 | 3,700 | 1,200 | 3,700 | 30,200 | 3,700 | 1,200 | 120,200 | |
| First Insurance Funding | | | | | | | 4,405 | 4,405 | | | | | 4,625 | | | | 4,625 | | | | 4,625 | | | 18,279 | Professional |
| Hartford | | | | | | | 5,601 | | | 5,667 | | | 5,601 | | | | | | | | 5,601 | | | 22,471 | Workers Comp |
| Travelers | | | | | | 352 | | | | | | | | | | | | | | | | | | 352 | Umbrella |
| Philadelphia Insurance | | | 4,778 | | | | | | | 4,758 | | 4,778 | | | | 4,778 | | | | 4,778 | | | | 19,094 | Commercial |
| **Business Insurance** | - | - | 4,778 | - | - | 352 | 10,006 | 4,405 | - | 10,425 | - | 4,778 | 10,226 | - | - | 4,778 | 10,226 | - | - | 4,778 | 10,226 | - | - | 60,196 | |
| BMW Financial Services | | | | | | | 1,435 | 1,435 | | | | | 699 | | | | 699 | | | | 699 | | | 3,532 | Car payment |
| McFarlane Properties | | | | | | | | | | | | | | 3,500 | | | | 3,500 | | | | 3,500 | | 10,500 | Hampton site |
| Verizon Wireless | | | | | | | | | 250 | | | | | 250 | | | | 250 | | | | 250 | | 750 | Cell phones |
| **Other** | - | - | - | - | - | - | 1,435 | 1,435 | 250 | - | - | - | 699 | 3,500 | - | - | 699 | 3,500 | - | - | 699 | 3,500 | - | 14,782 | |
| Salon Centric | | | 2,500 | | | | 7,042 | 7,042 | | | 2,500 | | 2,500 | | 2,500 | | 2,500 | | 4,000 | | 4,000 | | 4,000 | 29,042 | Salon supplies |
| The Wella Corporation | | | 2,500 | 1,627 | | 1,202 | 2,500 | | | | 2,500 | | 2,500 | | 2,500 | | 2,500 | | 4,000 | | 4,000 | | 4,000 | 23,202 | Salon supplies |
| Symbiotic | 1,250 | 1,795 | | 2,013 | 2,000 | 230 | | | 1,250 | | | 1,250 | | 1,250 | | 1,250 | | 1,500 | | 1,500 | | 1,500 | | 8,480 | Salon supplies |
| Pro Beauty Wholesale | | 505 | | | | | 800 | | | 837 | | | 800 | | | | 800 | | | | 1,400 | | | 3,837 | Salon supplies |
| Lone Island Beauty Supplies | 1,500 | 1,655 | | | | | | | 2,000 | | 1,000 | 2,000 | | 1,500 | | 1,500 | | 1,500 | | 2,000 | | 2,000 | | 11,500 | Salon supplies |
| Burke Supply Systems | | 403 | | 140 | | | 2,575 | 2,575 | | | 400 | | 2,000 | | | | 2,000 | | | | 2,000 | | | 8,975 | Salon supplies |
| Hair U Wear | | | | 419 | | 419 | | | | | | | | | | | | | | | | | | 419 | Salon supplies |
| Miscellaneous Supplies | 7,500 | | 7,500 | | | 240 | | | 7,500 | | | | | | 7,500 | | | | 7,500 | | | | 7,500 | 22,740 | Salon supplies |
| Great Hair | 5,000 | | | | | | | | | | | 3,500 | | 2,500 | | | 2,500 | | 3,000 | | 3,500 | | | 18,500 | Salon supplies |
| **Backbar Products** | 15,250 | 4,358 | 16,000 | 4,199 | 2,000 | 2,092 | 12,917 | 9,617 | 14,250 | 837 | 6,400 | 6,750 | 7,800 | 5,250 | 12,500 | 5,250 | 7,800 | 6,000 | 15,500 | 7,000 | 11,400 | 7,000 | 15,500 | 126,695 | |
| Shu Uemura | 3,250 | | | | | 6,624 | 6,521 | 6,521 | 3,000 | | | 3,000 | | 2,500 | | 2,500 | | 2,500 | | 3,000 | | | 3,000 | 29,644 | Vendor |
| Milbon | 2,500 | | | | 2,500 | | 5,194 | 5,194 | 2,500 | | | 2,500 | | 2,500 | | 2,500 | | 2,500 | | 3,000 | | | 3,000 | 21,194 | Vendor |
| Joon Han | | | 33,000 | | | | 5,000 | | | | 5,000 | | | 5,000 | | | 5,000 | | | | 5,000 | | | 20,000 | Consignment* |
| Fairchild Baldwin | | | 2,500 | | 2,485 | | 2,485 | 2,485 | | | 2,500 | | | | | | 2,500 | | | | 2,500 | | | 9,985 | Consignment* |
| **Retail Products** | 5,750 | - | 35,500 | - | 4,985 | 6,624 | 19,200 | 14,200 | 5,500 | - | 7,500 | 5,500 | - | 10,000 | - | 7,500 | 5,000 | 5,000 | - | 8,500 | 5,000 | - | 6,000 | 80,824 | |
| Innovative Business Computer Solutions | | | | | | | 1,595 | 1,356 | | | | | 1,356 | | | | 1,356 | | | | 1,356 | | | 5,664 | Spa Salon Software |
| Tele-Verse Communications | | | | | | | 278 | 1,503 | 1,432 | | | | 1,503 | | | | 1,503 | | | | 1,503 | | | 6,218 | Telephones |
| Quarterhorse Technology | | | | | | | | | 450 | | | | | | | | | | | | | | | 450 | IT Services |
| DGA Security | | | | 1,731 | 1,731 | | | | | | | 1,731 | | | | 1,731 | | | | 1,731 | | | | 5,193 | Salon Security |
| Verizon | | 1,097 | | | | | | | 1,143 | 1,300 | 894 | | | 1,300 | | | | 1,300 | | | | 1,300 | | 6,343 | Office phones |
| Verizon Fios | | 650 | | | | | | | 910 | 894 | | | | 894 | | | | 894 | | | | 894 | | 4,486 | Primary cable |
| Spectrum | | 1,198 | | | | | | 599 | | 599 | | 599 | | | 599 | | 599 | | 599 | | 599 | | 599 | 2,396 | Backup cable |
| **Technology** | - | 2,945 | - | 1,731 | 1,731 | 1,873 | 599 | - | 2,859 | 4,534 | 2,194 | 1,731 | 599 | 5,053 | 1,731 | - | 599 | 5,053 | 1,731 | - | 599 | 5,053 | - | 30,750 | |
| FedEx/UPS/Customs | 100 | 24 | 100 | 389 | 100 | 97 | 569 | 569 | 100 | 200 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 2,165 | Shipping |
| Iron Mountain | 200 | | | 978 | 200 | | | | 200 | | | 200 | | 200 | | 200 | | 200 | | 200 | | 200 | | 1,200 | File storage |
| Asi | | | | 875 | | | | | | | | | | | | | | | | | | | | | ERISA audit |
| Google | | | | | | | 600 | | | | | | 600 | | | | 600 | | | | 600 | | | 1,800 | Emails |
| CPS | | | | 100 | | | | | | | | | | | | | | | | | | | | | LLC renewal |
| Coin Register | | | | 50 | | | | | | | | | | | | | | | | | | | | | Coin exchange |
| Lateral objects | | 880 | | | | | | | | | | | | | | | | | | | | | | | Office supplies |
| Charge It Pro | | 19 | | | | | | | | 15 | | | | | | | | | | | | | | 15 | Print |
| Royal Waste Services | | | | | | | | | | 1,023 | | | | | | | | | | | | | | 1,023 | Waste Services |
| Coffee Distributing Services | | | | | | | | | | | | | 1,200 | | 1,200 | | 1,200 | | 1,200 | | 1,200 | | 1,200 | 7,200 | Coffee |
| **Office** | 300 | 923 | 100 | 2,393 | 300 | 97 | 1,169 | 569 | 300 | 1,237 | 100 | 300 | 1,900 | 300 | 1,300 | 300 | 1,900 | 300 | 1,300 | 300 | 1,900 | 300 | 1,300 | 13,403 | |
| **TOTAL OPERATING** | 213,099 | 202,501 | 69,370 | 23,315 | 131,662 | 106,150 | 112,474 | 49,421 | 171,859 | 138,610 | 72,728 | 165,651 | 39,426 | 158,001 | 56,887 | 205,651 | 74,327 | 235,350 | 56,887 | 256,401 | 74,725 | 249,350 | 62,887 | 2,002,451 | |
| **FINANCE** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Taxes | | | | | | | | | | | | 20,000 | | | 25,000 | | | 25,000 | | | | | | 70,000 | Sales Tax |
| Interest Expense | | | | | | | | | | | | | | | | | | | | | | | | | Bank interest exp |
| Bank Fees | 100 | 25 | 100 | | 100 | | 100 | 256 | 100 | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,556 | Account fees |
| LC Fees (1%) | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL FINANCE** | 100 | 25 | 100 | - | 100 | - | 100 | 256 | 100 | - | 100 | 20,100 | 100 | 100 | 25,100 | 100 | 100 | 25,100 | 100 | 100 | 100 | 100 | 100 | 71,556 | |
| **TOTAL DISBURSEMENTS** | 213,199 | 202,526 | 69,470 | 23,315 | 135,646 | 106,150 | 112,574 | 54,217 | 179,163 | 143,070 | 75,876 | 189,635 | 39,526 | 161,105 | 56,987 | 234,635 | 74,427 | 238,454 | 56,987 | 285,385 | 74,825 | 252,454 | 62,987 | 2,106,719 | |
| Net Cash Flow | (143,199) | (151,782) | 17,530 | 53,583 | (60,646) | (38,724) | (34,807) | (458) | (114,163) | (91,010) | (10,876) | (124,635) | 42,474 | (46,105) | 68,013 | (94,635) | 65,573 | (78,454) | 103,013 | (125,385) | 72,175 | (92,454) | 97,013 | 2,106,719 | |
| **Ending Cash Balance** | 278,720 | 270,137 | 287,667 | 323,720 | 263,074 | 284,997 | 250,190 | 284,538 | 170,375 | 193,529 | 182,653 | 58,018 | 100,492 | 54,388 | 122,401 | 27,766 | 93,339 | 14,885 | 117,898 | (7,487) | 64,688 | (27,766) | 69,247 | | |

Mezz57th 2020 Weekly Cash Flows                    1 of 1                    9/2/2020 4:40 PM