# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From July 01, 2020
To July 31, 2020
Page 1 of 7

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC DEBTOR IN POSSESSION         9-244
CASE NUMBER 2011316SHL
OPERATING AC
36E 57TH ST MEZZANINE
NEW YORK NY  10022              999             See Back for Important Information

Primary Account: 9083                37

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY" SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT "BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM. SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 9083 | BANKRUPTCY CHECKING | 308,049.28 | 283,295.74 |
| | RELATIONSHIP TOTAL | | 283,295.74 |

# Signature Bank

Statement Period
From July 01, 2020
To July 31, 2020
Page 2 of 7

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

```
MEZZ57TH LLC DEBTOR IN POSSESSION        9-244
CASE NUMBER 2011316SHL
OPERATING AC
36E 57TH ST MEZZANINE
NEW YORK NY  10022                999         See Back for Important Information


                                                Primary Account: 9083           37


BANKRUPTCY CHECKING            9083
```

## Summary

| | |
|---|---:|
| Previous Balance as of July 01, 2020 | 308,049.28 |
| 40 Credits | 377,641.24 |
| 62 Debits | 402,394.78 |
| Ending Balance as of July 31, 2020 | 283,295.74 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---:|
| Jul 01 | ACH DEPOSIT           ck/ref no.    5711699<br>BANKCARD-8566    BTOT DEP    518089130019953<br>005 000000000010960291592126793 | 10,225.39 |
| Jul 02 | ACH DEPOSIT           ck/ref no.    5917449<br>BANKCARD-8566    MTOT DEP    518089130019953<br>005 000000000025042751592126793 | 24,374.35 |
| Jul 02 | DEPOSIT | 3,850.02 |
| Jul 03 | ACH DEPOSIT           ck/ref no.    6125753<br>BANKCARD-8566    BTOT DEP    518089130019953<br>002 000000000017954691592126793 | 17,954.69 |
| Jul 06 | ACH DEPOSIT           ck/ref no.    6229781<br>BANKCARD-8566    BTOT DEP    518089130019953<br>002 000000000020428581592126793 | 20,428.58 |
| Jul 06 | ACH DEPOSIT           ck/ref no.    6217762<br>BANKCARD-8566    MTOT DEP    518089130019953<br>002 000000000023557081592126793 | 23,557.08 |
| Jul 06 | MOBILE DEPOSIT | 34.07 |
| Jul 06 | MOBILE DEPOSIT | 42.00 |
| Jul 06 | MOBILE DEPOSIT | 183.00 |
| Jul 06 | MOBILE DEPOSIT | 186.96 |
| Jul 08 | ACH DEPOSIT           ck/ref no.    6544426<br>BANKCARD-8566    BTOT DEP    518089130019953<br>005 000000000008781221592126793 | 6,009.61 |
| Jul 09 | ACH DEPOSIT           ck/ref no.    6677629<br>BANKCARD-8566    BTOT DEP    518089130019953 | 13,156.95 |

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC DEBTOR IN POSSESSION    9-244
CASE NUMBER 2011316SHL
OPERATING AC
36E 57TH ST MEZZANINE
NEW YORK NY  10022              999         See Back for Important Information

Primary Account: 9083            37

| Date | Description | Amount |
|---|---|---:|
| | 005 0000000000154172715921267 93 | |
| Jul 09 | DEPOSIT       ref# | 624.36 |
| Jul 09 | DEPOSIT | 3,040.10 |
| Jul 10 | ACH DEPOSIT       ck/ref no.   6881781 | 11,895.40 |
| | BANKCARD-8566     MTOT DEP    518089130019953 | |
| | 005 0000000000150802515921267 93 | |
| Jul 13 | ACH DEPOSIT       ck/ref no.   7025318 | 17,633.01 |
| | BANKCARD-8566     BTOT DEP    518089130019953 | |
| | 005 0000000000178030115921267 93 | |
| Jul 13 | ACH DEPOSIT       ck/ref no.   7047172 | 22,644.39 |
| | BANKCARD-8566     BTOT DEP    518089130019953 | |
| | 002 0000000000226443915921267 93 | |
| Jul 14 | ACH DEPOSIT       ck/ref no.   7118398 | 4,058.10 |
| | BANKCARD-8566     BTOT DEP    518089130019953 | |
| | 002 0000000000040581015921267 93 | |
| Jul 15 | ACH DEPOSIT       ck/ref no.   7380618 | 5,565.90 |
| | BANKCARD-8566     MTOT DEP    518089130019953 | |
| | 002 0000000000055659015921267 93 | |
| Jul 15 | MOBILE DEPOSIT | 76.50 |
| Jul 15 | DEPOSIT       ref# | 235.23 |
| Jul 15 | DEPOSIT | 2,438.94 |
| Jul 16 | ACH DEPOSIT       ck/ref no.   7509545 | 1,589.85 |
| | WAGEWORKS         BAT26622    CID 41094 | |
| Jul 16 | ACH DEPOSIT       ck/ref no.   7482436 | 16,220.54 |
| | BANKCARD-8566     MTOT DEP    518089130019953 | |
| | 005 0000000000175705415921267 93 | |
| Jul 17 | ACH DEPOSIT       ck/ref no.   7675749 | 20,558.92 |
| | BANKCARD-8566     BTOT DEP    518089130019953 | |
| | 002 0000000000205589215921267 93 | |
| Jul 20 | ACH DEPOSIT       ck/ref no.   7799456 | 17,329.26 |
| | BANKCARD-8566     BTOT DEP    518089130019953 | |
| | 002 0000000000173292615921267 93 | |
| Jul 20 | ACH DEPOSIT       ck/ref no.   7812599 | 23,455.59 |
| | BANKCARD-8566     BTOT DEP    518089130019953 | |
| | 002 0000000000234555915921267 93 | |
| Jul 22 | ACH DEPOSIT       ck/ref no.   8074851 | 4,213.24 |
| | BANKCARD-8566     BTOT DEP    518089130019953 | |
| | 005 0000000000042582415921267 93 | |
| Jul 22 | DEPOSIT       ref# | 1,852.80 |

Signature  SIGNATURE BANK

Statement Period
From July     01, 2020
To   July     31, 2020
Page    4 of     7

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

```
MEZZ57TH LLC DEBTOR IN POSSESSION        9-244
CASE NUMBER 2011316SHL
OPERATING AC
36E 57TH ST MEZZANINE
NEW YORK NY  10022                999         See Back for Important Information


                                            Primary Account: 9083            37
```

| Date | Description | | | Amount |
|---|---|---|---|---:|
| Jul 22 | DEPOSIT | | | 2,848.50 |
| Jul 23 | ACH DEPOSIT | ck/ref no. | 8181681 | 14,322.62 |
| | BANKCARD-8566 | BTOT DEP | 518089130019953 | |
| | 002 00000000014322621592126793 | | | |
| Jul 24 | ACH DEPOSIT | ck/ref no. | 8395319 | 13,125.51 |
| | BANKCARD-8566 | BTOT DEP | 518089130019953 | |
| | 005 00000000014387511592126793 | | | |
| Jul 27 | ACH DEPOSIT | ck/ref no. | 8468645 | 15,848.90 |
| | BANKCARD-8566 | BTOT DEP | 518089130019953 | |
| | 005 00000000017848901592126793 | | | |
| Jul 27 | ACH DEPOSIT | ck/ref no. | 8521000 | 16,880.65 |
| | BANKCARD-8566 | MTOT DEP | 518089130019953 | |
| | 002 00000000016880651592126793 | | | |
| Jul 28 | DEPOSIT | ref# | | 8,872.30 |
| Jul 29 | ACH DEPOSIT | ck/ref no. | 8800567 | 3,729.13 |
| | BANKCARD-8566 | MTOT DEP | 518089130019953 | |
| | 005 00000000003849131592126793 | | | |
| Jul 30 | ACH DEPOSIT | ck/ref no. | 8958821 | 10,212.76 |
| | BANKCARD-8566 | BTOT DEP | 518089130019953 | |
| | 002 00000000010212761592126793 | | | |
| Jul 30 | DEPOSIT | ref# | | 1,020.39 |
| Jul 30 | DEPOSIT | | | 2,274.85 |
| Jul 31 | ACH DEPOSIT | ck/ref no. | 9212655 | 15,070.80 |
| | BANKCARD-8566 | BTOT DEP | 518089130019953 | |
| | 005 00000000016915801592126793 | | | |

Withdrawals and Other Debits

| Date | Description | | | Amount |
|---|---|---|---|---:|
| Jul 02 | AUTOMATED PAYMENT | ck/ref no. | 5920172 | 842.13 |
| | PRO BEAUTY WHOLE | SALE | | |
| Jul 02 | AUTOMATED PAYMENT | ck/ref no. | 5804941 | 1,465.00 |
| | TRANSITCHEK | CONS COLL | DVO30 | |
| Jul 02 | AUTOMATED PAYMENT | ck/ref no. | 5848140 | 3,782.28 |
| | BANKCARD-8566 | MTOT DISC | 518089130019953 | |
| Jul 03 | AUTOMATED PAYMENT | ck/ref no. | 6082083 | 272.39 |
| | VOYA NAT TRST182 | SPNSR P/R | 817906 0001 | |
| Jul 03 | AUTOMATED PAYMENT | ck/ref no. | 6126500 | 1,622.14 |
| | NAVITAS CREDIT C | CASH CONC | CT-BUND40540889 | |
| Jul 03 | AUTOMATED PAYMENT | ck/ref no. | 6126499 | 1,675.46 |
| | NAVITAS CREDIT C | CASH CONC | CT-BUND40529651 | |

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

    MEZZ57TH LLC DEBTOR IN POSSESSION       9-244
    CASE NUMBER 2011316SHL
    OPERATING AC
    36E 57TH ST MEZZANINE
    NEW YORK NY  10022                 999        See Back for Important Information

                                                 Primary Account: 9083            37

| Date | Description | | | Amount |
|---|---|---|---|---|
| Jul 03 | AUTOMATED PAYMENT | ck/ref no. | 6059984 | 7,041.55 |
| | SALONCENTRIC | 8666186095 | | |
| Jul 08 | AUTOMATED PAYMENT | ck/ref no. | 6493157 | 55.11 |
| | FEDERAL EXPRESS | DEBIT | EPA61756873 | |
| Jul 10 | AUTOMATED PAYMENT | ck/ref no. | 6862994 | 4,758.41 |
| | PHILA INS CO | INS IN | 81185885 | |
| Jul 13 | OUTGOING WIRE XFER | | | 880.00 |
| | REF#  20200713B6B7261F002138 | | | |
| | TO:   LATERAL OBJECTS LLC | ABA: 026013958 | | |
| | BANK: CITY NATIONAL BANK | ACCT# 665726304 | | |
| Jul 13 | ONLINE TRANSFER DR | | | 188,099.01 |
| | ONLINE XFR TO: XXXXXX9105 | | | |
| Jul 13 | WIRE TRANSFER FEE | | | 25.00 |
| | REF#  20200713B6B7261F002138 | | | |
| | TO:   LATERAL OBJECTS LLC | ABA: 026013958 | | |
| | BANK: CITY NATIONAL BANK | ACCT# 665726304 | | |
| Jul 13 | AUTOMATED PAYMENT | ck/ref no. | 6988210 | 505.10 |
| | PRO BEAUTY WHOLE | SALE | | |
| Jul 14 | AUTOMATED PAYMENT | ck/ref no. | 7134968 | 18.54 |
| | CHARGEITPRO INC | PURCHASE | 65346281 | |
| Jul 15 | AUTOMATED PAYMENT | ck/ref no. | 7338970 | 23.99 |
| | FEDERAL EXPRESS | DEBIT | EPA61799931 | |
| Jul 16 | AUTOMATED PAYMENT | ck/ref no. | 7390513 | 1,205.00 |
| | TRANSITCHEK | CONS COLL | DVO30 | |
| Jul 17 | AUTOMATED PAYMENT | ck/ref no. | 7654534 | 2,839.31 |
| | CON ED OF NY | INTELL CK | 427203207300000 | |
| Jul 20 | AUTOMATED PAYMENT | ck/ref no. | 7804001 | 11,791.65 |
| | VOYA NAT TRST182 | SPNSR P/R | 817906 0001 | |
| Jul 22 | AUTOMATED PAYMENT | ck/ref no. | 8040550 | 389.37 |
| | FEDERAL EXPRESS | DEBIT | EPA61835733 | |
| Jul 24 | ONLINE TRANSFER DR | | | 93,912.83 |
| | ONLINE XFR TO: XXXXXX9105 | | | |
| Jul 24 | AUTOMATED PAYMENT | ck/ref no. | 8394746 | 1,731.11 |
| | DGA SECURITY SYS | SERVICES | 915713 | |
| Jul 27 | AUTOMATED PAYMENT | ck/ref no. | 8402885 | 1,595.00 |
| | IBCS SPASALON | JOHNBARRET | 1 | |
| Jul 28 | AUTOMATED PAYMENT | ck/ref no. | 8627379 | 230.48 |
| | SYSCO METRO NEW | VENDOR PAY | CUST #007490 | |
| Jul 28 | AUTOMATED PAYMENT | ck/ref no. | 8663653 | 352.00 |
| | TRAVELERS | BUS INSUR | BPITBI031613050 | |

# SIGNATURE BANK

Statement Period
From July 01, 2020
To July 31, 2020
Page 6 of 7

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

```
MEZZ57TH LLC DEBTOR IN POSSESSION      9-244
CASE NUMBER 2011316SHL
OPERATING AC
36E 57TH ST MEZZANINE
NEW YORK NY  10022              999          See Back for Important Information


                                        Primary Account: 9083             37

  Jul 29   AUTOMATED PAYMENT    ck/ref no.    8776540                          96.86
           FEDERAL EXPRESS      DEBIT         EPA61879759

Checks by Serial Number
  Jul 06    1011          3,600.00    Jul 20    1033             875.00
  Jul 09    1012         10,452.00    Jul 14    1034             484.49
  Jul 03    1013          1,102.32    Jul 15    1036 *           159.90
  Jul 03    1015 *        2,523.81    Jul 16    1037           1,198.00
  Jul 07    1016         17,000.00    Jul 17    1038           1,654.61
  Jul 03    1018 *        5,256.42    Jul 17    1039             242.95
  Jul 03    1019            233.82    Jul 27    1042 *         1,202.19
  Jul 08    1020            179.86    Jul 20    1043           1,200.00
  Jul 06    1022 *        2,702.38    Jul 21    1044           1,626.90
  Jul 08    1023          1,200.00    Jul 20    1046 *           978.44
  Jul 08    1024          4,265.05    Jul 23    1047           2,000.00
  Jul 08    1025            222.53    Jul 23    1048           2,013.43
  Jul 08    1026            810.73    Jul 24    1049             139.71
  Jul 22    1027            100.00    Jul 29    1050             418.93
  Jul 13    1028          1,200.00    Jul 27    1051           1,200.00
  Jul 13    1029          1,795.05    Jul 27    1053 *            50.00
  Jul 13    1030          1,097.04    Jul 28    1054           6,623.75
  Jul 13    1031            650.37    Jul 31    1056 *           277.62
  Jul 15    1032            447.76

            * Indicates break in check sequence
```

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

MEZZ57TH LLC DEBTOR IN POSSESSION     9-244
CASE NUMBER 2011316SHL
OPERATING AC
36E 57TH ST MEZZANINE
NEW YORK NY  10022                999         See Back for Important Information

Primary Account: 9083              37

Daily Balances

| Date | Balance | Date | Balance |
|---|---|---|---|
| Jun 30 | 308,049.28 | Jul 16 | 245,221.66 |
| Jul 01 | 318,274.67 | Jul 17 | 261,043.71 |
| Jul 02 | 340,409.63 | Jul 20 | 286,983.47 |
| Jul 03 | 338,636.41 | Jul 21 | 285,356.57 |
| Jul 06 | 376,765.72 | Jul 22 | 293,781.74 |
| Jul 07 | 359,765.72 | Jul 23 | 304,090.93 |
| Jul 08 | 359,042.05 | Jul 24 | 221,432.79 |
| Jul 09 | 365,411.46 | Jul 27 | 250,115.15 |
| Jul 10 | 372,548.45 | Jul 28 | 251,781.22 |
| Jul 13 | 218,574.28 | Jul 29 | 254,994.56 |
| Jul 14 | 222,129.35 | Jul 30 | 268,502.56 |
| Jul 15 | 229,814.27 | Jul 31 | 283,295.74 |

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From July     01, 2020
To   July     31, 2020
Page    1 of    3

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

```
MEZZ57TH LLC DEBTOR IN POSSESSION           9-244
CASE NUMBER 2011316SHL
PAYROLL AC
36 E 57TH ST MEZZANINE
NEW YORK NY   10022                 999         See Back for Important Information


                                         Primary Account:9105                          13
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY" SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT "BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM. SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 9105 | BANKRUPTCY CHECKING | 7,601.14 | 8,930.90 |
| | RELATIONSHIP     TOTAL | | 8,930.90 |

# Signature Bank

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

```
MEZZ57TH LLC DEBTOR IN POSSESSION        9-244
CASE NUMBER 2011316SHL
PAYROLL AC
36 E 57TH ST MEZZANINE
NEW YORK NY  10022                999         See Back for Important Information
```

Primary Account: 9105                    13

BANKRUPTCY CHECKING              9105

Summary

| | |
|---|---:|
| Previous Balance as of July 01, 2020 | 7,601.14 |
| 2 Credits | 282,011.84 |
| 19 Debits | 280,682.08 |
| Ending Balance as of July 31, 2020 | 8,930.90 |

Deposits and Other Credits

```
Jul 13   ONLINE TRANSFER CR                                                  188,099.01
         ONLINE XFR FROM: XXXXXX9083
Jul 24   ONLINE TRANSFER CR                                                   93,912.83
         ONLINE XFR FROM: XXXXXX9083
```

Withdrawals and Other Debits

```
Jul 13   OUTGOING WIRE XFER                                                    3,484.06
         REF#  20200713B6B7261F001066
         TO:   ADP CLIENT TRUST            ABA:    021000021
         BANK: JPMORGAN CHASE              ACCT# 192835673
Jul 13   OUTGOING WIRE XFER                                                  112,966.41
         REF#  20200713B6B7261F000448
         TO:   ADP CLIENT TRUST            ABA:    021000021
         BANK: JPMORGAN CHASE              ACCT# 192835673
Jul 14   OUTGOING WIRE XFER                                                   64,155.01
         REF#  20200714B6B7261F000944
         TO:   ADP CLIENT TRUST            ABA:    021000021
         BANK: JPMORGAN CHASE              ACCT# 192835681
Jul 27   OUTGOING WIRE XFER                                                    1,003.68
         REF#  20200727B6B7261F000234
         TO:   ADP CLIENT TRUST            ABA:    021000021
         BANK: JPMORGAN CHASE              ACCT# 192835673
Jul 27   OUTGOING WIRE XFER                                                   55,492.40
         REF#  20200727B6B7261F000233
         TO:   ADP CLIENT TRUST            ABA:    021000021
```

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016


MEZZ57TH LLC DEBTOR IN POSSESSION        9-244
CASE NUMBER 2011316SHL
PAYROLL AC
36 E 57TH ST MEZZANINE
NEW YORK NY  10022              999            See Back for Important Information


Primary Account: 9105                 13

| Date | Description | | |
|---|---|---|---|
| | BANK: JPMORGAN CHASE | ACCT# 192835673 | |
| Jul 28 | OUTGOING WIRE XFER | | 29,253.02 |
| | REF# 20200728B6B7261F000404 | | |
| | TO:  ADP CLIENT TRUST | ABA:   021000021 | |
| | BANK: JPMORGAN CHASE | ACCT# 192835681 | |

Checks by Serial Number

| Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|
| Jul 02 | 1002 | 341.73 | Jul 13 | 1009 | 108.39 |
| Jul 17 | 1003 | 335.80 | Jul 10 | 1010 | 492.69 |
| Jul 02 | 1004 | 350.30 | Jul 20 | 10396 * | 2,705.91 |
| Jul 02 | 1005 | 2,167.15 | Jul 20 | 10397 | 309.83 |
| Jul 03 | 1006 | 220.07 | Jul 21 | 10398 | 3,993.95 |
| Jul 15 | 1007 | 382.39 | Jul 21 | 10399 | 483.54 |
| Jul 02 | 1008 | 2,435.75 | | | |

* Indicates break in check sequence

Daily Balances

| Date | Balance | Date | Balance |
|---|---|---|---|
| Jun 30 | 7,601.14 | Jul 17 | 8,260.40 |
| Jul 02 | 2,306.21 | Jul 20 | 5,244.66 |
| Jul 03 | 2,086.14 | Jul 21 | 767.17 |
| Jul 10 | 1,593.45 | Jul 24 | 94,680.00 |
| Jul 13 | 73,133.60 | Jul 27 | 38,183.92 |
| Jul 14 | 8,978.59 | Jul 28 | 8,930.90 |
| Jul 15 | 8,596.20 | | |

# SIGNATURE BANK
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                                     Statement Period
                                                     From July    01, 2020
                                                     To   July    31, 2020
                                                     Page    1 of     2

                                                     PRIVATE CLIENT GROUP 244
                                                     261 MADISON AVENUE
                                                     NEW YORK, NY 10016


    MEZZ57TH LLC DEBTOR IN POSSESSION       8-244
    CASE NUMBER 2011316SHL
    UTILITIES AC
    36E 57TH ST MEZZANINE
    NEW YORK NY   10022            999           See Back for Important Information


                                                     Primary Account: 9091          0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY" SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT "BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM. SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 9091 | BANKRUPTCY CHECKING | 7,500.00 | 7,500.00 |
| RELATIONSHIP | TOTAL | | 7,500.00 |

# SIGNATURE BANK

PRIVATE CLIENT GROUP 244
261 MADISON AVENUE
NEW YORK, NY 10016

```
MEZZ57TH LLC DEBTOR IN POSSESSION        8-244
CASE NUMBER 2011316SHL
UTILITIES AC
36E 57TH ST MEZZANINE
NEW YORK NY  10022              999
```

See Back for Important Information

Primary Account: 9091                    0

BANKRUPTCY CHECKING           9091

Summary

Previous Balance as of July     01, 2020                          7,500.00

There was no deposit activity during this statement period

Ending Balance as of   July     31, 2020                          7,500.00