BALLON STOLL BADER & NADLER, P.C.
729 Seventh Avenue
New York, NY 10019
Telephone: (212) 575-7900
Facsimile: (212) 764-5060

*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In Re:

MEZZ57TH LLC, et al.

                Debtors and
                Debtors in Possession

------------------------------------------------------X

Chapter 11

Case No.: 20-11316

(Jointly Administered)

## SUPPLEMENTAL DECLARATION OF HOWARD D. BADER

I, Howard D. Bader, declare, certify, verify and/or state under penalty of perjury of the laws of the United States of America, pursuant to 28 U.S.C. §1746, as follows:

1.      I was a partner in the law firm of Ballon Stoll Bader & Nadler, P.C. ("BSBN"), located at 729 Seventh Avenue, New York, New York 10019 until 15 August 2020. Since that date, I have been an "of counsel" at BSBN. I am currently a partner in the law firm of Scarinci Hollenbeck LLC ("Scarinci Hollenbeck") located at 589 8th Avenue, 16th Floor, New York, NY 10018. The facts concerning my colleague Michael J Sheppeard mirror that of mine above.

2.      Out of an abundance of caution, I submit this supplemental to disclose any connections Scarinci Hollenbeck has to these cases and the Debtors.[1] For avoidance of any doubt, any services performed by me or by Michael Sheppeard will be in our capacity as of counsel for BSBN for this matter. Scarinci Hollenbeck is not being retained in this case as

---

[1] Mezz57th LLC (the "Operating Debtor") and John Barrett Inc. ("JBI") are collectively referenced herein as the "Debtors."

counsel to the debtors, nor will Scarinci Hollenbeck be billing the Debtors or making any application requesting payment of any fees.

<u>**SCARINCI HOLLENBECK IS DISINTERESTED IN THIS CHAPTER 11 CASE**</u>

3.      I caused the staff at Scarinci Hollenbeck to perform a conflict of interest search to identify any actual or potential conflicts of interest. The conflict check included checking a list of all the Debtors' major creditors and shareholders (the "Entity List") against Scarinci Hollenbeck's client database. A copy of the Entity List is annexed hereto as Schedule 1.

4.      Based on the result of that search and by making general and, when applicable, specific inquiries of Scarinci Hollenbeck personnel, insofar as I have been able to ascertain after diligent inquiry, neither I, nor Scarinci Hollenbeck, nor any member or associate of the firm has any connection with the Debtors or any parties on the Entity List.

5.      Scarinci Hollenbeck does not hold or represent any interests adverse to the Debtors, their creditors or their estates, and is a disinterested person within the meaning of 11 U.S.C. § 101(14) in that Scarinci Hollenbeck, its members, counsel and associates:

(a)      are not creditors, equity security holders or insiders of the Debtor;

(b)      are not and were not, within two years before the Filing Date, a director, officer, or employee of the Debtor; and

(c)      does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor.

6.      I recently became a partner with Scarinci Hollenbeck and was retained as of counsel with BSBN. During my transition between the firms, in order to ease the burden of

switching firms in this case, there is an agreement between Scarinci Hollenbeck and BSBN to compensate each other for fees collected for services performed by me.

7.     While we don't think this arrangement is in violation of section 504 of the Bankruptcy Code, to the extent it may be necessary and applicable, BSBN seeks relief from section 504 of the Bankruptcy Code.  BSBN submits that this arrangement is preferable to an alternative, such as substituting Scarinci Hollenbeck as bankruptcy counsel to the Debtors and retaining BSBN as special counsel because that would require retention of two firms in this Subchapter V case.

8.     Thus, this arrangement enables BSBN to continue acting as sole counsel to the Debtors. Aside from the foregoing, no agreement or understanding exists between BSBN or any other person to share any compensation or reimbursement of expenses to be paid to BSBN in this proceeding.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  New York, New York
          19 October 2020

                                                        __/s/ Howard D. Bader_____
                                                        Howard D. Bader

Schedule 1- Entity List

John Barrett Inc.
Mezz57th LLC
John Barrett

**57th Street Copy Center**
119 West 57th Street
Suite 1010
New York, NY 10019

(7721382)
(cr)

**A. Santini Moving & Storage**
1 Steel Court
Roseland, NJ 07068

(7721383)
(cr)

**Acquavella, William R.**
18 East 79th Street
New York, NY 10075

(7721384)
(cr)

**ADP LLC**
1 ADP Blvd
Roseland, NJ 07068

(7721385)
(cr)

**ADP Screening & Selection Services**
PO Box 645177
Cincinnati, OH 45264-5177

(7721386)
(cr)

**Advanced Plumbing Mechanical & Sprinkler**
123 50th Street
Brooklyn, NY 11232

(7721387)
(cr)

**Alan Margolin & Associates**
420 Lexington Ave
New York, NY 10170

(7721388)
(cr)

**All Pro Ventures LLC**
1106 Castle Drive
Union, NJ 07083

(7721389)
(cr)

**Altruist NY LLC**
808 Columbus Ave
16D
New York, NY 10025

(7721390)
(cr)

**Altus GTS**
2400 Veterans Memorial Blvd
Suite 300
Kenner, LA 70062

(7721391)
(cr)

**American Express**

(7721392)

4814-6340-8591, v. 1

PO Box 1270
Newark, NJ 07101-1270

(cr)

**Anchor Communications**
400 East 57th Street
Suite 8N
New York, NY 10022

(7721393)
(cr)

**Ardolino, Abbey**
148 Rockwood Road
Florham Park, NJ 07932

(7721394)
(cr)

**ASI Administrative Solutions**
PO Box 5809
Fresno, CA 93755

(7721395)
(cr)

**Associated Pension Consultants, Inc.**
111 Express St
Plainview, NY 11803

(7721396)
(cr)

**Aucaquizhpi, Martha**
40-33 97th Street
Corona, NY 11368

(7721397)
(cr)

**BAM Signs Inc.**
876 6th Ave
New York, NY 10001

(7721398)
(cr)

**Barbara Aphel**
2561 East Vermont Ave
Phoenix, AZ 85016

(7721399)
(cr)

**Barrett, John**
c/o Mezz57th LLC
36 E. 57th Street
New York, NY 10022

(7721400)
(cr)

**Basset, Patrick**
343 W 56th Street
Apt 10
New York, NY 10003

(7721401)
(cr)

**Boglino, Larisa**
12 Bluff View Court
Miller Place, NY 11764

(7721402)
(cr)

**Bonnin, Bruno**
1900 Consulate Place
Apt 101
West Palm Beach, FL 33401

(7721403)
(cr)

4814-6340-8591, v. 1

**Boss Beauty Supply**
1380 Adams Rd
Bensalem, PA 19020

(7721404)
(cr)

**Bouchon Bakery**
423 West 55th St
New York, NY 10019

(7721405)
(cr)

**Brother's Pastry**
PO Box 90616
Staten Island, NY 10309

(7721406)
(cr)

**Bruno Construction**
210 East 25th St
New York, NY 10011

(7721407)
(cr)

**Carpio, Monica**
133-13 95th Ave
2d Floor
South Richmond Hill, NY 11419

(7721408)
(cr)

**Cartier, Hubert**
441 East 20th Street
Apt 7G
New York, NY 10010

(7721409)
(cr)

**Castillo, Rosa Ceclilia**
35-39 63rd Street
Woodside, NY 11377

(7721410)
(cr)

**Cilione, Katherine**
15 Lincoln Avenue
Ardsley, NY 10502

(7721411)
(cr)

**Classic Protection Security & Investigation**
88 New Dorp Plaza
Suite 108
Staten Island, NY 10306

(7721412)
(cr)

**Coffee Distributing Corp**
200 Broadway
New Hyde Park, NY 11040

(7721413)
(cr)

**Cogliano, Laura Jean**
28-44 46th Street
Apt 2R
Astoria, NY 11103

(7721414)
(cr)

**Collier, Thomas K.**
325 West 21st St.
Apt 1

(7721415)
(cr)

4814-6340-8591, v. 1

New York, NY 10011

**Con Edison**
JAF Station                        (7721416)
PO Box 1702                        (cr)
New York, NY 10016-1702

**Concepcion, Jonathan Efrain**
157 East 2d St                     (7721417)
Apt 1D                             (cr)
New York, NY 10009

**Correj, Elsa**
789 Waring Ave                     (7721418)
Bronx, NY 10467                    (cr)

**Costa, Jennifer**
136 East 55th St                   (7721419)
Apt 8D                             (cr)
New York, NY 10022

**Creative Products of NY**
35-18 37th Street                  (7721420)
Long Island City, NY 11101         (cr)

**Croucher, Steven**
1990 Lexington Ave                 (7721421)
Apt 9C                             (cr)
New York, NY 10035

**Depasquale Salon Systems**
21-21 Broadway                     (7721422)
Fair Lawn, NJ 07410                (cr)

**Devuono, Giuliana**
294 Bronxville Road                (7721423)
Apt 2H                             (cr)
Bronxville, NY 10708

**DGA Security Systems Inc.**
PO Box 1920                        (7721424)
New York, NY 10101-1920            (cr)

**Dunleavy, Ryan**
205 West 123d Street               (7721425)
Apt 1                              (cr)
New York, NY 10027

**EBSCO Magazines**
PO Box 830460                      (7721426)
Birmingham, AL 35283-0260          (cr)

**EMI-Jay**
14560 Calvert Street
Van Nuys, CA 91411

(7721427)
(cr)

**Eppich, Kara Anne**
60-36 69th Ave
Ridgewood, NY 11385

(7721428)
(cr)

**Fairchild Baldwin**
50 East 77th Street
Suite 12A
New York, NY 10075

(7721429)
(cr)

**Farruggio, Michael Vincent**
287 6th Street
New York, NY 10027

(7721430)
(cr)

**Fernandez, Diana**
37-44 101st Street
Corona, NY 11368

(7721431)
(cr)

**Fernandez, Patria**
1360 Merriam Ave
Apt 4Q
Bronx, NY 10452

(7721432)
(cr)

**Financial Pacific Leasing**
P.O. BOX 4568
Federal Way, WA 98001

(7721433)
(cr)

**First Insurance Funding**
450 Skokie Blvd
Suite 1000
Northbrook, IL 60062-7917

(7721434)
(cr)

**Flick, Larry**
308 Julip Run
St. Davids, PA 19087

(7721435)
(cr)

**Floralies, Inc.**
122 East 55th St
New York, NY 10022

(7721436)
(cr)

**Fodera, Lauren Crystal**
41 East Drive
Garden City, NY 11530

(7721437)
(cr)

**Friedman LLP**
One Liberty Plaza
165 , 21 Floor
New York, NY 10006

(7721438)
(cr)

4814-6340-8591, v. 1

**Fuhrer, Robert**
3612 24th Ave (7721439)
Apt 2 (cr)
Astoria, NY 11103

**Garcia, Lucy**
6691 Chapman Field Drive (7721440)
Miami, FL 33156 (cr)

**George, Elizabeth**
39-60 54th Street (7721441)
Apt 10p (cr)
Woodside, NY 11377

**Ghirardo, Christian**
46-22 67th Street (7721442)
Apt 1 (cr)
Woodside, NY 11377

**Goldberg Weprin Finkel Goldstein LLP**
1501 Broadway, 22ndFloor (7726590)
New York, NY 10004 (na)
Attn: Neal M. Rosenbloom, Esq.

**Goldenbock Eiseman Assor Bell & Peskoe LLP**
711 Third Avenue (7727470)
New York, New York 10017 (na)
Attn: Jonathan L. Flaxer, Esq.

**Golod, Nikoletta**
2072 Ocean Avenue (7721443)
Apt 503 (cr)
Brooklyn, NY 11230

**Google LLC**
1600 Amphitheatre Parkway (7721444)
Mountain View, CA 94043 (cr)

**Great Hair Inc.**
6903 Vista Parkway North (7721445)
Unit 7 (cr)
West Palm Beach, FL 33411

**Hachette Book Group**
PO Box 8828 (7721446)
JFK Station (cr)
Boston, MA 02114-8828

**Hatgidmitriou, Vasilia** (7721447)
795 Madison Avenue (cr)

3d Floor
New York, NY 10065

**Haufmann, Danielle**
69-03 67th Place
Ridgewood, NY 11385

(7721448)
(cr)

**Haxhari, Rita**
2032 Paulding Avenue
Bronx, NY 10462

(7721449)
(cr)

**Henick Lane Service Group**
45-33 Davis Street
New York, NY 10001

(7721450)
(cr)

**Hernandez Pereira, Gina**
37-5289th Street
Apt 3B
Jackson Heights, NY 11372

(7721451)
(cr)

**Howard D. Bader**
BALLON STOLL BADER &NADLER,P.C.
729 Seventh Avenue 17thFl
New York, NY 10019

(7729920)
(na)

**Howe, William**
500 West 30th Street
Apt 29N
New York, NY 10001

(7721452)
(cr)

**Hugo Villavicencio**
354 South 2d Street
Brooklyn, NY 11211

(7721453)
(cr)

**Iliescu, Beatrice**
31-11 33d Street
Apt 3F
Astoria, NY 11106

(7721454)
(cr)

**Imperial Dade**
255 Route 1&9
Jersey City, NJ 07306

(7721455)
(cr)

**Internal Revenue Service**
Dept of Treasury PO Box 7346
Bryn Mawr, PA 19010

(7721456)
(cr)

**Intuit Quickbooks**
2632 Marine Way
Mountain View, CA 94043

(7721457)
(cr)

4814-6340-8591, v. 1

**Iron Mountain**
PO Box 27128
New York, NY 10087

(7721458)
(cr)

**ITH Inc.**
348 West 49th Street
New York, NY 10019

(7721459)
(cr)

**Jeffrey Seller**
c/o Neal M. Rosenbloom, Esq.
Goldberg Weprin Finkel Goldstein LLC
1501 Broadway, 22nd Floor
New York, NY 10036

(7726237)
(cr)

**JH Brands LLC**
200 E 61st Street
Unit 31E
New York, NY 10065

(7721460)
(cr)

**John Barrett**
c/o Mezz57th LLC
36 E. 57th Street
New York, NY 10022

(7721461)
(cr)

**John Barrett Inc.**
36 E 57th Street
New York, NY 10022

(7721462)
(cr)

**Jose Muniz**
319 W 21st St
Apt C
New York, NY 10011

(7721463)
(cr)

**Kakivelis, Suzanna**
30-49 35th Street
Astoria, NY 11103

(7721464)
(cr)

**Kersey, William**
2109 Broadway
Apt 932
New York, NY 10023

(7721465)
(cr)

**Kersey, William John Michael**
2109 Broadway
Apt 932
New York, NY 10023

(7721466)
(cr)

**Kevin J. Etzel, Esq.**
1633 Broadway, 31st Floor
New York, New York 10019

(7722505)
(na)

**Kevin J. Etzel, Esq.**
Vedder Price P.C.            (7725296)
1633 Broadway, 31st Floor       (na)
New York, New York 10019

**Labauri, Natia**
1820 East 13th Street           (7721467)
Apt 3D                         (cr)
Brooklyn, NY 11229

**Lamarre, Sandra**
49 Crown St                (7721468)
Apt 14F                        (cr)
Brooklyn, NY 11225

**Laundry King**
PO Box 570077            (7721469)
Whitestone, NY 11357        (cr)

**Lawrence F. Flick IV**
c/o Stevens & Lee, PC          (7750429)
485 Madison Avenue, 20th Floor    (cr)
New York, NY 10022

**Lemanis, George**
5 Poe Court                (7721470)
Ledgewood, NJ 07852        (cr)

**Leonetti, Gina Marie**
321 W 104th St            (7721471)
New York, NY 10025         (cr)

**Levine, Fallon Diedre**
647 Hands Creek Road        (7721472)
East Hampton, NY 11937      (cr)

**Liocotta, Laura Mary**
15-43 Chandler Drive          (7721473)
Fair Lawn, NJ 07410         (cr)

**Loja, Cruz Esperenza**
95-15 41St Ave            (7721474)
Apt 6                          (cr)
Corona, NY 11368

**Long Island Beauty Supply Inc.**
90-31 160th Street          (7721475)
Jamaica, NY 11432          (cr)

**Lopez, Nadia**
9-11 E 107th Street          (7721476)
                              (cr)

4814-6340-8591, v. 1

Atp 2M
New York, NY 10029

**Lori McLean Ltd.**
320 East 11th Street
New York, NY 10003

(7721477)
(cr)

**Macfarlane Properties**
c/o Merrill Lynch
57 Hampton Road
Southampton, NY 11968

(7721478)
(cr)

**Mamatkarimova, Nodira**
1315 West 7th Street
Apt E7
Brooklyn, NY 11204

(7721479)
(cr)

**Manies, Shoshana**
333 E 93rd St
Apt 4A
Brooklyn, NY 11204

(7721480)
(cr)

**Marathon Digital LLC**
1501 Broadway
Suite 2500
New York, NY 10036

(7721481)
(cr)

**Maria Canale**
717 Madison Ave
New York, NY 10065

(7721482)
(cr)

**Martinez, Susan**
1563 W 5th St
Apt 4A
Brooklyn, NY 11204

(7721483)
(cr)

**Matthew S. Porges, Esq.**
Law Office of Matthew S. Porges
641 President Street, Suite 205
Brooklyn, NY 11215

(7731719)
(na)

**Mazars USA LLC**
135 W 50th Street
New York, NY 10020

(7721484)
(cr)

**MDK International Inc.**
477 Madison Ave
6th Floor
New York, NY 10022

(7721485)
(cr)

**Meija De La Cruz, Arlin**

(7721486)

4814-6340-8591, v. 1

2532 Williams Bridge Road (cr)
Bronx, NY 10469

**Melissa Ventosa-Martin**
570 16th Street
Brooklyn, NY 11218
(7721487)
(cr)

**Meo, Janine**
2379 Royce Street
Brooklyn, NY 11234
(7721488)
(cr)

**Michele Pelafas, Inc.**
910 S Riverside Dr
Suite 3
Elmhurst, IL 60126
(7721489)
(cr)

**Milbon USA Inc.**
550 5th Ave
9th Floor
New York, NY 10036
(7721490)
(cr)

**MIP 57th Development Acquisition LLC**
c/o Macklowe Properties
737 Fifth Ave
New York, NY 10153
(7721492)
(cr)

**MIP 57th Development Acquisition LLC**
c/o Macklowe Properties
737 Fifth Ave
New York, NY 10153
(7721491)
(cr)

**Moncada, Diego**
5943 58th Avecnue
Floor 2
Maspeth, NY 11378
(7721493)
(cr)

**Monte, Gina**
33 Bond Steeet
Apt 1816
Brooklyn, NY 11201
(7721494)
(cr)

**Morgan Jones**
180 Nassau St
Apt 10C
Brooklyn, NY 11201
(7721495)
(cr)

**Moroccan Gold Serices LLC**
PO Box 291301
Fort Lauderdale, FL 33329
(7721496)
(cr)

**Mosquea, Cruz** (7721497)

91-13 111 Street
2d Floor
Richmond Hill, NY 11418

(cr)

**Muniz, Jose**
414 S Center St
Santa Ana, CA 92703

(7721498)
(cr)

**Muniz, Jose**
414 S Center Street
Santa Ana, CA 92703

(7721499)
(cr)

**Nastase, Sorina**
440 Cross Road
Apt C3
Matawan, NJ 07747

(7721500)
(cr)

**Navatis Credit Corp.**
201 Executive Center Drive
SUITE 100
Columbia, SC 29210

(7721501)
(cr)

**Navitas Credit Corp**
201 Executive Center Drive SUITE 100
Columbia, SC 29210

(7721502)
(cr)

**New York City Dept of Finance**
1 Center Street
New York, NY 10007

(7721503)
(cr)

**New York State Dept of Taxation and Finance**
PO Box 15172
Albany, NY 12212-5172

(7721504)
(cr)

**Nonn, Soeun**
24-43 43rd Street
Astoria, NY 11103

(7721505)
(cr)

**Nutraceutical Wellness Inc.**
136 Madison Ave
10th Floor
New York, NY 10016

(7721506)
(cr)

**NYS DEPT OF TAX & FINANCE**
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

(7722311)
(cr)

**NYS Dept of Taxation and Finance**
Bankrupctcy Section, PO Box 5300
Albany, NY 12205

(7721507)
(cr)

4814-6340-8591, v. 1

**Ohman, Ashley**
100 Thayer Street                                    (7721508)
Apt 5K                                               (cr)
New York, NY 10040

**OnSameDay Delivery**
PO Box 20467 Greely Sq Station                       (7721509)
4 E 27th Street                                      (cr)
New York, NY 10001

**Paguay, Marco T**
40-40 79th St                                        (7721510)
Apt B106                                             (cr)
Elmhurst, NY 11373

**Patricia Yankee**
538 Garnet St                                        (7721511)
North Babylon, NY 11703                              (cr)

**Pawnee Leasing Corp**
3801 Automation Way                                  (7721512)
Fort Collins Collins, CO 80525                       (cr)

**Pawnee Leasing Corp.**
3801 Automation Way                                  (7721513)
Fort Collins, CO 80525                               (cr)

**Penuela Hernandez, Monica**
147-34 70th Ave                                      (7721514)
Apt 1                                                (cr)
Flushing, NY 11367

**Principal Life Insurance Company**
711 High Street                                      (7721515)
Des Moines, IA 50392-0371                            (cr)

**Purchase Power**
814 10th Ave                                         (7721516)
New York, NY 10019                                   (cr)

**Qeliqi, Fetije**
10 Nevins St                                         (7721517)
Apt 5A                                               (cr)
Brooklyn, NY 11217

**Quarterhorse Technology Inc.**
14 Penn Plaza                                        (7721518)
9th Floor                                            (cr)
New York, NY 10122

**Ramos, Mauricio**                                  (7721519)

4814-6340-8591, v. 1

412 E 78th Street        (cr)
Apt 1a
New York, NY 10021

**Redleaf, Elizabeth**
c/o Jon Leffel NKSFB, LLC,    (7721520)
810 Seventh Ave., Ste. 1701   (cr)
New York, NY 10019

**Ree, Jason Anthony**
1179 Ellsworth Ave     (7721521)
Bronx, NY 10465       (cr)

**Republic Data Products Inc.**
PO Box 273        (7721522)
Maplewood, NJ 07040   (cr)

**Revord, Troy**
990 Hancock Street    (7721523)
Brooklyn, NY 11221    (cr)

**Reynoso De Los Santos, Jose**
502 West 170th St     (7721524)
New York, NY 10032    (cr)

**Ringo, Ross**
477 FDR Drive      (7721525)
Apt m1306       (cr)
New York, NY 10002

**Ronette Riley Architect**
494 Eighth Ave      (7721526)
15 Fl        (cr)
New York, NY 10001

**Ronnette Riley Architect**
494 Eighth Ave. 15th Floor  (7727381)
New York, NY 10001    (cr)

**Rosales Rodriguez, Joseph**
30-21 31st Street     (7721527)
Apt 2R        (cr)
Astoria, NY 11102

**Rose 1845 By Lazarus Ltd.**
107 East 35th Street   (7721528)
Apt 1A        (cr)
New York, NY 10016

**Roseman, Ida**
25 Parkview Ave     (7721529)
            (cr)

4814-6340-8591, v. 1

Apt 4K
Bronxville, NY 10708

**Ruberto, Cindy A**
92 Pearsall Avenue    (7721530)
Apt 5    (cr)
Jersey City, NJ 07305

**Safety First Ltd.**
1055 Parsippany Rd    (7721531)
Parsippany, NJ 07054    (cr)

**Saka, Toshiki**
319 West 48 Street    (7721532)
New York, NY 10036    (cr)

**Salkin, Evgeny**
37 West 72d Street    (7721533)
Apt 16A    (cr)
New York, NY 10023

**Salon Centric**
62686 Collections Center Dr    (7721534)
Chicago, IL 60693-0626    (cr)

**Salon Guys**
5980 88th Street    (7721535)
Sacramento, CA 95828    (cr)

**Saw Investment Fund LLC**
2449 N. TENAYA WAY #35290    (7721536)
c/o Steve Wynn    (cr)
Las Vegas, NV 89134

**Seigel, Adam**
4 Manhattan Ave    (7721537)
Apt 2A    (cr)
New York, NY 10025

**Seller, Jeffrey**
1501 Broadway    (7721538)
24th Floor    (cr)
New York, NY 10036

**Shu Uemura**
Professional Products Division    (7721539)
PO Box 9340    (cr)
Garden City, NY 11540

**Sigillo, Vincenzo**    (7721540)
1795 Darby Street    (cr)

4814-6340-8591, v. 1

Yorktown Heights, NY 10598

**Signature Bank**
Vedder Price P.C.
Attn: Mitchell D. Cohen, Esq.
1633 Broadway, 31st Floor
New York, NY 10019

(7759626)
(cr)

**Signature Bank**
261 Madison Ave.
New York, NY 10016

(7721541)
(cr)

**Smolyanskaya, Lyudmila**
623 Binghamton Lane
Livingston, NJ 07039

(7721542)
(cr)

**Sound & Vision**
116 West 23d Street
4th Floor
New York, NY 10011

(7721543)
(cr)

**Spectrum Enterprise**
1900 Blue Crest Lane
San Antonio, TX 78247

(7721544)
(cr)

**Staples**
500 Staples Drive
Framingham, MA 01702

(7721545)
(cr)

**STEVENS & LEE, P.C.**
Counsel for Lawrence F. Flick IV
485 Madison Avenue, 20th Floor
New York, New York 10022

(7720917)
(na)

**Suratt Cosmetics**
30 East 20th Street
Suite 6F
New York, NY 10003

(7721546)
(cr)

**Symbiotic Salon Systems**
60 Seaview Blvd
Port Washington, NY 11050

(7721547)
(cr)

**Tavarez, Brigida**
44 Jackson St
New York, NY 10002

(7721548)
(cr)

**Tele-Verse Communications Inc.**
730 Blue Point Road
Holtsville, NY 11742-1832

(7721549)
(cr)

4814-6340-8591, v. 1

**The Finest Accessories, Inc.**
30545 SE 84th Street      (7721550)
Suite 5      (cr)
Issaquah, WA 98027

**The Hartford**
690 Asylum Avenue      (7721551)
Hartford, CT 06155      (cr)

**The Sweet Construction Group**
5 Hanover Square      (7721552)
5th Floor      (cr)
New York, NJ 10004

**The Wella Corporation**
24444 Network Place      (7721553)
Chicago, IL 60683      (cr)

**Thompson, Ta-Tyana Zhane**
54 Boerum St      (7721554)
Apt 16T      (cr)
Brooklyn, NY 11206

**Time Payment Corp**
1600 District Ave Suite 200      (7721555)
Burlington, MA 01803      (cr)

**Time Payment Corp.**
1600 District Ave      (7721556)
Suite 200      (cr)
Burlington, MA 01803

**Todd, Jonathan**
3170 34th Street      (7721557)
Apt 3C      (cr)
Astoria, NY 11106

**Total Fire Protection**
5322 Avenue N      (7721558)
Brooklyn, NY 11234      (cr)

**Trinny London**
Cambridge House      (7721559)
16 High Street, Saffron      (cr)
Essex, Walden CB10 1AX

**United Healthcare**
Lockbox 10151      (7721560)
5505 North Cumberland Ave Suite 309      (cr)
Chicago, IL 60656

4814-6340-8591, v. 1

**Vargas, Brianna**
4655 188th Street
Ridgewood, NY 11385

(7721561)
(cr)

**Velotta, Antonio M**
43-42 45th St
Apt #6O
Sunnyside, NY 11104

(7721562)
(cr)

**Verizon Wireless**
PO Box 408
Newark
Newark, NJ 07101-0408

(7721563)
(cr)

**Villavicencio, Carlos H**
354 South 2d Street
Apt 1D
Brooklyn, NY 11211

(7721564)
(cr)

**Villaviciencio, Janeth**
354 South 2d Street
Apt 1D
Brooklyn, NY 11211

(7721565)
(cr)

**WageWorks, Inc.**
PO Box 224547
Dallas, TX 75222-4547

(7721566)
(cr)

**Walz, Alex A**
1 Larch Court
Fishkill, NY 12524

(7721567)
(cr)

**Weeden, Alex**
2554 Matthews Ave
Apt 2
Bronx, NY 10467

(7721568)
(cr)

**Wendolowski, Tori**
138 Turner Street
Port Reading, NJ 07064

(7721569)
(cr)

**Winterstein, Guy Laurent Ropiot**
71 St Marks Place
Apt 4
New York, NY 10003

(7721570)
(cr)

**Wongchong, Joan**
45 President Street
Brooklyn, NY 11231

(7721571)
(cr)

**Woodner, Dian**

(7721572)

The Woodner Company (cr)
21 East 67th Street 4th Floor
New York, NY 10065

**Zakin, Eduard** (7721573)
386 Poillon Ave (cr)
Staten Island, NY 10312

**Zhuran, Lyudmila**
135 Ocean Parkway (7721574)
Apt 14F (cr)
Brooklyn, NY 11218

**Continental Service Group INc.**
DMS Con (7721575)
PO Box 979111 (cr)
St Louis, MO 63197-9000

**Elliot Horowitz & Co. LLP**
Mazars USA LLP (7721576)
135 West 50th Street 14th Floor (cr)
New York, NY 10020

**Epiq eDiscovery Solutions**
777 Third Ave (7721577)
New York, NY 10019 (cr)

**Hand Baldachin & Amburgey LLP**
c/o Norton & Associates (7721578)
8 West 40th Street, 12th Floor (cr)
New York, NY 10018

**Howard D. Bader**
BALLON STOLL BADER &NADLER,P.C.
729 Seventh Avenue (7729921)
17thFl (na)
New York, NY 10019

**Internal Revenue Service**
Dept of Treasury, PO Box 7346 (7721579)
Bryn Mawr, PA 19010 (cr)

**ITH Inc.**
348 West 49th St #2C (7721580)
New York, NY 10019 (cr)

**Love's Top Shelf, LLC** (7721581)

256 Worth Avenue
Suite 200
Palm Beach, FL 33480

(cr)

**Mazars USA LLP**
135 W 50th Street
New York, NY 10020

(7721582)
(cr)

**Milbon USA LLP**
550 5th Ave
9th Floor
New York, NY 10036

(7721583)
(cr)

**MILBON USA, INC.**
550 5TH AVENUE, 9L
NEW YORK, NY 10036

(7737047)
(cr)

**NYC Dept of Finance**
1 Center Street
New York, NY 10007

(7721584)
(cr)

**NYS DEPARTMENT OF LABOR**
STATE CAMPUS
BLDG 12, RM 256
ALBANY, NY 12240

(7735825)
(cr)

**Paramount Beauty Dist. Assoc Inc.**
41 Mercedes Way #34
Brentwood, NY 11717

(7721585)
(cr)

**Ras Mechanical HVAC Design Build**
35-B Whitney Road
Suite 2
Mahwah, NJ 07430

(7721586)
(cr)

**Small Business Administration**
409 3d Street SW
Washington, DC 20416

(7721587)
(cr)

**STEVENS & LEE, P.C.**
Counsel for Lawrence F. Flick IV
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406

(7720922)
(na)