UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:

MEZZ57TH LLC et al.

        Debtors and
        Debtors in Possession

-------------------------------------------------------X

Chapter 11

Case No.: 20-11316

(Jointly Administered)

# INTERIM ORDER PURSUANT TO BANKRUPTCY SECTION 1189(b) EXTENDING TIME TO FILE CHAPTER 11 PLAN

Upon the Motion of Mezz57th LLC and John Barrett Inc. (collectively, the "Debtors") Pursuant To Section 1189(b) of the United States Code (the "Bankruptcy Code") Extending Time To File a Chapter 11 Plan (the "Motion"); and the objection (the "Objection") to the Motion filed by MIP 57th Development Acquisition LLC; and upon the record of the hearing held before the Court on October 27, 2020 (the "Hearing"); and upon the agreement of the parties at the Hearing to adjourn the Motion to November 12, 2020 at 10:30 a.m. (the "Final Hearing"); and after due deliberation and sufficient cause appearing therefor,

**IT IS ORDERED** as follows:

1. The Motion is adjourned to the Final Hearing.

2. The respective rights and arguments of the Debtors in the Motion and the Landlord in the Objection are reserved for the Final Hearing.

3609222.1

3. The time for the Debtors to file their Chapter 11 plan pursuant to section 1189(b) of the Bankruptcy Code is extended on an interim basis through and including the Final Hearing without prejudice.

Dated: New York, New York
　　　　November 5, 2020

　　　　　　　　　　　　　　　　　　*/s/ Sean H. Lane*
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE