UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
In re:

MEZZ57th LLC                                           CHAPTER 11

        Debtor.                             CASE NO. 20-11316-shl
---------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that creditor William Kersey hereby appears in the above entitled proceeding, and that the undersigned attorneys have been retained as their attorneys, and request that all papers in this proceeding be served upon them as follows:

    Eric Goldberg, Esq.
    Kahn & Goldberg, LLP
    555 Fifth Avenue, 14th Fl.
    New York, New York 10017
    eg@kahngoldberg.com

Dated: New York, New York
       November 19, 2020

**KAHN & GOLDBERG, LLP**

By: ___s/ Eric Goldberg___
Eric Goldberg, Esq. (EG-8984)
555 Fifth Avenue, 14th Fl.
New York, New York 10017
(212) 687-5066