BALLON STOLL BADER & NADLER, P.C.
729 Seventh Avenue
New York, NY 10019
Telephone: (212) 575-7900
Facsimile: (212) 764-5060
Vincent J. Roldan
vroldan@ballonstoll.com

*Attorneys for Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 11 |
| MEZZ57TH LLC et al. | Case No.: 20-11316 |
| Debtors and Debtors in Possession | (Jointly Administered) |

---------------------------------------------------------X

**DECLARATION OF JOHN BARRETT IN SUPPORT OF DEBTORS'
THIRD MOTION PURSUANT TO BANKRUPTCY SECTION 1189(b)
FOR AN ORDER EXTENDING TIME TO FILE CHAPTER 11 PLAS**

I, John Barrett, declare, certify, verify and/or state under penalty of perjury of the laws of the United States of America, pursuant to 28 U.S.C. §1746, as follows:

1. I am the managing member of Mezz57th LLC d/b/a John Barrett (the "Operating Debtor"), which operates the John Barrett salon located at 36 E 57th Street (the "Salon"), and the sole shareholder and President of John Barrett Inc. ("JBI", and collectively with Operating Debtor, the "Debtors"). I am familiar with the facts and circumstances as recited herein.

2. I submit this Declaration in support of Third Motion Pursuant To Section 1189(b) of title 11 of the United States Code (the "Bankruptcy Code") For an Order Extending Time To File a Chapter 11 Plan (the "Motion").

3. This Declaration incorporates by reference the declarations I submitted in this case.

1

## Facts In Support of Motion

4. I submit that there are circumstances for which the Debtors should not justly be held accountable. The novel coronavirus has severely impacted business operations of the Operating Debtor such that for the first three weeks of this case, the Operating Debtor was closed. Even after re-opening on June 22, 2020, the Operating Debtor is only permitted to have a permitted occupancy of 50% of its pre-pandemic customers and employees on the floor. Still, the Operating Debtor expended significant resources to ensure the health and safety of its customer efforts in hopes of adapting and stabilizing the business to this new pandemic environment. The operating Debtor has remained open since June without terminating any of the 80 + employees, making every effort to increase business. The customers who do come are very impressed with all the precautions taken, in addition to all earlier steps described, the Operating Debtor now provides on site testing for all employees every 2 weeks.

5. The Operating Debtor continued to operate during the summer months, albeit with reduced revenue due to customers avoiding Manhattan and international travel limited. Nearby hotels that typically would provide valuable foot traffic were and are still closed.

6. In the Fall, stores neighboring the Operating Debtor were boarded up to protect from possible riot/ property damage in connection with the results of the 2020 Presidential election. Now that the election is over, I expect fewer disruptions from protests.

7. While there was evidence of some growth around Thanksgiving, unfortunately the spike in infections and the media coverage pushed people back inside. The operations during the Christmas and New Years holiday were slow as expected because there were no holiday parties, or other large gatherings or events on which the Operating Debtor's business relies.

8.  The Operating Debtor is currently evaluating strategies to emerge from Chapter 11, primarily with respect to its lease with the Landlord. In the interim, it has made payments to the Landlord in accordance with the Lease Stipulation. The Operating Debtor has provided the Landlord a total of $59,723 thus far for rents pursuant to the Lease Stipulation:

| 12/3 - $6,035 | 1/7 - 3,057 |
| 12/10 - $8,055 | 1/14 - 7,181 |
| 12/17 - $8,709 | 1/21 - 6,757 |
| 12/23 - $7,774 | 1/28 - 6,167 |
| 12/30 - $5,984 | |

9.  The Operating Debtor remains hopeful that the parties can reach a final resolution.

10. In view of the circumstances of the filing of the Debtors' Chapter 11 cases, the Debtors have not had sufficient time to file a chapter 11 plan. The Debtors believe that their creditors will benefit from the extension requested in the Motion because additional time will allow for a better development and understanding of the Debtors' business projections going forward and allow the Operating Debtors to prepare and present a more definitive plan to the creditors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: New York, New York
January 29, 2021

_____
John Barrett