UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In Re:

MEZZ57TH LLC et al.

       Debtors and
       Debtors in Possession

------------------------------------------------------X

Chapter 11

Case No.: 20-11316

(Jointly Administered)

# ORDER GRANTING MOTION PURSUANT TO BANKRUPTCY SECTION 1189(b) FOR AN ORDER EXTENDING TIME TO FILE CHAPTER 11 PLAN

Upon the Fourth Motion of the Mezz57th LLC and John Barrett Inc. (collectively, the "Debtors") Pursuant To Section 1189(b) of the United States Code (the "Bankruptcy Code") Extending Time To File a Chapter 11 Plan (the "Motion"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Debtors provided adequate and appropriate notice of the Motion; and that no other or further notice is required; and the deadline to file a Chapter 11 plan pursuant to section 1189(b) of the Bankruptcy Code having previously been extended to May 24, 2021; and Court having reviewed the Motion and having heard statements in support of the Motion at a hearing held before the Court on June 3, 2021 (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefore,

       **IT IS ORDERED** as follows:

1. The Motion is granted as set forth herein.

2. The time for the Debtors to file their Chapter 11 plan pursuant to section 1189(b) of the Bankruptcy Code is extended through and including August 23, 2021, without prejudice to the Debtors' rights to seek additional extensions upon proper motion and for cause shown.

Dated: New York, New York
      July 1, 2021

*/s/ Sean H. Lane*
UNITED STATES BANKRUPTCY JUDGE