| | |
|---|---|
| BALLON STOLL BADER & NADLER P.C.<br>810 Seventh Avenue Suite 405<br>New York, NY 10019<br>Telephone: (212) 575-7900<br>Facsimile: (212) 764-5060<br>Vincent J. Roldan<br>vroldan@ballonstoll.com | Hearing Date: Dec. 16, 2021 10:00 AM<br>Objection deadline: Dec. 9, 2021 |

*Counsel to the Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| In Re:<br><br>MEZZ57TH LLC *et al.*<br><br>　　　　Debtors and<br>　　　　Debtors in Possession | Chapter 11<br><br>Case No.: 20-11316<br><br>(Jointly Administered) |

-------------------------------------------------------X

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that upon the following motion (the "Motion") of Mezz57tth LLC and John Barrett Inc. (collectively the "Debtors"), a hearing will be held before the Hon. Sean Lane H. Lane, United States Bankruptcy Judge, on **December 16, 2021** at **10:00 AM**, to consider the following:

1. Debtor's Sixth Motion Pursuant To Section 1189(b) of title 11 of the United States Code For an Order Extending Time To File a Chapter 11 Plan;

2. and for such other and further relief as this Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE**, that the hearing will be held telephonically in accordance with General Order M-543. Attendees must register with CourtSolutions at https://www.court-solutions.com/. Note that telephonic and video hearings will be recorded by the Court. No other recordings of telephonic or video hearings may be made.

Please see the Court's website at http://www.nysb.uscourts.gov/general-orders-and-guidance-created-covid-19 for further instructions.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall be made in writing, filed with the Bankruptcy Court at the Court's website www.nysb.uscourts.gov (log in and password required), with a copy delivered directly to the chambers of the Honorable Sean H. Lane, and served upon Ballon Stoll Bader & Nadler P.C., 810 Seventh Avenue Suite 405, New York NY 10019 Attn: Vincent J. Roldan, Esq. so as to be received no later than December 9, 2021 at 4:00 PM.

Dated: November 17, 2021
      New York, NY

                                  BALLON STOLL BADER & NADLER, P.C.

                                  By: /s/ Vincent J. Roldan
                                      Vincent J. Roldan (VR-7450)
                                *Attorneys for*
                                *Debtors and Debtors-in-Possession*
                                810 Seventh Avenue, Suite 405
                                New York, NY 10019
                                212.575-7900
                                Fax 212.764-5060
                                www.ballonstoll.com