MANDELBAUM BARRETT PC
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Ph.: 973-736-4600
Fax: 973-736-4670
Vincent J. Roldan
vroldan@mblawfirm.com

Proposed substitute attorneys for Debtors

Hearing Date: February 2, 2022 10:00 AM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re:

MEZZ57TH LLC *et al.*

    Debtors and
    Debtors in Possession
--------------------------------------------------------X

Chapter 11

Case No.: 20-11316

(Jointly Administered)

## NOTICE OF CHANGE OF HEARING TIME

**PLEASE TAKE NOTICE** that all matters in this case that had been scheduled to be heard on February 2, 2022 at 11:00 AM shall now be heard on February 2, 2022 at **10:00 AM**.

Dated: January 31, 2022
      New York, NY

                      MANDELBAUM BARRETT PC

                      By: /s/ Vincent J. Roldan
                          Vincent J. Roldan (VR-7450)
                      *Proposed Substitute Attorneys for*
                      *Debtors and Debtors-in-Possession*
                      3 Becker Farm Road
                      Roseland, NJ 07068
                      973-974-9815
                      vroldan@mblawfirm.com