## Mezz57th - 5 year income projection

| Year | | | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|
| Projected Sales* | | $ | 7,800,000 $ | 8,580,000 $ | 9,009,000 $ | 9,459,450 $ | 9,932,423 |
| Service Sales | 89% | $ | 6,942,000 $ | 7,636,200 $ | 8,018,010 $ | 8,418,911 $ | 8,839,856 |
| Retail Sales | 5% | $ | 390,000 $ | 429,000 $ | 450,450 $ | 472,973 $ | 496,621 |
| Consignment Sales | 6% | $ | 468,000 $ | 514,800 $ | 540,540 $ | 567,567 $ | 595,945 |
| | | | | | | | |
| Rent Tier 1 - 11% | Paid Monthly | | 858,000 | 943,800 | 990,990 | 1,040,540 | 1,092,566 |
| Prior year rent payable | Paid Jun-Aug | | | 117,000 | 128,700 | 135,135 | 141,892 |
| Rent Tier 2 - plus 1.5% | If sales are over $7.8mm | | 117,000 | 128,700 | 135,135 | 141,892 | 148,986 |
| | | | | | | | |
| Payroll - Fixed | | | 872,000 | 872,000 | 872,000 | 872,000 | 872,000 |
| Payroll - Variable - Service Sales | 57.00% | | 3,956,940 | 4,352,634 | 4,570,266 | 4,798,779 | 5,038,718 |
| | | | | | | | |
| Commission - Variable - Retail Sales | 10.00% | | 39,000 | 42,900 | 45,045 | 47,297 | 49,662 |
| Commission - Variable - Consignment | 2.00% | | 9,360 | 10,296 | 10,811 | 11,351 | 11,919 |
| | | | | | | | |
| Backbar | 4.00% | | 277,680 | 343,200 | 360,360 | 378,378 | 397,297 |
| Retail | 50.00% | | 195,000 | 214,500 | 225,225 | 236,486 | 248,311 |
| Consignment | 50.00% | | 234,000 | 257,400 | 270,270 | 283,784 | 297,973 |
| | | | | | | | |
| Fixed Expenses (prior year plus inflation) | 7%/3% inflation | | 710,645 | 731,964 | 753,923 | 776,541 | 799,837 |
| | | | | | | | |
| Cash Disbursements | excludes accrued rent | | 7,152,625 | 7,885,694 | 8,227,590 | 8,580,291 | 8,950,175 |
| Projected Net Income - pre tax and pre bankruptcy plan | | | 647,375 | 694,306 | 781,410 | 879,160 | 982,247 |
| | | | | | | | |
| 40% Income Tax Liability | Zero if net loss | | 258,950 | 277,722 | 312,564 | 351,664 | 392,899 |
| Post Bankruptcy Payments | | | 322,362 | 322,362 | 322,362 | 322,362 | 322,362 |
| Project Net Income after tax, bankruptcy plan, and contingency | | $ | 66,063 $ | 94,222 $ | 146,484 $ | 205,134 $ | 266,986 |
| | | $ | 5,505.26 $ | 7,851.84 $ | 12,207.01 $ | 17,094.47 $ | 22,248.87 |
| | | | | | | | |
| Leased Rent | | | 1,148,150 | 1,182,595 | 1,218,072 | 1,254,615 | 1,292,253 |
| | | | | | | | |
| | Checks | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Checks | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Checks | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Mezz57th - Cash on Hand and Anticipate Cashflow

As of 2.17.2022

| | |
|---|---|
| Cash on Hand (non operating) | |
| Reserve Account ending 9282 | 319,455 |
| Intended Use | |
| Sales Tax | 100,000 |
| Professional Fees | 35,000 |
| Sweet Construction | 175,000 |
| Balance to retain as reserve | 9,455 |

As of 2.17.2022

| | | |
|---|---|---|
| Anticipated Cashflow | | |
| IRS Refund | | |
| Employee Retention Credit | | |
| Q1 2021 | 308,293.00 | In final approval* |
| Q2 2021 | 361,305.00 | Additional information requested* |
| Intended Use | | |
| Sweet Construction | 200,000 | |
| Placeholder 1 | | |
| Placeholder 2 | | |
| Balance to retain as reserve | 469,598 | |

* This is the latest information provided by the IRS on 2/15/2022

**JBI - Income projection and cash on hand**

| Year | | | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|
| Projected Sales | | | $ - | $ - | $ - | $ - | $ - |
| Projected Income | IP from Mezz | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| | | | | | | | |
| Ongoing Expenses | | | | | | | |
| Annual tax filing | | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| | | | | | | | |
| Cashflow | | | - | - | - | - | - |
| | | | | | | | |
| Cash on Hand | | | 99,000 | - | - | - | - |
| | | | | | | | |
| Post Bankruptcy Payments | | Total Due | | | | | |
| Tax Expense | | | 28,541 | - | - | - | - |
| Professional Fees | | 2,500 | 2,500 | - | - | - | - |
| Unsecured Debt | | 486,000 | 67,959 | - | - | - | - |
| | | | | | | | |
| Post Bankruptcy Projected Net Income and Assets | | | - | - | - | - | - |

| | Monthly Cost | 2022 Annual Cost | 2023 Annual Cost | 2024 Annual Cost | 2025 Annual Cost | 2026 Annual Cost | Total Repayment | Cash paydown | |
|---|---|---|---|---|---|---|---|---|---|
| Secured Creditors | 3,333 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 200,000 | | |
| Unsecured Creditors - Mezz | 1,183 | 14,201 | 14,201 | 14,201 | 14,201 | 14,201 | 71,007 | | 1% of net liabilties as of 1/29/2022 |
| Unsecured Creditors - JBI | 417 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 25,000 | | Payments to JBI for Intellectual Property |
| BK Professional Fees | 4,167 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 250,000 | | |
| Sweet Construction | 5,833 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 350,000 | 200,000 | |
| Pre Bankruptcy Sales Tax | 6,448 | 77,372 | 77,372 | 77,372 | 77,372 | 77,372 | 386,858 | | |
| Post Bankruptcy Sale Tax | 5,482 | 65,789 | 65,789 | 65,789 | 65,789 | 65,789 | 328,945 | 100,000 | |
| | | | | | | | | | |
| Total | 26,863 | 322,362 | 322,362 | 322,362 | 322,362 | 322,362 | 1,611,809 | | |