UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:                                                    Chapter 11

    MEZZ57TH LLC                                  Case No.: 20-11316
    d/b/a John Barrett

                                                         (Jointly administered)

                          Debtors.

-------------------------------------------------------X

## NOTICE OF AMENDMENT TO BANKRUPTCY SCHEDULES
## OF JOHN BARRETT INC.

PLEASE TAKE NOTICE that on March 31, 2022, John Barrett Inc., debtor in the jointly administered case 20-11318, filed amended bankruptcy schedules A and G for John Barrett Inc. (Docket 27 in Case No. 20-11318).

Dated: Roseland, NJ
March 31, 2022

                                      MANDELBAUM BARRETT PC

                                      By: /s/ Vincent J. Roldan
                                      Vincent J. Roldan
                                      3 Becker Farm Road
                                      Roseland, NJ 07068
                                      (973) 736-4600

                                      ***Attorneys for John Barrett Inc.***

To:

Principal Life Insurance Company
711 High Street
Des Moines, IA, 50392

Charles N Persing
Bederson LLP
347 Mount Pleasant Avenue
West Orange, NJ 07052

1

Paul Schwartzberg, Esq.
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014