UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                          :          Chapter 11
                                                :
MEZZ57TH. LLC                                   :          Case No.: 20- 11316 (SHL)
                                                :             (Jointly Administered)
                        Debtor.                 :
------------------------------------------------------------X

## WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICE AND PLEADINGS

**PLEASE TAKE NOTICE** that New York State Attorney General Letitia James

hereby withdraws the Notice of Appearance filed in the above- captioned case on March 31, 2022

[Docket #187] and requests to be removed from the CM/ECF notice list and any other service

list related to the above referenced case.

Dated:  New York, New York
        April 1, 2022

                              Respectfully submitted,

                              Letitia James
                              Attorney General of the State of New York
                              Attorney for the New York State
                              Department of Taxation & Finance
                              By:


                              *Enid Nagler Stuart*
                              _____


                              Enid Nagler Stuart
                              Assistant Attorney General
                              28 Liberty Street, 17th Floor
                              New York, NY 10005
                              Telephone: (212) 416-8666
                              Email:enid.stuart@ag.ny.gov

## <u>CERTIFICATE OF SERVICE</u>

I, Enid Nagler Stuart of the NYS Office of the Attorney General, hereby certify that on April 1, 2022, I electronically filed and served the attached *Withdrawal of Notice of Appearance*, by using the CM/ECF system.

Executed on April 1, 2022

`

*Enid Nagler Stuart*
_____
Enid Nagler Stuart