MANDELBAUM BARRETT PC
3 Becker Farm RD, Suite 105
Roseland, New Jersey 07068
Ph.: 973-736-4600
Fax: 973-736-4670
Vincent J. Roldan
vroldan@mblawfirm.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:

MEZZ57TH LLC *et al.*

        Debtors and
        Debtors in Possession
-------------------------------------------------------X

Chapter 11

Case No.: 20-11316

(Jointly Administered)

# CERTIFICATE OF NO OBJECTION

**VINCENT J. ROLDAN hereby certifies as follows:**

1. I am attorney-at-law of the State of New York.

2. On April 12, 2022, John Barrett Inc., by its attorneys, filed that certain Debtor's Application for Authority To Employ Life Settlement Broker [Dkt. 193] ("Valmark Retention Application") and scheduled it to be heard on April 28, 2022.

3. Notice of the hearing on the Valmark Retention Application was served on April 12, 2022. I filed an Affidavit of Service with respect to the Valmark Retention Application on April 27, 2022 [Dkt. 198] to describe service.

4. The deadline to object to the Valmark Retention Application was April 21, 2022 ("Objection Deadline").

5. In accordance with Local Rule 9075-2(b), I represent that: John Barrett Inc. and its attorneys are unaware of any objection, responsive pleading, or request for a hearing with respect to the Valmark Retention Application, that I have reviewed the Court's docket not less than forty-eight (48) hours after expiration of the Objection Deadline, and that no objection, responsive pleading, or request for a hearing with respect to the motion or application appears thereon.

6. I am filing the instant Certificate of No Objection not less than forty-eight (48) hours after the expiration of the Objection Deadline.

**Dated: Roseland, New Jersey**
**April 27, 2022**

By: */s/ Vincent J. Roldan*
Vincent J. Roldan