## Mezz 57th LLC
## Balance Sheet
### As of December 31, 2021

| | Total | Liquidation Value (%) | Liquidation Value ($) |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Bank Accounts** | | | |
| **10000 CASH** | | | |
| 10800 Checking - DIP | 13,801.31 | 100% | 13,801.31 |
| 10850 Payroll Checking - DIP | 26,161.68 | 100% | 26,161.68 |
| 10900 Utility - DIP | 7,500.00 | 100% | 7,500.00 |
| 10950 Reserve - DIP | 292,812.60 | 100% | 292,812.60 |
| **Total 10000 CASH** | $ 340,275.59 | 4.00 | $ 340,275.59 |
| Cash transfers | 0.00 | 100% | 0.00 |
| **Total Bank Accounts** | $ 340,275.59 | 5.00 | $ 340,275.59 |
| **Accounts Receivable** | | | |
| 11000 RECEIVABLES | 1,650.75 | 50% | 825.38 |
| 11100 Accounts Receivable | 0.00 | | |
| **Total 11000 RECEIVABLES** | $ 1,650.75 | 0.50 | $ 825.38 |
| **Total Accounts Receivable** | $ 1,650.75 | 0.50 | $ 825.38 |
| **Other Current Assets** | | | |
| 12000 Merchant Payments Receivable | 12,086.64 | 100% | 12,086.64 |
| **13000 Other receivables** | | | |
| 13100 Employee Advances | 2,639.02 | 100% | 2,639.02 |
| 13200 COBRA | -4,983.75 | 100% | -4,983.75 |
| 13300 Due from Trinny London | 5,886.84 | 100% | 5,886.84 |
| 13400 Due from Lori McLean | 0.00 | 100% | 0.00 |
| **Total 13000 Other receivables** | $ 3,542.11 | 4.00 | $ 3,542.11 |
| **14000 INVENTORY** | | | |
| 14100 Shu Uemura | 4,674.75 | 0% | 0.00 |
| 14105 Kerastas | 8,467.25 | 0% | 0.00 |
| 14110 Return Allowance | -310.33 | 0% | 0.00 |
| **Total 14100 Shu Uemura** | $ 12,831.67 | 0.00 | $ 0.00 |
| 14200 Milbon | 3,730.35 | 0% | 0.00 |
| 14300 Trinny London | 7,601.74 | 0% | 0.00 |
| 14400 Surratt Cosmetics | 7,540.50 | 0% | 0.00 |
| 14500 Nanette De Gaspe | 2,134.00 | 0% | 0.00 |
| 14600 Depasquale | 0.00 | 0% | 0.00 |
| 14700 Phaidon | 3,438.38 | 0% | 0.00 |
| 14910 Baxter of California | 1,365.81 | 0% | 0.00 |
| 14915 Inventory - Backbar | 40,333.37 | 0% | 0.00 |
| 14920 Paramount - GHD | 361.40 | 0% | 0.00 |
| 14925 Oribe | 16,418.49 | 0% | 0.00 |
| 14930 AZ | 7,712.25 | 0% | 0.00 |
| 14940 Other Retail | 0.00 | 0% | 0.00 |
| **Total 14000 INVENTORY** | $ 103,467.96 | 0.00 | $ 0.00 |
| **15000 PREPAID EXPENSES** | 0.00 | | |
| 15100 Prepaid Expenses | 10,282.04 | 100% | 10,282.04 |
| 15200 Prepaid Insurance | 15,631.36 | 100% | 15,631.36 |
| 15300 Prepaid Rent | 0.00 | | |
| 15400 Retainer Fees | 14,200.00 | 0 | 0.00 |
| **Total 15000 PREPAID EXPENSES** | $ 40,113.40 | 2.00 | $ 25,913.40 |
| **Total Other Current Assets** | $ 159,210.11 | 7.00 | $ 41,542.15 |
| **Total Current Assets** | $ 501,136.45 | 12.50 | $ 382,643.12 |
| **Fixed Assets** | | | |
| **16000 PROPERTY PLANT & EQUIPMENT** | | | |
| 16100 Furniture & Fixtures | 684,838.42 | 10% | 68,483.84 |
| 16300 Computer Equipment | 18,332.45 | 10% | 1,833.25 |
| 16500 Leasehold Improvements | 567.06 | 0% | 0.00 |
| 16510 LI - Construction | 2,593,639.10 | 0% | 0.00 |
| 16520 LI - Architect | 327,458.75 | 0% | 0.00 |
| 16530 LI - Contractors | 90,745.00 | 0% | 0.00 |
| 16540 LI - Infrastructure | 214,766.13 | 0% | 0.00 |
| 16580 LI - Other | 28,920.77 | 0% | 0.00 |
| 16590 LI - Tenant Improvements | -1,020,000.00 | 0% | 0.00 |
| **Total 16500 Leasehold Improvements** | $ 2,236,096.81 | 0.00 | $ 0.00 |
| **Total 16000 PROPERTY PLANT & EQUIPMENT** | $ 2,939,267.68 | 0.20 | $ 70,317.09 |
| **17000 ACCUMULATED DEPRECIATION** | | | |

---

100% liquidation 1. Cash, prepaid expenses, insurance related employee receivables, and accumulated depreciation at 100%
50% liquidation 2. Current receivables at 50% (it's just a few recent invoices)
0% liquidation 3. Inventory, Leasehold Improvements, Letter of Credit, and Due from owner/old co at 0%
10% liquidation 4. Furniture and equipment at 10%
Note 5. Accumulated depreciation not relevant for liquidation analysis - zeroed out
Note 6. Start up Costs are booked as an expense to an asset category. Probably they should be a liability so I zeroed them out.

| | | | | |
|---|---:|---:|---:|---:|
| 17100 AD - Furniture & Fixtures | -269,043.70 | | 0% | 0.00 |
| 17200 AD - Salon Equipment | 0.00 | | 0% | 0.00 |
| 17300 AD - Computer Equipment | -9,927.42 | | 0% | 0.00 |
| 17500 AD - Leasehold Improvements | -409,424.71 | | 0% | 0.00 |
| **Total 17000 ACCUMULATED DEPRECIATION** | -$ 688,395.83 | $ | 0.00 | $ 0.00 |
| **Total Fixed Assets** | $ 2,250,871.85 | $ | 0.20 | $ 70,317.09 |
| **Other Assets** | | | | |
| 18000 INTERCOMPANY | | | | |
| 18100 Due from Old Co | 471,188.27 | | 0% | 0.00 |
| 18200 Due from Owner | 59,955.10 | | 0% | 0.00 |
| **Total 18000 INTERCOMPANY** | $ 531,143.37 | $ | 0.00 | $ 0.00 |
| 19000 START UP COSTS | | | | |
| 19100 Facilities Costs | 4,745.00 | | 0% | 0.00 |
| 19200 Legal Fees | 218,952.51 | | 0% | 0.00 |
| 19300 Administrative Costs | 66,537.50 | | 0% | 0.00 |
| 19400 Relocation Expenses | 27,300.95 | | 0% | 0.00 |
| **Total 19000 START UP COSTS** | $ 317,535.96 | $ | 0.00 | $ 0.00 |
| Letter of Credit | 390,047.00 | | 0% | 0.00 |
| **Total Other Assets** | $ 1,238,726.33 | $ | 0.00 | $ 0.00 |
| **TOTAL ASSETS** | $ 3,990,734.63 | $ | 12.70 | $ 452,960.20 |
| **LIABILITIES AND EQUITY** | | | | |
| Liabilities | | | | |
| Current Liabilities | | | | |
| Accounts Payable | | | | |
| Total 20000 PAYABLES | 2,273,092.48 | | | |
| **Total Accounts Payable** | $ 2,273,092.48 | | | |
| Credit Cards | | | | |
| AMEX 5003 - Pre Petition | 59,437.46 | | | |
| AMEX 7004 - Pre Petition | 15,000.00 | | | |
| CapOne 6025 | 29,482.05 | | | |
| **Total Credit Cards** | $ 103,919.51 | | | |
| Other Current Liabilities | | | | |
| 21000 OTHER PAYABLES | | | | |
| 21100 American Express | 0.00 | | | |
| 21200 Due to Lori McLean | 0.00 | | | |
| **Total 21000 OTHER PAYABLES** | $ 0.00 | | | |
| 22000 ACCRUED EXPENSES | | | | |
| 21300 Accrued Payroll | 73,666.86 | | | |
| 21450 Accrued Expenses | 0.00 | | | |
| 22100 Accrued CRT Tax- Pre Petition | 44,392.92 | | | |
| 22105 Accrued CRT Tax - Post Petition | 67,567.08 | | | |
| 22200 Accrued Interest - Pre Petition | 432,706.70 | | | |
| 22205 Accrued Interest - Post Petition | 513,184.49 | | | |
| **Total 22000 ACCRUED EXPENSES** | $ 1,131,518.05 | | | |
| 22300 ACCRUED EXPENSES - BUILD OUT | | | | |
| 22310 Construction | 42,689.68 | | | |
| 22320 Architect | 2,400.00 | | | |
| 22330 Contractors | 2,805.00 | | | |
| 22340 Infrastructure | 0.00 | | | |
| 22390 Tenant Improvements | -346,668.00 | | | |
| **Total 22300 ACCRUED EXPENSES - BUILD OUT** | -$ 298,773.32 | | | |
| 23000 PAYROLL LIABILITIES | 50,566.94 | | | |
| 23100 Payroll Taxes | | | | |
| 23150 NY SDI | 955.70 | | | |
| 23160 NY SFLI | 1,928.13 | | | |
| **Total 23100 Payroll Taxes** | $ 2,883.83 | | | |
| 23200 Payroll Deductions | | | | |
| 23230 401k Plan | 6,677.50 | | | |
| 23240 Wage Garnishments | 460.71 | | | |
| **Total 23200 Payroll Deductions** | $ 7,138.21 | | | |
| **Total 23000 PAYROLL LIABILITIES** | $ 60,588.98 | | | |
| Gift Certificates | | | | |
| 24150 Gift Cards Payable - Pre Petition | 93,614.01 | | | |
| 24200 Gift Card Payable - Post Petition | -2,729.93 | | | |
| **Total Gift Certificates** | $ 90,884.08 | | | |
| NYS Sales Tax Processing Payable - Post Petition | 389,950.00 | | | |
| NYS Sales Tax Processing Payable - Pre Petition | 351,689.61 | | | |
| Sales Tax Payable | -25.00 | | | |
| **Total NYS Sales Tax Processing Payable - Pre Petition** | $ 351,664.61 | | | |

| | | |
|---|---:|---:|
| **Total Other Current Liabilities** | **$** | **1,725,832.40** |
| **Total Current Liabilities** | **$** | **4,102,844.39** |
| Long-Term Liabilities | | |
|   25000 LONG TERM DEBT | | |
|     25200 Notes Payable - Lenders | | |
|       25210 Seller, Jeffrey | | 1,700,720.00 |
|       25220 Acquavella, William R. | | 491,020.42 |
|       25230 Flick, Larry | | 650,000.00 |
|       25240 Wynn, Steve | | 400,000.00 |
|       25250 Redleaf, Elizabeth | | 243,209.04 |
|       25260 Muniz, Jose | | 115,000.00 |
|       25270 Woodner, Dian | | 48,619.10 |
|       25280 Leonetti, Gina M. | | 72,328.38 |
|       Kersey, William | | 250,000.00 |
|       PPP Loan | | 0.00 |
|     **Total 25200 Notes Payable - Lenders** | **$** | **3,970,896.94** |
|     25300 Notes Payable - Financing | | |
|       25310 Navitas Credit Corp - 40529651 | | 47,713.74 |
|       25320 Navitas Credit Corp - 40540889 | | 9,504.19 |
|       25330 Pawnee Leasing Corp - 201812086 | | 49,266.47 |
|       25340 Pacific Leasing Inc - 823947 | | 39,591.90 |
|       25350 TimePayment Corp | | 17,206.52 |
|     **Total 25300 Notes Payable - Financing** | **$** | **163,282.82** |
|   **Total 25000 LONG TERM DEBT** | **$** | **4,134,179.76** |
| **Total Long-Term Liabilities** | **$** | **4,134,179.76** |
| **Total Liabilities** | **$** | **8,237,024.15** |
| Equity | | |
|   30000 OWNERS EQUITIES | | -136,309.31 |
|   30800 Member Contributions | | 60,000.00 |
|   32000 Members Equity | | -3,807,773.49 |
|   Net Income | | -362,206.72 |
| **Total Equity** | **-$** | **4,246,289.52** |
| **TOTAL LIABILITIES AND EQUITY** | **$** | **3,990,734.63** |