**JBI - Income projection and cash on hand**

| Year | | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|
| Projected Sales | | $ - | $ - | $ - | $ - | $ - |
| Projected Income | IP from Mezz | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| | | | | | | |
| Ongoing Expenses | | | | | | |
| Annual tax filing | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| | | | | | | |
| Cashflow | | - | - | - | - | - |

**JBI - Cash on Hand and Anticipate Cashflow**

| | | 5/8/2022 | | |
|---|---|---|---|---|
| | | | | -99,000.00 |
| Cash on Hand | | | 99000 | |
| | *Reserve Account ending 9282* | 99,596 | | 0 |
| Intended Use | | | | 485000 |
| | *Taxes* | 27,000 | | |
| | *Unsecured Debt (Class 3(b))* | 485,000 | Includes a $198,000 claim of Hand & Amburgery which is disputer by JBI | |
| | *Mezz57th claims on JBI* | 270,000 | Loans to JBI creditors and to float JBI during Mezz formation | 237000 post settlement |
| | | 14,674 | Payments to JBI supplier - SalonCentric | |
| | | 10,000 | Payments for JBI taxes due - NYC Department of Finance | |
| | | | | |
| Net | | -707,078 | | |
| | | | | |
| Anticipated Cashflow | | | | |
| | *Insurance Proceeds* | 1,100,000 | Estimate | |
| | | | | |
| Balance | | 392,921.63 | | |
| | | | | |
| Loan to Mezz57th | | 392,921.63 | | |
| | | | | |
| Net | | 0.00 | | |

## Mezz57th - 5 year income projection

| Year | | | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|
| Projected Sales* | | $ | 7,800,000 $ | 8,580,000 $ | 9,009,000 $ | 9,459,450 $ | 9,932,423 |
| Service Sales | 89% | $ | 6,942,000 $ | 7,636,200 $ | 8,018,010 $ | 8,418,911 $ | 8,839,856 |
| Retail Sales | 5% | $ | 390,000 $ | 429,000 $ | 450,450 $ | 472,973 $ | 496,621 |
| Consignment Sales | 6% | $ | 468,000 $ | 514,800 $ | 540,540 $ | 567,567 $ | 595,945 |
| | | | | | | | |
| Rent Tier 1 - 11% | Paid Monthly | | 858,000 | 943,800 | 990,990 | 1,040,540 | 1,092,566 |
| Prior year rent payable | Paid Jan-Mar | | | 117,000 | 128,700 | 135,135 | 141,892 |
| Rent Tier 2 - plus 1.5% | If sales are over $7.8mm | | *117,000* | *128,700* | *135,135* | *141,892* | *148,986* |
| | | | | | | | |
| Payroll - Fixed | | | 872,000 | 872,000 | 872,000 | 872,000 | 872,000 |
| Payroll - Variable - Service Sales | 57.00% | | 3,956,940 | 4,352,634 | 4,570,266 | 4,798,779 | 5,038,718 |
| | | | | | | | |
| Commission - Variable - Retail Sales | 10.00% | | 39,000 | 42,900 | 45,045 | 47,297 | 49,662 |
| Commission - Variable - Consignment | 2.00% | | 9,360 | 10,296 | 10,811 | 11,351 | 11,919 |
| | | | | | | | |
| Backbar | 4.00% | | 277,680 | 343,200 | 360,360 | 378,378 | 397,297 |
| Retail | 50.00% | | 195,000 | 214,500 | 225,225 | 236,486 | 248,311 |
| Consignment | 50.00% | | 234,000 | 257,400 | 270,270 | 283,784 | 297,973 |
| | | | | | | | |
| Fixed Expenses (prior year plus inflation) | 7%/3% inflation | | 710,645 | 731,964 | 753,923 | 776,541 | 799,837 |
| | | | | | | | |
| Cash Disbursements | excludes accrued rent | | 7,152,625 | 7,885,694 | 8,227,590 | 8,580,291 | 8,950,175 |
| | | | | | | | |
| Projected Net Income - pre tax and pre bankruptcy plan | | | 647,375 | 694,306 | 781,410 | 879,160 | 982,247 |
| | | | | | | | |
| 40% Income Tax Liability | Zero if net loss | | 258,950 | 277,722 | 312,564 | 351,664 | 392,899 |
| Post Bankruptcy Payments | | | 295,163 | 295,163 | 295,163 | 295,163 | 295,163 |
| | | | | | | | |
| Project Net Income after tax, bankruptcy plan, and contingency | | $ | 93,262 $ | 121,421 $ | 173,683 $ | 232,332 $ | 294,185 |
| | | $ | 7,772 $ | 10,118 $ | 14,474 $ | 19,361 $ | 24,515 |
| | | | | | | | |
| Leased Rent | | | 1,148,150 | 1,182,595 | 1,218,072 | 1,254,615 | 1,292,253 |
| | Checks | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Checks | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Checks | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | |
| | | | 6000000 | | | | |
| | | $ | 660,000.00 | | | | |

## Mezz57th - Cash on Hand and Anticipate Cashflow

| | | | |
|---|---|---|---|
| Cash on Hand (non operating) | | | |
| Reserve Account ending 9282 | | 185,970 | |
| Intended Use | | | |
| *Post-petition Sales Tax* | | 371,000 | Includes fees and penalties - working to remove |
| *Professional Fees* | | 127,500 | Upon approval of final fee application |
| *Sweet Construction - Installment 1* | | 200,000 | Paid on Effective Date of plan |
| *Sweet Construction - Installment 2* | | 150,000 | Paid on receipt of IRS refund |
| | | | |
| Net | | -662,530 | |
| | | | |
| Anticipated Cashflow - IRS Refund | | | |
| Employee Retention Credit | | | |
| Q1 2021 | | 308,293.00 | In final approval | as of 4/27/22 |
| Q2 2021 | | 361,305.00 | In final approval | as of 4/27/22 |
| | | | |
| Claim proceeds from JBI | | | |
| *Claim* | | 294,674 | |
| *Loan* | | 392,922 | |
| | | | |
| Net | | 694,664 | |

| | | 2022 | 2023 | 2024 | 2025 | 2026 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Monthly Cost | Annual Cost | Annual Cost | Annual Cost | Annual Cost | Annual Cost | | Total Installment Repayment | Dismissed | Balance after lump sum payment | Payment with anticipated proceeds | Balance | Cash paydown | |
| Secured Creditors | 3,333 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | Class 1(a-c) | 200,000 | 0 | 200,000 | 0 | 200,000 | | |
| Unsecured Creditors - Mezz | 1,250 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | Class 3(a) | 75,000 | 0 | 75,000 | 0 | 75,000 | | |
| Payments to JBI for Intellectual Property | 417 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | | 25,000 | 0 | 25,000 | 0 | 25,000 | | Payments to JBI for Intellectual Property |
| Professional Fees | | | | | | | | | | | | | | |
| *Ballon Stoll* | 2,500 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | | 150,000 | 0 | 150,000 | 0 | 150,000 | | |
| *Mandelbaum* | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 40,000 | 40,000 | | Pre confirmation |
| *Mandelbaum* | 417 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | | 25,000 | 0 | 25,000 | 0 | 25,000 | | Post confirmation estimate |
| *Bederson* | 333 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | | 20,000 | 0 | 20,000 | 60,000 | 80,000 | | |
| *Mazars* | 164 | 1,963 | 1,963 | 1,963 | 1,963 | 1,963 | | 9,816 | 0 | 9,816 | 27,500 | 37,316 | | |
| Sweet Construction | 3,333 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | | 200,000 | 0 | 200,000 | 350,000 | 550,000 | 350,000 | From cash on hand and IRS return   200,000 upfront |
| Pre Bankruptcy Sales Tax | 6,667 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | | 400,000 | 0 | 400,000 | 0 | 400,000 | | State is asserting $400,000 |
| Post Bankruptcy Sale Tax | 6,183 | 74,200 | 74,200 | 74,200 | 74,200 | 74,200 | | 0 | 0 | 0 | 371,000 | 371,000 | | State calculated amount due is 341,000 - additional $30k trying to get waived |
| Commercial Rent Tax | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 3,233 | 3,233 | | |
| | | | | | | | | | | | | | | |
| Total | 24,597 | 295,163 | 295,163 | 295,163 | 295,163 | 295,163 | | 1,104,816 | | | | | | |