MANDELBAUM BARRETT PC
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Ph.: 973-736-4600
Fax: 973-736-4670
Vincent J. Roldan
vroldan@mblawfirm.com

Attorneys for Debtors

**Presentment Date:** May 23, 2022 12:00 noon
**Objection Deadline:** May 23, 2022 11:30 AM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:

MEZZ57TH LLC *et al.*

        Debtors and
        Debtors in Possession

-----------------------------------------------------------X

Chapter 11

Case No.: 20-11316

(Jointly Administered)

## NOTICE OF PRESENTMENT OF
## ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS
## OF PLAN, COMBINED WITH NOTICE THEREOF

    PLEASE TAKE NOTICE that respect to the Amended Plan of Reorganization for Small Business Under Subchapter V of Chapter 11 [Docket 204] filed by Mezz57th LLC and John Barrett Inc. (the "Debtors") the undersigned will present the attached proposed order to the Honorable Sean Lane, United States Bankruptcy Judge, for signature on May 23, 2022 at 12:00 noon.

    PLEASE TAKE FURTHER NOTICE that objections, if any, to the proposed order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than 11:30 a.m. on May 23, 2022. The ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections. Unless objections are received by that time, the order may be signed.

Dated: May 18, 2022
      New York, NY

                                          MANDELBAUM BARRETT PC

                                          By:_____/s/ Vincent J. Roldan_____
                                               Vincent J. Roldan (VR-7450)
                                               *Attorneys for*

*Debtors and Debtors-in-Possession*
3 Becker Farm Road
Roseland, NJ 07068
973-974-9815
vroldan@mblawfirm.com

## Certificate of Service

I certify that on May 18, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York.

/s/ Vincent J. Roldan
Vincent J. Roldan