UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

In Re:

MEZZ57TH LLC, et al.

        Debtors and
        Debtors in Possession

-------------------------------------------------------X

Chapter 11

Case No.: 20-11316

(Jointly Administered)

# ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF

      Mezz57th LLC and John Barrett Inc (the "Debtors") have filed an Amended Plan of Reorganization for Small Business Under Subchapter V of Chapter 11 on May 13, 2022 [Docket 204] the ("Plan"). Now therefore, it is,

      ORDERED, and notice is hereby given, that:

      A.     Within three (3) business days after the entry of this order, the Plan and a ballot conforming to Ballot for Accepting or Rejecting Plan of Reorganization (Official Form 314) shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States trustee, as provided in Fed. R. Bankr. P. 3017(d);

      B.     June 22, 2022 is fixed as the last day for filing written acceptances or rejections of the Plan;

      C.     June 22, 2022 is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3020(b)(1) written objections to confirmation of the plan;

      D.     June 29, 2022 at 2:30 PM is fixed for the hearing on confirmation of the Plan; and it is further

      ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

                                                     _____
                                                     United States Bankruptcy Judge