```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
```

| | |
|---|---|
| In Re: | Chapter 11 |
| MEZZ57TH LLC, et al. | Case No.: 20-11316 |
| Debtors and<br>Debtors in Possession | (Jointly Administered) |

```
-------------------------------------------------------X
```

## ORDER FIXING TIME FOR VOTING TO ACCEPT OR REJECT PLAN, COMBINED WITH NOTICE THEREOF

WHEREAS, Mezz57th LLC and John Barrett Inc (the "Debtors") have filed an Amended Plan of Reorganization for Small Business Under Subchapter V of Chapter 11 on May 13, 2022 [Docket 204] the ("Plan");

WHEREAS, the Plan, and any Exhibits thereto, are available from the Bankruptcy Court Website at www.nysb.uscourts.gov or from the Debtors' counsel identified below and shall be served on interested parties as set forth below;

Now therefore, and good cause appearing, it is,

ORDERED, and notice is hereby given, that:

A. The Court will conduct a hearing to consider confirmation of the Plan on June 29, 2022 at 2:30 PM (prevailing Eastern Time) in the United States Bankruptcy Court for the Southern District of New York (the "Confirmation Hearing") said hearing to be conducted telephonically through CourtSolutions (See General Order M-543). Attendees must register with CourtSolutions at https://www.court-solutions.com/. Further instructions can be found at the Court's website at http://www.nysb.uscourts.gov/general-orders-and-guidance-created-covid-19.

B. June 22, 2022 is fixed as the last day for filing and serving written objections to confirmation of the plan pursuant to Fed. R. Bankr. P. 3020(b)(1).

C. June 22, 2022 is fixed as the last day for voting for or against the Plan. Completed ballots must be received by counsel to the Debtors using the following address or email address at:

>  Mandelbaum Barrett PC
>  Attn: Vincent J. Roldan, Esq.
>  3 Becker Farm Road
>  Roseland NJ 07079
>  vroldan@mblawfirm.com

D. Within three (3) business days after the entry of this order, the Plan and a ballot conforming to Ballot for Accepting or Rejecting Plan of Reorganization (Official Form 314), and substantially in the form attached hereto as Exhibit A, shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d);

E. The Debtors shall file with the Court a ballot summary report containing the vote tabulation no later than June 27, 2022; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 31, 2022     */s/ Sean H. Lane*
United States Bankruptcy Judge