MANDELBAUM BARRETT PC  Hearing Date: July 28, 2022 2:00 PM
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Ph.: 973-736-4600
Fax: 973-736-4670
Vincent J. Roldan
vroldan@mblawfirm.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re:

MEZZ57TH LLC *et al.*

        Debtors and
        Debtors in Possession
---------------------------------------------------------X

Chapter 11

Case No.: 20-11316

(Jointly Administered)

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing on the following matters are adjourned to July 28, 2022 at 2:00 PM (the "Hearing").

1. U.S. Trustee's Motion to Convert or Dismiss [Dkt 181]

2. Confirmation of the Amended Plan of Reorganization for Small Business Under Subchapter V of Chapter 11 of Mezz57th LLC and John Barrett Inc. filed on May 13, 2022 [Docket 204] the ("Plan").

**PLEASE TAKE NOTICE** that such Hearing shall be conducted via Zoom so long as General Order M-543[1] is in effect or unless otherwise ordered by the Bankruptcy Court. Any parties wishing to participate in the Hearing should consult the Court's calendar with respect to the day of the Hearing at https://www.nysb.uscourts.gov/calendars/rdd.html for information

---

[1] A copy of General Order M-543 can be obtained by visiting http://www.nysb.uscourts.gov/news/courtoperationsunder-exigent-circumstances-created-covid-19

regarding how to be added as a participant.

Dated: June 30, 2022
      New York, NY

                                MANDELBAUM BARRETT PC

                                By:       /s/ Vincent J. Roldan
                                    Vincent J. Roldan (VR-7450)
                                *Attorneys for*
                                *Debtors and Debtors-in-Possession*
                                3 Becker Farm Road
                                Roseland, NJ 07068
                                973-974-9815
                                vroldan@mblawfirm.com