MANDELBAUM BARRETT PC
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Ph.: 973-736-4600
Fax: 973-736-4670
Vincent J. Roldan
vroldan@mblawfirm.com

Attorneys for Reorganized Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 11 |
| MEZZ57TH LLC, et al. | Case No.: 20-11316 |
| Reorganized Debtors | (Jointly administered) |

---------------------------------------------------------X

**NOTICE OF CONFIRMATION AND EFFECTIVE DATE OF
DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION FOR SMALL
BUSINESS UNDER SUBCHAPTER V OF CHAPTER 11**

To all holders of Claims and Interests and other parties in interest

PLEASE TAKE NOTICE that:

1. On August 9, 2022, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an Order [Docket No. 231] (the "Confirmation Order") confirming the Debtors' Second Amended Plan of Reorganization For Small Business Under Subchapter V of Chapter 11 [Docket No. 226] (the "Plan").

2. On August 26, 2022, the effective date of the Plan occurred.

3. The terms of the Plan and the Confirmation Order shall be immediately effective and are binding upon the Debtors and any and all creditors, and any other party in interest in these Chapter 11 cases as set forth in the Plan, whether or not the Claim of such creditor and/or party in interest is impaired under the Plan and whether or not such creditor or other party in interest has filed, or is deemed to have filed, a Proof of Claim or has accepted or is deemed to have accepted, or has rejected or is deemed to have rejected, the Plan.

4. <u>Court Filings</u>. Copies of the Confirmation Order, the Plan, and all other documents filed with the Court in these chapter 11 cases are available for inspection on the Court's Internet Website at www.nysb.uscourts.gov. A login and password to the Court's Public Access to Electronic Court Records ("PACER") are required to access this information and can be obtained

through the PACER Service Center at pacer.uscourts.gov. Copies of the Order and the Plan may also be obtained by contacting the undersigned attorneys for the Debtors by email at vroldan@mblawfirm.com.

Dated: August 26, 2022
       New York, NY

                              MANDELBAUM BARRETT PC

                              By: /s/ Vincent J. Roldan
                                    Vincent J. Roldan (VR-7450)
                            *Attorneys for*
                            *Reorganized Debtors Mezz57th LLC and John*
                                  *Barrett Inc.*
                            3 Becker Farm Road
                            Roseland, NJ 07068
                            973-974-9815
                            vroldan@mblawfirm.com