STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York  10022
Telephone: (212) 319-8500
Fax: (212) 319-8505
Constantine D. Pourakis
Email: Constantine.pourakis@stevenslee.com

*Counsel for Lawrence F. Flick IV*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MEZZ57TH LLC., *et al.,* | Case No. 20-11316 (LGB) |
| Reorganized Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Constantine D. Pourakis, a shareholder of Stevens & Lee, P.C. hereby appears as counsel on behalf of Lawrence F. Flick IV, a creditor in the above-captioned Bankruptcy proceeding, pursuant to 11 U.S.C. § 1109, and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, and demands service of all notices and papers herein upon:

STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone:  (212) 319-8500
Attn:  Constantine D. Pourakis
email: constanine.pourakis@stevenslee.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether

1

written or oral, formal or informal, however transmitted, related in any way to the debtor, its property, or its estate. The undersigned requests that its name be added to the mailing list in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Demand for Service of Papers* (the "**Notice**") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of: (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 4, 2022
New York, New York

                STEVENS & LEE, P.C.

                By:   */s/ Constantine D. Pourakis*
                      Constantine D. Pourakis
                      485 Madison Avenue, 20th Floor
                      New York, New York 10022
                      Telephone: 212-319-8500
                      Facsimile: 212-319-8505
                      constantine.pourakis@stevenslee.com

                      *Counsel for Lawrence F. Flick, IV*