**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MEZZ57TH LLC., *et al.,* | Case No. 20-11316 (LGB) |
| Reorganized Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRWAL OF APPEARANCE

PLEASE TAKE NOTICE that Andreas D. Milliaressis hereby withdraws his appearance as counsel on behalf of creditor Lawrence F. Flick, IV. Stevens & Lee, P.C. will remain as counsel of record for Lawrence F. Flick, IV.

Dated: November 4, 2022
New York, New York

                         STEVENS & LEE, P.C.

                         By: */s/Andreas D. Milliaressis*
                                 Andreas D. Milliaressis